```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0229--CV (JKS)
          "ERIC LUTZ V FIRST FINANCIAL INSURANCE CO INC"

      Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 09/28/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance

           Origin: (2) Removed from State Court
           Demand: 50
       Filing fee: Paid $150.00 on 09/28/04 receipt # 00124084
         Trial by: Jury
```

Parties of Record:                          Counsel of Record:

| | |
|---|---|
| PLF 1.1          LUTZ, ERIC | Tim Cook<br>Cook & Associates<br>3901 Taiga Drive<br>Anchorage, AK 99516<br>907-336-5291<br>FAX 907-336-5292 |
| DEF 1.1          FIRST FINANCIAL INSURANCE CO.,<br>                 INC. | Andrew Guidi<br>Delaney Wiles et al<br>1007 W. 3rd Avenue, Suite 400<br>Anchorage, AK 99501<br>907-279-3581<br>FAX 907-277-1331 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0229--CV (JKS)
          "ERIC LUTZ V FIRST FINANCIAL INSURANCE CO INC"

                      For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/28/04
            Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand: 50
       Filing fee: Paid $150.00 on 09/28/04 receipt # 00124084
          Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/28/04 | DEF 1 Notice of Removal of state court action 3AN-04-10746 CI w/att exhs. |
| 2 - 1 | 09/28/04 | DEF 1 Notice of Complete Service List. |
| 3 - 1 | 09/28/04 | DEF 1 Notice of Compliance Pursuant to 28 U.S.C. 1446(a) w/exhs. |
| 4 - 1 | 09/28/04 | DEF 1 Notice of Filing Defendant's Rule 7.1 Disclosure Statement. |
| 5 - 1 | 10/01/04 | JKS Minute Order subsequent to removal that w/in 10 days petitioner to file copies of state court docs & svc list.  cc: cnsl |
| 6 - 1 | 10/04/04 | DEF 1 Notice of filing original signed documents w/att docs. |
| 7 - 1 | 10/21/04 | Stipulation for extension of time until 11/22/04 to file defendants answer. |
| 7 - 2 | 10/22/04 | JKS Order approving stip for ext of time until 11/22/04 to file defs ans (7-1). cc: cnsl |
| 8 - 1 | 11/23/04 | DEF 1 Notice to court. |
| 9 - 1 | 11/24/04 | DEF 1 Answer to Complaint. |
| 10 - 1 | 12/06/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 11 - 1 | 01/03/05 | DEF 1 Status Report. |
| 11 - 2 | 01/10/05 | JKS Order grant cnsl until 1/10 to file 16b rpt. cc: cnsl |
| 12 - 1 | 01/10/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 13 - 1 | 01/11/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 12/16/05; Dispositive motions deadline 01/16/06; Estimate of trial 7 days; TBJ. cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0229--CV (JKS)
"ERIC LUTZ V FIRST FINANCIAL INSURANCE CO INC"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 05/02/05 | PLF 1 motion to accept amended complaint & remand to Alaska Superior Court w/att memo & att amended complaint. |
| 15 - 1 | 05/06/05 | DEF 1 Preliminary Witness List. |
| 16 - 1 | 05/12/05 | DEF 1 Stipulation for ext of time to 5/20 for def to file oppo to plf's mot to accept amended complaint & remand. |
| 17 - 1 | 05/16/05 | JKS Order granting stipulation for ext of time to 5/20 for def to file oppo to plf's motion to accept amended complaint & motion to remand (16-1). cc: cnsl |
| 18 - 1 | 05/19/05 | DEF 1 Stipulation for ext of time to file oppo & reply to mot to accept amended complaint & remand to AK Superior Crt. |
| 18 - 2 | 05/23/05 | JKS Order granting stipulation for ext of time until 5/23 for oppo & until 6/3 for reply to mot to accept amended complaint (18-1). cc: cnsl |
| 19 - 1 | 05/23/05 | DEF 1 opposition to PLF 1 motion to accept amended complaint & remand to Alaska Superior Court w/att memo & att amended complaint. (14-1) w/att exhs. |
| 20 - 1 | 06/03/05 | PLF 1 reply to opposition to PLF 1 motion to accept amended complaint & remand to Alaska Superior Court w/att memo & att amended complaint (14-1). |
| 21 - 1 | 06/27/05 | JKS Order denying mot to accept amended cmplt & remand to Alaska Superior Court (14-1). cc: cnsl |
| 22 - 1 | 08/30/05 | PLF 1; DEF 1 Stipulation for ext of time to 9/29 to file objs & resp to 1st request for admissions & combined dscvy requests. |
| 23 - 1 | 09/02/05 | JKS Order granting stipulation for ext of time to 9/29/05 to file objs & resp to 1st request for admissions & combined dscvy requests dated 7/25/05 (22-1). cc: cnsl |
| 24 - 1 | 09/16/05 | PLF 1; DEF 1 motion (joint) for ext of pretrial deadlines. |
| 25 - 1 | 09/19/05 | JKS Order granting motion (joint) for ext of pretrial deadlines (24-1) & setting the following dates: Discovery to close 03/17/06; Dispositive motions deadline 04/14/06. cc: cnsl |
| 26 - 1 | 09/29/05 | DEF 1 motion for ext of time to answer plf's 1st combined dscvy requests w/att exhs. |
| 27 - 1 | 10/27/05 | JWS Order granting motion for ext of time to 10/13/05 to answer plf's 1st combined dscvy requests (26-1). cc: cnsl |
| 28 - 1 | 11/02/05 | DEF 1 motion for summary judgment w/att exhs. |
| 29 - 1 | 11/16/05 | PLF 1 Stipulation for extension of time until 12/1/05 to file plaintiff's opposition and/or motion for continuance to def's mot for sj. |
| 29 - 2 | 11/16/05 | Order granting stipulation for extension of time until 12/1/05 to file plaintiff's opposition and/or motion for continuance to def's mot for sj (29-1).  cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0229--CV (JKS)
"ERIC LUTZ V FIRST FINANCIAL INSURANCE CO INC"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 11/23/05 | PLF 1 motion to continue the deadline for plaintiff to respond to defendant's motion for summary judgment w/att exhs. |

ACRS: R_VDSDX                As of 12/01/05 at 3:20 PM by GARRY                Page 3