Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
FIRST FINANCIAL INSURANCE COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST FINANCIAL INSURANCE COMPANY, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) No. A04-229-CV (JKS) ) ) ) ) ) ) ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Plaintiff and defendant hereby stipulate and agree:

Defendant shall have until **December 19, 2005** to file its reply brief regarding Plaintiff's Opposition to Defendant's Motion for Summary Judgment dated December 1, 2005.

                          COOK & ASSOCIATES
                          *Attorney for Plaintiff*

Date: 12/7/05

Tim Cook   9007048

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
*Attorneys for Defendant*

FILED
DEC 0 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Date: 12-7-05    _Andrew Guidi_
                 Andrew Guidi   8312171

**O R D E R**

Based on the foregoing Stipulation of counsel, it is hereby ordered: Defendant shall have until **December 19, 2005** to file its reply brief regarding Plaintiff's Opposition to Defendant's Motion for Summary Judgment dated December 1, 2005.

DATED this __8__ day of __December__, 2005.

_James K. Singleton, Jr._
James K. Singleton, Jr.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE:**
This certifies that I am an authorized agent of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on the 7th day of **December, 2005**, I caused a true and correct copy of the foregoing to be ☐-**FAXED**; ☑-**HAND-DELIVERED**; ☐-**MAILED F/C MAIL** to the following:

Plaintiffs
Tim Cook
Attorney at Law
3901 Taiga Drive
Anchorage, AK 99516

_Donna K. Daniels_
Donna K. Daniels/11316

A04-0229--CV (JKS)   am 12-8-05
A. GUIDI (DELANEY)
T. COOK

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Page 2