FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 3: 40

Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
FIRST FINANCIAL INSURANCE COMPANY, INC.

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises,<br><br>     Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.<br><br>     Defendant. | No. A04-229-CV (JKS) |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

Plaintiff and defendant hereby stipulate and agree:

Defendant shall have until **January 13, 2006** to file its opposition brief regarding Plaintiff's Motion for Summary Judgment dated December 9, 2005.

COOK & ASSOCIATES
*Attorney for Plaintiff*

Date: 12·13·05

Tim Cook   9007048

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

35

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
*Attorneys for Defendant*

**FILED**
**DEC 1 6 2005**
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Date: 12-13-05     _____ 0350/9
                 for Andrew Guidi   8312171

### O R D E R

Based on the foregoing Stipulation of counsel, it is hereby ordered: Defendant shall have until **January 13, 2006** to file its opposition brief regarding Plaintiff's Motion for Summary Judgment dated December 9, 2005.

DATED this ___ day of December, 2005.

_____
James K. Singleton, Jr.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE:**
This certifies that I am an authorized agent of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on the 13th day of **December, 2005,** I caused a true and correct copy of the foregoing to be ☐-**FAXED**; ☒-**HAND-DELIVERED**; ☐-**MAILED F/C MAIL** to the following:

**Plaintiffs**
Tim Cook
Attorney at Law
3901 Taiga Drive
Anchorage, AK 99516

_____
Donna K. Daniels/111431

A04-0229--CV (JKS)    am 12-16-05
A. GUIDI (DELANEY)
T. COOK

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Page 2