FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 3: 39

Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
FIRST FINANCIAL INSURANCE COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST FINANCIAL INSURANCE COMPANY, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. A04-229-CV (JKS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STATUS REPORT

Counsel for plaintiff and defendant conferred telephonically during the week of December 6, 2005, for the purpose of discussing the effect of the pending motions on the existing pretrial deadlines, and the desirability of extending those deadlines. Currently pending are three motions: (1) Defendant's Motion For Summary Judgment; (2) Plaintiff's Motion For A Rule 56(f) Continuance, and (3) Plaintiff's Motion For Summary Judgment. None of the motions are yet fully briefed.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

36

The current pretrial schedule specifies that the parties name experts and disclose their reports on December 16, 2005, and closes discovery on March 17, 2006.

The parties agree that the outcome of their motions will have a significant effect on the scope and duration of discovery in the case, and may even moot further discovery in its entirety or as to specific issues. The parties agree it is in their mutual economic interest to defer the remaining pretrial deadlines until the Court has had an opportunity to address the motions. Therefore, the parties wish to extend the remaining pretrial deadlines in order to first allow the Court time to consider and decide the pending motions.

Since the motions are not yet fully briefed, the parties believe it is probably premature to set forth specific new deadlines, which would necessarily be based on assumptions about the Court's own priorities and time constraints that counsel are in no position to evaluate or consider. Instead, counsel propose that the current pretrial deadlines (entered September 19, 2005) be vacated, and that when briefing on the pending motions is complete, either party may seek a status conference for the establishment of a new pretrial schedule with the participation of the Court. At that time the Court may be able to enlighten the parties as to when they may be able to

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

anticipate rulings on the motions, and with such assistance a new pretrial schedule may be devised.

COOK & ASSOCIATES
*Attorney for Plaintiff*

Date: 12/13/05    _____
Tim Cook
Alaska Bar No.: 9007048


DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
*Attorneys for Defendant*

Date: 12-13-05    for _____ 0305019
Andrew Guidi
Alaska Bar No.: 8312171


**CERTIFICATE OF SERVICE:**

This certifies that I am an authorized agent of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on the 13th day of **December, 2005,** I caused a true and correct copy of the foregoing to be ☐-**FAXED;** ☒-**HAND-DELIVERED;** ☐-**MAILED F/C MAIL** to the following:

**Plaintiffs**
Tim Cook
Attorney at Law
3901 Taiga Drive
Anchorage, AK 99516

_____
Donna K. Daniels/111432

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581