

**FILED**

DEC 1 5 2005

# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

*Lutz v. First Financial Insurance Company, Inc.*
Case No. A04-0229 CV (JKS)

By:                    THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:          Dan Maus, Case Management: 677-6123*

PROCEEDINGS:           ORDER FROM CHAMBERS


The parties have filed a joint status report in which they ask that the dates set in the Scheduling and Planning Order at Docket No. 13 be vacated and not reset until pending motions are decided. Docket No. 36. Currently pending are cross motions for summary judgment at Docket Nos. 28 and 34. It appears that a decision on the pending motions might significantly affect the parties' trial preparation. The joint request at Docket No. 36 will therefore be granted, and the dates currently set for identifying experts, exchanging expert reports, and closing discovery will be vacated. The dates will be reset after the pending motions have been decided and the parties submit an additional status report identifying what, if anything, remains to be done before this case may be resolved.

**IT SO ORDERED.**


Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: December 15, 2005

*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.


A04-0229--CV (JKS)    am 12-15-05

A. GUIDI (DELANEY)
T. COOK

37