FILED

DEC 2 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a/ DB Enterprises,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>Defendant. | Case No. A04-0229 CV (JKS)<br><br>O R D E R |

    Eric Lutz, as assignee of Dean Bruington, sues First Financial Insurance Company for breach of contract and related torts. First Financial issued a policy of liability insurance to Bruington, a home builder. Bruington built a home for Lutz; Lutz claims the home was defective. Eventually, Lutz sued Bruington in state court seeking damages. Bruington tendered the defense of the case to First Financial and First Financial declined the tender, arguing that the claim fell within exclusions in the policy precluding coverage for shoddy building. Thereafter, Lutz recovered judgment against Bruington. Bruington assigned his rights to Lutz, Lutz sued in state court, and First Federal removed the case to this Court where jurisdiction is based upon diversity of citizenship.

    First Federal has now moved for summary judgment. Docket No 28. Lutz has filed an opposition, and First Federal has replied. Docket Nos. 31 (opp'n); 38 (reply). In the meantime, Lutz asked for additional time to respond to the Motion for Summary Judgment. Docket No. 30. One of the major issues in this case is the timing of the alleged damages from the defective construction. First Federal argues that it is undisputed that no damage was discovered within the policy period. Lutz seeks additional time to gather evidence on this issue.

39

In addition, Lutz has moved for summary judgment at Docket No. 34 on issues of estoppel. The Court has allowed First Federal additional time to respond. Docket No. 35; *see also*, Order at Docket No. 37. The Court's initial review of the record suggests a high likelihood that this case will be affected by its rulings on dispositive motions. The Court will therefore grant the Motion for Additional Time and give Lutz until March 6, 2006, to conduct additional discovery and file a supplemental opposition to the Motion at Docket No. 28. If such an opposition is filed, First Federal may file a reply in conformity with D. Ak. LR 7.1. By that time, Lutz's Cross-Motion for Summary Judgment will be ripe for decision. Hopefully, the Court will be able to determine whether a trial is necessary and, if so, after consultation with the parties, schedule trial.

**IT IS THEREFORE ORDERED**:

The Motion for extension of time at **Docket No. 30** is **GRANTED**. Lutz's supplemental **opposition to** First Federal's **Motion** for Summary Judgment **at Docket No. 28** shall be due on or before **Monday, March 6, 2006.**

Dated at Anchorage, Alaska, this 21 day of December 2005.

/s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
United States District Judge

A04-0229--CV (JKS)

AM 12/22/05

A. GUIDI (DELANEY)
T. COOK

ORDER

F:\HOME\JUDGES\DOCS\SHARED\CV\D.AK 2004\A04-0229.003.wpd    2