RECEIVED
JAN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Andrew Guidi, Esq.
DELANEY, WILES, HAYES,
GERETY, ELLIS, & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501
PHONE: (907) 279-3581
FAX:   (907) 277-1331

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of Rights of Dean Bruington d/b/a DB Enterprises ) ) ) ) Plaintiffs, ) ) vs. ) ) FIRST FINANCIAL INSURANCE COMPANY, INC. ) ) ) ) Defendant. ) ) | **MOTION FOR ADMITTANCE** *PRO HAC VICE* Case No. A04-229 CV (JKS) |

Defendant moves the Court, pursuant to U.S. District Court, District of Alaska, Local Civil Rule 83.1(d), for an order allowing Jon K. Adams and Michael D. Prough of the law firm of Morison-Knox Holden & Prough, LLP, to appear *pro hac vice* on its behalf. This motion is supported by the declarations of Messrs Adams and Prough, thus complying with the requirement of Rule 83.1(d). The motion has been served on the Executive Director of the Alaska Bar Association.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

[handwritten margin note: receipt # 00127393 for M.D. Prough 1/9/06 ps]

DATED this 5th day of January, 2006, in Anchorage, Alaska.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant

_____
Andrew Guidi
Alaska Bar No.: 8312171

CERTIFICATE OF SERVICE

This certifies that I am an authorized agent of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on the 9th day of **January, 2006**, I caused a true and correct copy of the foregoing to be **MAILED F/C MAIL** to the following:

**Plaintiffs**
Tim Cook, Esq.
Attorney at Law
3901 Taiga Drive
Anchorage, Alaska 99516

_____
Donna K. Daniels/112266

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

2

Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.<br><br>Defendant. | No. A04-229-CV (JKS) |

### DECLARATION OF MICHAEL D. PROUGH

I MICHAEL D. PROUGH declare:

1. I am an attorney at law duly licensed to practice in the State of California and admitted to all of the United States District Courts in California. My California State Bar number is 168741, and I am a member in good standing of every court to which I have ever been admitted. I am an attorney with the law firm Morison-Knox Holden & Prough, LLP, 500

Ygnacio Valley Road, Suite 450, Walnut Creek, CA 94598, telephone (925) 937-9990, fax (925) 937-3272. I and my law firm serve as national counsel to various insurance companies in cases all over the United States, including First Financial Insurance Company ("FFIC"). I submit this declaration in support of my application to appear, *pro hac vice*, as co-counsel for FFIC in this case, associated with Andrew Guidi, of the law firm Delaney Wiles Hayes Gerety, who will remain on the case actively as well. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

    2.    Pursuant to Local Rule 83.1(d)(4), I provide the following information:

        (i)    The only name by which I have ever been known is Michael Dale Prough.

        (ii)    My office address is: 500 Ygnacio Valley Road, Suite 450, Walnut Creek, CA 94598. My home address is 337 Warwick Drive, Walnut Creek, CA 94596.

        (iii)    A list of each court to which I have been admitted, with the date of admission as to each, is attached hereto as Exhibit A.

        (iv)    I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

        (v)    not applicable (no suspension, disbarment, etc.)

        (vi)    I have obtained, downloaded and read a complete copy of the local rules of the court, and have them accessible for ready reference in my files.

    3.    Attached hereto as Exhibit B is a certificate of good standing issued by the United States District Court for the Northern District of California.

I declare the foregoing to be true under the laws of the United States, and that this declaration was executed on January 4, 2006 in Walnut Creek, California.

_____
Michael D. Prough

Exhibit A

## MICHAEL D. PROUGH
### COURT ADMISSIONS

| COURT | JURISDICTION | ADMISSION DATE |
|---|---|---|
| Supreme Court | State of California | 12/14/91 |
| United States Court of Appeals | Sixth Circuit | 04/10/95 |
| United States Court of Appeals | Ninth Circuit | 01/30/96 |
| United States Court of Appeals | Fifth Circuit | 06/07/04 |
| United States District Court | Northern District of California | 12/14/93 |
| United States District Court | Southern District of California | 10/19/94 |
| United States District Court | Central District of California | 10/31/94 |
| United States District Court | Eastern District of California | 11/01/94 |
| United States District Court | Eastern District of Michigan | 11/15/94 |
| United States District Court | State of Hawaii | 01/10/97 |
| United States District Court | Eastern District of Wisconsin | 08/11/97 |
| United States District Court | Southern District of Indiana | 10/19/01 |

109288.1

Exhibit B

# Certificate of Good Standing

United States of District Court ）
                                ） ss.
Northern District of California ）

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Michael D. Prough, Bar No. 168741 was duly admitted to practice in said Court on December 14, 1993, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on November 18, 2005

Richard W. Wieking
Clerk