Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*FIRST FINANCIAL INSURANCE COMPANY, INC.*


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE


| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. A04-229-CV (JKS) ) |
| FIRST FINANCIAL INSURANCE COMPANY, INC. | ) ) ) |
| Defendant. | ) ) ) |
| _____ | ) |

## EXHIBIT INDEX

**Re: DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF ERIC LUTZ' MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| A | DB Enterprises' license as registered Specialty Contractor |
| B | Affidavit of Mike Shelton (copy; original is on file with the Court as Ex. A to FFIC's Motion for Summary Judgment, ECF #28) |
| C | Complaint for Damages-Lutz v. Bruington, Case No. 3AN-03-07096 CI |

| | |
|---|---|
| D | Portions of 8-6-2003 sworn statement of Eric Lutz |
| E | Plaintiff's Brief in Support of Motion for Summary Judgment and Request to Schedule Damage Hearing (Case No. 3AN-03-07096 CI) |
| F | December 16, 1999 Notice of Completion |
| G | Eric & Marsha Lutz' Homeowners Policy with Umialik Ins. Co. |
| H | Bruington's November 16, 1998 Commercial Insurance Application. |
| I | Certified copy of FFIC policy no. F0117G412046 |
| J | Affidavit of Marsha Henderson (copy; original on file with the Court as Ex. O to Lutz' Opposition to FFIC's Motion for Summary Judgment, ECF #31). |
| K | Affidavit of David Buness (copy; original on file with the Court as Ex. K to FFIC's Motion for Summary Judgment, ECF #28). |
| L | Sept. 11, 2002 letter from FFIC to Bruington. |
| M | Bruington's May 13, 2003 fax to FFIC. |
| N | Agreement and Release between Lutz and Bruington, Case No. 3AN-03-07096 CI. |
| O | Assignment of Claim and Right between Lutz and Bruington, Case No. 3AN-03-07096 CI. |
| P | August 29, 2004 Order Granting Unopposed Motion for Summary Judgment. |
| Q | *L-J, Inc. v. Bituminous Fire & Marine Ins. Co.*, 2005 S.C. LEXIS 270, **7, 11-12 (S.C. 2005). |
| R | *Couch on Insurance 3d*, § 21.22. |
| S | *Mount Vernon Fire Ins. Co. v. Future Tech Const. Corp.*, 1997 U.S. Dist. LEXIS 10799 (S.D.N.Y.). |
| T | *U.S. Underwriters Ins. Co. v. Congregation Kollel Tisereth*, 2004 U.S. Dist. LEXIS 19608, **18-24 (E.D.N.Y. 2004). |
| U | *Sokol & Co. v. Atl. Mut. Ins. Co.*, 2005 U.S. App. LEXIS 25672 (7th Cir., Nov. 25, 2005). |

*112651*

**2**