ALASKA DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT
P.O. BOX 110806, JUNEAU, AK 99811-0806

# ALASKA BUSINESS LICENSE

This is to certify that the licensee named below holds an Alaska Business License covering the period January 1 through December 31 of the license year(s), or fraction thereof.

## LICENSE YEARS(S)

EXPIRES 12/31/2002

This license shall not be taken as permission to do business in the state without having complied with the other requirements of the laws of the State of Alaska or of the United States.

This license must be posted in a conspicuous place at the location. It is not transferable or assignable.

**COMMISSIONER OF COMMUNITY AND ECONOMIC DEVELOPMENT**

0 (Rev. 6/01)

No. 26008
Effective: 08/29/2001
Expires: 08/31/2003

# STATE OF ALASKA
DEPARTMENT OF COMMUNITY & ECONOMIC DEVELOPMENT
Division of Occupational Licensing
P.O. Box 110806, Juneau, Alaska 99811-0806

Division of Occupational Licensing

Certifies that

## D B ENTERPRISES

Is a Registered

**Specialty Contractor**

Specialties: FINISH CARPENTRY
ROUGH CARPENTRY

Commissioner: Deborah B. Sedwick

Exhibit __A__
Page __1__ of __1__