IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. A04-229-CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>) |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

### AFFIDAVIT OF MICHAEL SHELTON

MICHAEL SHELTON, being first duly sworn on oath, does hereby state and affirm:

1. I have personal knowledge of the facts stated in this affidavit and I am competent to testify concerning them.

2. Since about 1988 I have been the president of M. Shelton Services, Inc., which is located in Glennallen, Alaska. M. Shelton Services, Inc. (hereafter "Shelton Services") is an independent excavation contractor and certified septic system installer. My wife, Judy Shelton, is the vice president of the company. My wife and I also serve as the secretary and treasurer

Exhibit G
Page 1 of 4

of the company, respectively. Judy is the registered agent for the company as well. M. Shelton Services, Inc. is a corporation in good standing with the State of Alaska.

3. In 1999, on behalf Shelton Services I contracted with Dean Bruington to perform excavation work on Eric Lutz's property. We had an oral agreement. I had performed contract jobs for Mr. Bruington on a few occasions in the past but I was not working on one of his projects either immediately before I began working on Mr. Lutz's property, or immediately afterwards. Shelton Services has had an occasional project with Mr. Bruington since the work on Mr. Lutz's property, but over the past five years only about one percent of Shelton Services' business has been for Mr. Bruington.

4. Mr. Bruington hired Shelton Services because he was aware of the high quality of the work it had performed in the past. In addition, Shelton Services owns its own heavy equipment, which Mr. Bruington did not have.

5. It is common for Shelton Services to contract on the basis of either a bid price or time and materials. In the case of Mr. Lutz's property I recall Shelton Services agreed to perform the work on a time and materials basis because the job was indefinite. Mr. Bruington provided only general directions as to where he wanted the excavation work performed and the

AFFIDAVIT OF MICHAEL SHELTON                                    Page 2 of 4
*Lutz, et al v. First Financial Insurance Company, Inc;*
Case No. A04-229-CV (JKS) Civil

Exhibit B
Page 2 of 4

depth. Mr. Bruington provided a foundation plan but to the best of my recollection there was no particular design for the excavation itself.

6. At Mr. Lutz's property, among other things, Shelton Services excavated the building footprint, prepared and filled the gravel pad, and installed the septic system. I performed the work myself. I did not punch a time clock or have to maintain specific hours, other than what was necessary to coordinate work with Mr. Bruington.

7. Shelton Services carries its own liability insurance for its work and equipment, files its own tax returns, and has its own employees. While performing work at the Lutz property I was an employee of Shelton Services, and not Mr. Bruington. Bruington was billed by Shelton Services (see attached bill, for example) and paid as an independent contractor with no W-2 and no deductions for social security, medicare or unemployment.

8. I told both Mr. Bruington and Mr. Lutz that that they should wait at least a year after the property was stripped so that the frost could have a chance to get out of the ground and we could see what the ground was like before they constructed a foundation. At one point Mr. Lutz asked me if the foundation would work and I said it would depend on the ground. I made this recommendation because there is permafrost in the area.

**AFFIDAVIT OF MICHAEL SHELTON**
*Lutz, et al v. First Financial Insurance Company, Inc;*
Case No. A04-229-CV (JKS) Civil

Page 3 of 4

Exhibit B
Page 3 of 4

FURTHER SAYETH YOUR AFFIANT NAUGHT.

DATED at Anchorage, Alaska this 28 day of October, 2005.

_____
MICHAEL SHELTON

SUBSCRIBED AND SWORN to before me this 28th day of October, 2005.

_____
Notary Public for Alaska
My Commission Expires: N/A

[Stamp: GLENNALLEN AK, OCT 28 2005, USPS]

109727

AFFIDAVIT OF MICHAEL SHELTON
*Lutz, et al v. First Financial Insurance Company, Inc;*
Case No. A04-229-CV (JKS) Civil

Page 4 of 4

Exhibit B
Page 4 of 4