Page 1    [DelaneyWilesDoc#105598]

1                          SWORN STATEMENT
2
3                          ERIC D. LUTZ
4                        August 6th, 2003
5
6
7   APPEARANCES:
8
9
10    FOR UMIALIK:                 MR. TIMOTHY M. STONE
11                                 Stone & Jenicek
12                                 Attorneys at Law
13                                 729 N Street
14                                 Anchorage, Alaska 99501
15                                 (907) 277-8567
16
17    FOR MR. LUTZ:                MR. TIM COOK
18                                 Attorney at Law
19                                 3902 Taiga Drive,
20                                 Anchorage, Alaska 99516
21                                 (907) 336-5291
22
23
24
25

Exhibit D
Page 1 of 16

Page 2
1          The Sworn Statement of ERIC LUTZ was taken on behalf of
2  Umialik before Wanda Ventres, Notary Public in and for the
3  State of Alaska and Reporter for R & R Court Reporters, Inc. at
4  the offices of R & R Court Reporters, 810 N Street, on the 6th
5  day of August, 2003, commencing at the hour of 1:10 o'clock
6  p.m.
7                        TABLE OF CONTENTS
8
9  Direct Examination by Mr. Stone                              04
10
11
12 EXHIBITS:
13
14    1    (Sworn Statement, proof of loss in claim No. 17536)  26
15    2    (Diagram)                                            92
16    3    (Complaint for damages)                              92
17
18
19
20
21
22
23
24
25

Page 3

1                    P R O C E E D I N G S

2                 COURT REPORTER:  We're on record.  Today is

3   August 6th, 2003.  The time is 1:10 p.m. and we are at the

4   offices of R & R Court Reporters to take a statement by Mr.

5   Lutz.  My name is Wanda Ventres.  I'm a Court Reporter employed

6   by R & R Court Reporters at 810 N Street in Anchorage, Alaska.

7                 Mr. Lutz, if you would raise your right hand?

8                 MR. LUTZ:  Do I need to stand as well?

9                 MR. STONE:  No.

10                COURT REPORTER:  No, you don't have to stand.

11       (Oath Administered)

12                MR. LUTZ:  Yes.

13                      ERIC D. LUTZ

14  having first been duly sworn under Oath, testified as follows

15  on:

16                    DIRECT EXAMINATION

17                COURT REPORTER:  You may lower your hand.  And

18  first of all, I'm going to ask you to attach that microphone to

19  your shirt front, please.  No, the one.....

20                MR. LUTZ:  Oh, this one over here?

21                COURT REPORTER:  Yeah.  And for the record, Mr.

22  Lutz, if you would state your full, please, spelling your last

23  name?

24  A       My first name is Eric D. Lutz, L-u-t-z.

25                COURT REPORTER:  And your mailing address?

Page 23

1  Q        Oh, okay.  So the footings were in and you helped with

2           the wood foundation?

3  A        Right, the stem --......

4  Q        Okay.

5  A        .....I think it's called a stem wall from there on up.

6  Q        Okay.

7  A        Yeah.  And that's green treated wood.

8  Q        And the actually construction took how many months?

9  A        I would say by -- you mean -- construction you mean the

10          framing or do you mean the.....

11 Q        From the time you.....

12 A        .....entire thing?

13 Q        .....started working on it until it was done?

14 A        I started in.....

15 Q        You personally?

16 A        .....May to probably -- I think it was -- well,

17          September or October when I went back to school.

18 Q        And the building, was it done at that time?

19 A        Basically done, the -- not the finish work was done or

20          anything like that, but there was still -- they were

21          still doing finish work up until pretty much December.

22 Q        Okay.  When did you move into the house?

23 A        It was, kind of, a gradual thing.  We started moving in

24          stuff and then I would spend nights there and that sort

25          of thing somewhere -- and that was in late October.

Page 24

1  Q      Okay.  So there was finish work going on after.....

2  A      There was still work going on,.....

3  Q      .....you were living in the house?

4  A      .....yeah.

5  Q      Okay.

6  A      I was living in boxes and that sort of thing.

7  Q      All right.  Well, when do you -- would you estimate you

8         and Marsha moved in full time?

9  A      I would say late November.

10 Q      Okay.

11 A      It was -- there was still construction going on at that

12        time, but.....

13 Q      Okay.  And have you lived in the house continuously

14        since that time except when you're away from work?

15 A      Correct.

16 Q      Okay.  Okay.  With respect to Mr. Bruington, did you

17        say you had a written contract with him for the

18        construction?

19 A      We had a bank agreement of what services he would

20        provide and the materials and that sort of thing and

21        what the cost of that would be which I -- I think.....

22 Q      Do you have a copy of that?

23 A      I think I did furnish -- do you have a copy of that,

24        Mr. Cook?  I think I gave you a copy of that.

25              MR. COOK:  I don't -- I don't know if I have a

Page 37

1          lawyer.

2    A     Okay.

3    Q     I just have to make sure I understand it.....

4    A     Okay.

5    Q     .....so that's all I'm trying to clarify.

6    A     Yeah.  I know some of the vernacular gets messed around

7          with from area to area too.  So.....

8    Q     Okay.  All right.  Well, continuing on the

9          unanticipated loss of heat into the frozen soil

10         underlying the structure has caused the supporting soil

11         to melt away.  Okay.  So your understanding of the

12         process is that frozen ground is basically melting and

13         causing the ground around it to subside?  Is that

14         what's happening?

15   A     That's my -- yeah, my best guess.

16   Q     Okay.

17   A     That's correct.

18   Q     All right.  Now, when was it that you first noticed

19         anything in the house that you now attribute to this

20         occurrence?

21   A     Well, there's probably two -- it's probably the spring

22         of that year of 2001 -- 2000-2001, and there's small

23         cracks in the dry wall in the joints and that sort of

24         thing.....

25   Q     Um-hum.

Exhibit O

Page 6 of 16

Page 38

1  A        .....between the dry wall.  But at the time I didn't

2           really see that as a major problem.

3  Q        Okay.  When did you first contact Mr. Bruington

4           regarding any problems that you were encountering with

5           the house?

6  A        Shortly after -- shortly after I discovered that --

7           that there were small cracks.

8  Q        Did he come out and look?

9  A        Um-hum.  (Affirmative).

10 Q        And what did -- if anything, did he observe at that

11          time?

12 A        Just he explained the -- the same thing.  That in

13          Glennallen you build a house there's a really good

14          chance of you getting dry wall cracks.  It's -- and

15          same in -- anywhere.  It's a fairly common thing.

16 Q        Did he attribute them to the settling of the house?

17 A        Sure.

18 Q        Okay.  Now, in the crawl space, was there an access to

19          the crawl space in the house?

20 A        Yes.

21 Q        Okay.  And is it like a hatch or.....

22 A        Correct.

23 Q        Okay.  And I take it from your description of the

24          height of the foundation you can't stand up in the

25          crawl space?

Exhibit  O
Page  7  of  16

Page 48

| | | |
|---|---|---|
| 1 | Q | Okay.  Above ground? |
| 2 | A | That's what they call it, but it's actually -- I don't |
| 3 | | know why they call it that.  But..... |
| 4 | Q | Who installed that? |
| 5 | A | That would be Mike Shelton again. |
| 6 | Q | Is it called about ground because you basically pump it |
| 7 | | out?  That's a container..... |
| 8 | A | No.  It's -- it's a mounted up system. |
| 9 | Q | Um-hum. |
| 10 | A | So I think that's why they call it above ground. |
| 11 | Q | Has it been there as long as you've been there? |
| 12 | A | Yeah.  It was put in with the house, yeah. |
| 13 | Q | Okay.  Well, you said Mr. Bruington came out to look |
| 14 | | when you had the initial cracks..... |
| 15 | A | Um-hum. |
| 16 | Q | .....and just attributing them to settlement.  When did |
| 17 | | you notice serious enough problem that you had him come |
| 18 | | back out again? |
| 19 | A | The -- the problems slowly progressed from there.  But |
| 20 | | then I believe it was in June of 2002 when I said -- I |
| 21 | | mean this is obviously getting -- this is more than |
| 22 | | just a little bit.  He -- I think it was in the fall of |
| 23 | | 2001 he came out and installed a jack system underneath |
| 24 | | a portion of the house. |
| 25 | Q | Okay. |



Exhibit D
Page 8 of 16

Page 49

1    A        And at that point I realized it's pretty serious.

2    Q        What was it that was happening at that time that caused

3             him to come out and install jacks?

4    A        The foundation floor -- I mean the -- not the

5             foundation floor, the garage floor had -- was moving.

6             And -- and the cracks in the wall are getting bigger.

7             Separation between the ceiling and the wall itself was

8             getting bigger.

9    Q        Okay.  By the garage floor moving, what do you mean?

10   A        The southeast corner was -- was going down.

11   Q        So it was sinking basically?

12   A        Correct.

13   Q        And that's the slab in the garage?

14   A        Correct.  Um-hum.

15   Q        Was the -- was there any cracking going in the slab or

16            it was just the whole piece moving?

17   A        Just -- I mean the cracks that are in there are very

18            fine.

19   Q        Okay.

20   A        They're just -- I mean I would expect that from almost

21            any pour, some cracking.

22   Q        Okay.  So it's basically the whole slab is tilted?

23   A        Um-hum.  (Affirmative).

24   Q        Southeast would be toward the -- I guess -- we said the

25            door is on the east side?

Exhibit   P
Page   9   of   16

Page 53

1  A       Or should I put something else?

2  Q       That's fine.

3  A       Okay.

4  Q       Just so we know what you're referring to.  That's the

5          excavation that occurred before you ever owned the

6          property?

7  A       Correct.

8  Q       Okay.

9              MR. COOK:  We've been going about an hour.  I'd

10 like to take a little break.  I need to go to the bathroom.

11             MR. STONE:  Oh, sure.  We can take a break.

12 I'm sorry.  I should have.....

13         (Off record)

14         (On record)

15 Q       Now, you said -- this condition that we're talking

16         about on the slab, this is something that was going on

17         in the -- I guess some time in the late summer or fall

18         of 2001 and caused you to bring Mr. Bruington back out

19         or ask him to come back out?

20 A       Right.

21 Q       All right.  Now, did he come out with the jacks or did

22         he come out and look at it and then come back with

23         the.....

24 A       Yes.  Again, I wasn't there when he actually did the

25         installation of this.  But he came out and took a look

Exhibit  2
Page  10  of  16

Page 54

| | | |
|---|---|---|
| 1 | | at it and said he would be back later on to fix this |
| 2 | | problem. |
| 3 | Q | Now what other things did you look at with him when he |
| 4 | | came out? |
| 5 | A | I showed him the entire house. |
| 6 | Q | Okay.  And you said there were cracking and..... |
| 7 | A | Showed him the cracks. |
| 8 | Q | .....there were -- the cracks up by the ceiling were |
| 9 | | getting larger? |
| 10 | A | Um-hum.  (Affirmative). |
| 11 | Q | Were there other things that you guys looked at? |
| 12 | A | We had problems with some of the doors as well. |
| 13 | Q | Okay.  In other words, they were getting stuck or..... |
| 14 | A | Yeah.  They're not -- not closing right.  And stuck. |
| 15 | Q | Okay.  And where were they hitting?  Were they hitting |
| 16 | | at the top of the jam, the bot- -- down on the floor? |
| 17 | | Do you remember? |
| 18 | A | Top of the jam, I believe.  Yeah.  Somewhere on top. |
| 19 | | Let's see.  There's probably six or seven doors. |
| 20 | Q | Did you and he go down into the crawl space? |
| 21 | A | Yes. |
| 22 | Q | Okay.  And did you observe anything down there? |
| 23 | A | Just that the -- it looked like the footer was going |
| 24 | | down. |
| 25 | Q | Under a particular part of the house or..... |

Page 67

1  A        It's a.....

2  Q        .....purchase the water from anybody or do you.....

3  A        Yes.  You purchase it from -- it's currently owned by

4           Glennallen Water Works.

5  Q        And how do they determine when to refill your tanks?

6  A        Oh, it's on a regular service.  They come every week or

7           two weeks or a month, depending on what you set up.

8  Q        Okay.  And in December of 2001, is that where you were

9           getting your water?

10 A        Yes.

11 Q        Okay.  And you said -- you started to say how big is

12          your tank?

13 A        650 gallons.

14 Q        Okay.  And is that that single tank or more than one?

15 A        It's two tanks joined together.  Piped together.

16 Q        All right.  And what happened to the water supply that

17          caused the spill?

18 A        There's a line -- a water line along the side of the

19          garage.

20 Q        The north side?

21 A        On the north side of the garage.....

22 Q        Okay.

23 A        .....and takes an elbow south towards the water heater

24          which is located right about here.....

25 Q        Okay.

Exhibit  O
Page  12  of  16

Page 68

1    A        .....in this area.

2    Q        Which is the west wall?

3    A        Yeah.  Along the west wall.....

4    Q        Okay.

5    A        .....maybe three-quarters of the way.  And this line

6             froze in several places.

7    Q        Now at the time -- this is the line between the tanks

8             and the hot water heater?

9    A        Line between the tanks and the line -- actually the

10            main water line to the water heater, I guess.

11   Q        Okay.

12   A        The water system for the house.

13   Q        Now when approximately did this happen?

14   A        December of 2001, I believe.

15   Q        Okay.  But can you be more specific than that?  Was it

16            prior to Christmas, afterwards?

17   A        It was before Christmas.  Yes.  Because I was leaving

18            for Christmas break, as a matter of fact, to Chicago.

19   Q        Okay.  And so you were getting ready to go to Chicago?

20   A        Um-hum.  After Thanksgiving, before -- it was after

21            Thanksgiving and before we got off for Christmas break.

22            Like maybe a week or so before Christmas break, which

23            would be what, December 19th, something like that.

24            So.....

25   Q        And how did you discover this?

Exhibit ___O___
Page _13_ of _16_

Page 69

| | | |
|---|---|---|
| 1 | A | No water in the -- in the bathrooms and went out to |
| 2 | | check and the..... |
| 3 | Q | Okay.  So at the time you were living at home and |
| 4 | | working? |
| 5 | A | Yeah. |
| 6 | Q | Okay. |
| 7 | A | Yeah. |
| 8 | Q | And was there anybody living there besides you? |
| 9 | A | I don't believe so.  I don't think so. |
| 10 | Q | Marcia was gone? |
| 11 | A | Yeah. |
| 12 | Q | Okay.  So you had no water in the bathroom.  So what |
| 13 | | did you do?  You went out to the garage..... |
| 14 | A | I went out to the garage and saw that the -- the pump |
| 15 | | was running but it's not going anywhere.  So..... |
| 16 | Q | Where is the pump? |
| 17 | A | The pump's located in between the two tanks which is in |
| 18 | | this area right here.  Inside. |
| 19 | Q | Okay.  So the pump was running, trying to pump in |
| 20 | | response to the faucet being open? |
| 21 | A | Right.  But nothing was coming out.  So..... |
| 22 | Q | All right. |
| 23 | A | .....I deduced that the line must be frozen. |
| 24 | Q | Okay. |
| 25 | A | And upon inspection found that it had frozen and burst |

Exhibit O

Page 14 of 16

00070

| | | |
|---|---|---|
| 1 | | in a number of areas. |
| 2 | Q | So it was frozen and there were breaks in the line? |
| 3 | A | Right. |
| 4 | Q | Okay.  When had it last worked before that? |
| 5 | A | The day before that?  I don't know..... |
| 6 | Q | I mean what time of the day was it you discovered that |
| 7 | | you didn't have water? |
| 8 | A | It was late afternoon on -- I don't remember the exact |
| 9 | | date.  Sorry. |
| 10 | Q | All right. |
| 11 | A | I was like..... |
| 12 | Q | So you discovered it in the late afternoon.  You mean |
| 13 | | after you'd come home from work or..... |
| 14 | A | Right.  Right. |
| 15 | Q | All right.  And it had worked that morning before you |
| 16 | | went to work? |
| 17 | A | Um-hum.  (Affirmative). |
| 18 | Q | Okay.  And do you remember what the temperature was |
| 19 | | like? |
| 20 | A | It was cold.  It was probably 35, 40 degrees below |
| 21 | | zero. |
| 22 | Q | Okay.  And did you have any heat that you kept in the |
| 23 | | garage? |
| 24 | A | Yes. |
| 25 | Q | Okay.  What kind of heat source did you have there? |

Exhibit  D
Page 15 of 16

```
00100
1                     C E R T I F I C A T E
2   STATE OF ALASKA                    )
3.  THIRD JUDICIAL DISTRICT            )
4          I, Wanda Ventres, Notary Public in and for the State of
5   Alaska, and court reporter for R & R Court Reporters,
6   Incorporated, do hereby certify:
7          THAT the annexed and foregoing transcript of a
8   STATEMENT ON RECORD BY ERIC LUTZ was taken before Wanda
9   Ventres, on behalf of Umialik Insurance Company, at the offices
10  of R & R Court Reporters, 810 N Street, Anchorage, Alaska, on
11  the 6th day of August, 2003, commencing at the hour of 1:10
12  o'clock p.m.
13         THAT this Deposition, as heretofore annexed, is a true
14  and correct transcription of the testimony of said Witness,
15  taken by Wanda Ventres and thereafter transcribed by Suzan
16  Olson and Wanda Ventres.
17         THAT the Original DEPOSITION transcript will be lodged
18  in a sealed envelope with the attorney requesting transcription
19  of same, that attorney being:  MR. TIMOTHY M. STONE, Stone &
20  Jenicek, Attorneys at Law, 729 N Street, Anchorage, Alaska
21         IN WITNESS WHEREOF, I have hereunto set my hand and
22  affixed my seal this 2nd day of October, 2003.
23                              Notary Public in and for Alaska
24                              My commission expires: 09/20/07
25
```

Exhibit  P
Page  16  of  16