BOOK 55 PAGE 902

# OWNERS NOTICE OF COMPLETION

NOTICE IS HEREBY GIVEN, pursuant to A.S. 34.35.071 that:

Name: **Eric Lutz + Marsha Lutz** of

Address: 000 MEMORY LANE, GLENNALLEN, AK 99588 is the

**Owner**

of the following described real property:

LOT ONE (1), BLOCK TWO (2), SPRUCEVIEW SUBDIVISION, ACCORDING TO PLAT NO. 95-21, LOCATED IN THE CHITINA RECORDING DISTRICT, THIRD JUDICIAL DISTRICT, STATE OF ALASKA.

That on the **16th** day of **December**, **1999**, work was completed on the **Single Family Residence** (construction, improvement, or particular improvement) of the building (or particular building) located thereon by **DB Enterprises** the original contractor.

Signed: _Marsha Lutz / Eric Lutz_
(owner, lessee or other agent)

STATE OF ALASKA )
THIRD JUDICIAL DISTRICT ) SS:

**Eric & Marsha Lutz**, being first duly sworn, under oath, deposes and says:
(owner, lessee or other agent)

I have read the foregoing Notice of Completion, know the contents thereof, all and singular, and the statements contained therein are true as I verily believe.

Signed: _Marsha Lutz / Eric Lutz_
(owner, lessee or other agent)

SUBSCRIBED AND SWORN to before me this **27** day of **December**

_[signature]_
Notary Public for Alaska
My commission expires: **6/17/00**

[Notary Seal: DARYL LOWE, NOTARY PUBLIC, STATE OF ALASKA]

Return To:
NBA
Mortgage Loans

NOCOMP
6/1999
LO#6460

711036 Lutz

Exhibit F
Page 1 of 2

BOOK SS PAGE 908

001096
CHITINA
RECORDING DISTRICT
AIS

1999 DEC 29 A 10:17
REQUESTED BY
NBA

Exhibit F
Page 2 of 2