## UMIALIK INSURANCE COMPANY
### HOMEOWNERS POLICY DECLARATIONS

NEW / RENEWAL OF NUMBER
No. HO-0110824

**Named Insured and Mailing Address**
ERIC D. & MARSHA LUTZ
P.O. BOX 741
GLENNALLEN, AK 99588

**Agent Name and Address**
INTEGRA INSURANCE SERVICES
452 KNIK GOOSE BAY ROAD #200
WASILLA, AK 99654
#0055.15

Policy Period: 1 Years   From: 12/22/1999   To: 12/22/2000   12:01 A.M. Standard Time at the **residence premises.**

The **residence premises** covered by this policy is located at the above address unless otherwise stated: (No., Street, Apt., Town or City, County, State, Zip Code)
LOT 1 BLOCK 2 SPRUCE VIEW, CHITNA RED DIST., MILE 181 GLENN HIGHWAY
GLENNALLEN, AK 99588

Description of Mobilehome: Year:   Make:   Serial No.:   Length:   Width:

Coverage is provided where a premium or limit of liability is shown for the coverage.

| Coverages and Limit of Liability | Section I Coverages | | | | Section II Coverages | |
|---|---|---|---|---|---|---|
| | A. Dwelling | B. Other Structures | C. Personal Property | D. Loss of Use | E. Personal Liability Each occurrence | F. Medical Payments to Others Each person |
| | $ 165,000. | $ 16,500. | $ 82,500. | $ 33,000. | $ 300,000. | $ 5,000. |

| Premium | Basic Policy Premium | Additional Premiums | | | Total Prepaid premium | Premium if paid in installments | Payable: At Inception | At each anniversary |
|---|---|---|---|---|---|---|---|---|
| | $ 764. | $ | $ | $ | $ 764. | $ | $ 764. | $ |
| Premium for Scheduled Personal Property | | | | | $ | $ | $ | $ |
| Combined Premium | | | | | $ | $ | $ | $ |

Form and Endorsements made part of this Policy at time of issue:
Insert Number(s) and Edition Date(s)
Form HO0003(4-91)   Endorsement(s) HO0154(04-99)HO0496(4-91)U048(5-96)
HO0416(4-91)HO0490(4-91)HO0446(4-91)

| DEDUCTIBLE | SECTION I | OTHER | In case of a loss under Section I, we cover only that part of the loss over the deductible stated. |
|---|---|---|---|
| | $ 1,000. | $ | |

**Section II** Other **insured locations**: (No., Street, Apt., Town or city, County, State, Zip code)

| Mortgagee/Lienholder (Name and address) | NATIONAL BANK OF ALASKA ITS SUCCESSORS &/OR ASSIGNS P.O. BOX 107025 ANCHORAGE, AK 99510 | Special State Provisions S. Car. Valuation Clause (Cov.A) $ |
|---|---|---|

Countersigned: SMJ/fmf 12/17/99   By _____ Authorized Representative

**RATING INFORMATION**   FORM: [ ] HO-1(1) [ ] HO-2(2) [X] HO-3(3) [ ] HO-4(4) [ ] HO-5(5) [ ] HO-6(6) [ ] HO-8(8) [ ] HO-3/HO-15(3)

MOBILEHOME SUPPLEMENT:   [ ] MH-200(End. ID Code 1)   [ ] MH-200 and MH-202 (End. ID Code 2)   YR. OF CONST. OR MODEL YR. 19099   Code ( 1 )

Tie Down - (1) [ ] None;   (2) [ ] Over-the-Top and Chassis;   [ ] Over-the-Top Only; (4) [ ] Chassis Only

NUMBER OF FAMILIES: All Forms except HO-4 and HO-6 Not Townhouse Code (1)[X] 1 [3] 2 [6] 3 [6] 4   Town/Rowhouse (1)[ ] 1 [3] 2 [2] 3 [2] 4 5 or more [4]   HO-6 Not Rented (1)[ ] 1 [1] 2 [1] 3 [1] 4 5 or more [8]   Ho-6 Rented (1)[ ] 1 [1] 2 [1] 3 [1] 4 5 or more [8]

Construction: (1) Frame [X]   (2) Brick, Stone or Masonry Veneer [ ]   (3) Brick, Stone or Masonry [ ]   (5) Frame with aluminum or Plastic Siding [ ]   (4) Superior or Fire Resistive [ ]   (8) Specially Rated - Not Fire Resistive [ ]   Mobile Homes - Not MH Supplement [ ]   (6) All Other [ ] (1) [ ]

Mobilehome Supplement- Composition Shingle Roof and on:   (7) [ ] A fully enclosed masonry foundation;   (9) [ ] blocks or piers and fully skirted

PROTECTION CLASS: 8   Code   Not more than ___ feet form hydrant 1/8 miles from Fire Dept.   FIRE DISTRICT OR TOWN:   Code ( )

TERRITORY NO.   Code ( )   PREM. GRP. NO.   DEDUCTIBLE: Type code ___ and Size Code ___   Section I $   Other $

STATISTICAL REPORTING INFORMATION (Separate Coding Record required)   Premium: Prepaid;   If paid in Installments;   Payable at: Inception   Each Anniversary

| Codes: | Subline | Number | Classif. | Cov. E Limit | | | | |
|---|---|---|---|---|---|---|---|---|
| Earthquake | ( ) | ( ___ ) | ( ___ ) | ( ___ ) | $ | $ | $ | $ |
| F.P.L. | ( ) | ( ___ ) | ( ___ ) | ( ___ ) | $ | $ | $ | $ |
| Snowmobiles | ( ) | ( ___ ) | ( ___ ) | ( ___ ) | $ | $ | $ | $ |
| Watercraft | ( ) | ( ___ ) | ( ___ ) | ( ___ ) | $ | $ | $ | $ |
| End. HO-61 | ( ) | ( ___ ) | ( ___ ) | ( ___ ) | $ | $ | $ | $ |
| | | | | ALL OTHER PREMIUMS | $ | $ | $ | $ |

(a) The residence premises is not seasonal; (b) no business pursuits are conducted on the residence premises; (c) the residence premises is the only premises where you maintain a residence other than business or farm properties; (d) the insured has no full time residence employee(s); (e) the insured has no outboard motor(s) or watercraft otherwise excluded

000231   2

JDL1776-3-A (Ed. 4-84)   THIS DECLARATIONS PAGE, WITH POLICY JACKET, HOMEOWNERS POLICY FORM, AND ENDORSEMENTS IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THE ABOVE NUMBERED HOMEOWNERS POLICY.

Exhibit G
Page 1 of 3



# UMIALIK INSURANCE COMPANY
4300 Boniface Parkway, Suite 201 • Anchorage, Alaska 99504-4387

Dear Policyholder:

Federal and state laws require that we establish a privacy policy and inform you annually of that policy. Umialik Insurance Company is committed to protecting your privacy. Although we do collect personal information about you to insure your cars, boat, home, business or property, we do so only for that business purpose. We pledge to maintain the confidentiality of that information. We do not sell, rent or give away any information you have entrusted to us.

The purpose of this letter is to describe our current privacy policy and practices.

**Privacy and Security**
We have strict policies in place to safeguard the privacy and security of your personal information. Your personal information, including the data contained in our computers, is protected from unauthorized access. It is restricted in its use to employees and others having a business need for the information.

**Types and Use of Personal Information Collected**
The personal information we collect from you and about you is used to provide and service insurance policies. This information varies depending upon whether you are our insured or prospective insured, and the particular insurance product you have purchased or are considering. Examples of personal information we may collect from you or about you include: your name, address, telephone number, and driving history.

The information may be obtained from an application or claim form, or it may be acquired from other sources. We maintain personal information regarding your transactions with Umialik Insurance Company, such as information about your insurance policies, claims, and premiums. We may request additional information in order to service the insurance products we provide you.

**Safeguarding Your Medical Information**
We share your concern about privacy of your medical information. We assure you that we do not rent, sell or give away your personally identifiable medical information to anyone, for marketing purposes, or for any other reason. We will only use this medical information for insurance underwriting purposes, to service your policy or a claim and for other purposes required or permitted by law.

**When We May Disclose Information**
Umialik Insurance Company respects the confidentiality of your personal information. However, there are circumstances in which we may disclose to third parties information we have about you in order to conduct our business, including servicing or processing an insurance product, claim, or service that you request or authorize. We will make these disclosures only when they are permitted or required by law. These disclosures may include providing information in responses to a request by regulatory or governmental authorities, our re-insurers, other administrators, auditors or consultants. We may also provide your Independent Agent and his or her associates with access to your personal information they need to administer your business, and provide services to you. They may also use this information to advise you of additional products and services offered through their agency.

We do not rent, sell or disclose any of your personal information, regardless whether you are a current or former customer or insured. In other words, should your relationship with Umialik Insurance Company end we will continue to limit disclosures of your personal information in accordance with our stated privacy policy and practices just as we do for those who maintain a continuing relationship with us.

We welcome your inquiries. Please write to Umialik Insurance Company, 4300 Boniface Pkwy. Ste. 201, Anchorage, AK 99504.

Sincerely,

UMIALIK INSURANCE COMPANY

Thomas Andritsch
President

Exhibit __G__
Page __2__ of __3__

232

000232

- ATTACH THIS CERTIFICATE TO ORIGINAL POLICY -



## UMIALIK INSURANCE COMPANY

### RENEWAL CERTIFICATE

| RENEWAL AMOUNT $ SEE BELOW | RENEWAL PREMIUM $ 694.00 | TERM 1 Year(s) | RENEWAL PERIOD From 12/22/2002 To 12/22/2003 | POLICY NUMBER HO-0110824 |
|---|---|---|---|---|

**ISSUE TO**
ERIC & MARSHA LUTZ

**ADDRESS**
PO BOX 741   GLENNALLEN, AK   99588

In consideration of the renewal premium the above numbered policy is renewed for the period specified above, subject to the terms and conditions of the policy including forms and endorsements, unless otherwise specified.

PER EXPIRING:

| | | CHANGES IF ANY: |
|---|---|---|
| DWELLING: | $185,600 | FORM AMENDED: HO0154(08-01) SPECIAL PROVISIONS - ALASKA |
| OTHER STRUCTURES: | $18,560 | |
| PERSONAL PROPERTY: | $92,800 | |
| LOSS OF USE: | $37,120 | |
| PERSONAL LIABILITY: | $300,000 | |
| MEDICAL PAYMENTS: | $5,000 | |

MORTGAGEE:

WELLS FARGO HOME MORTGAGE, INC.
ITS SUCCESSORS &/OR ASSIGNS
P.O. BOX 5106
SPRINGFIELD, OH 45501
LN#1162433000

SMJ/jmp   11/08/2002

IN WITNESS WHEREOF, this Company has executed and attested these presents; but this Renewal Certificate shall not be valid unless countersigned by a duly authorized representative of the Company.

*Rebecca Brown*
Secretary

*Thomas A. Andrulot*
President

000233

PRODUCER   INTEGRA INSURANCE SERVICES
WASILLA   0055.15

Countersigned by _____
AUTHORIZED REPRESENTATIVE

ORIGINAL

Exhibit ____
Page 3 of 3