# ACORD COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

PRODUCER PHONE (A/C, No, Ext): 907-272-1825
DATE (MM/DD/YY): 11/16/98

ALASKA BUSINESS INSURANCE
1400 W. Benson Blvd. Suite 410
Anchorage AK 99503
Pamela Cookman

CARRIER: Alaska Business Insurance, Inc.

AGENCY CUSTOMER ID: DBENT-1

**INDICATE SECTIONS ATTACHED:**
- PROPERTY
- GLASS AND SIGN
- ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- CRIME/MISCELLANEOUS CRIME
- TRANSPORTATION/MOTOR TRUCK CARGO
- EQUIPMENT FLOATER
- INSTALLATION/BUILDERS RISK
- ELECTRONIC DATA PROC
- X COMMERCIAL GENERAL LIABILITY
- BUSINESS AUTO
- TRUCKERS/MOTOR CARRIER
- GARAGE AND DEALERS
- VEHICLE SCHEDULE
- BOILER & MACHINERY
- WORKERS COMPENSATION
- UMBRELLA

**STATUS OF SUBMISSION:** QUOTE / ISSUE POLICY / BOUND

**PACKAGE POLICY INFORMATION**
BILLING PLAN: X AGENCY BILL
PAYMENT PLAN: ANNUAL
AUDIT: ANN

## APPLICANT INFORMATION
NAME (First Named Insured & Other Named Insureds):
DB Enterprises

MAILING ADDRESS:
Dean Bruington
P.O. Box 211 Gakona AK 99586

X INDIVIDUAL

INSPECTION CONTACT: Jell
PHONE: 907-822-3071
ACCOUNTING RECORDS CONTACT: same
PHONE: same

YEARS IN BUSINESS: 2

## PREMISES INFORMATION
| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP CODE |
|---|---|---|
| 01 | 01 | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)
01  01  Framing Contractor in Copper Valley Area - Residential

## GENERAL INFORMATION
EXPLAIN ALL "YES" RESPONSES

1. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY OR DOES THE APPLICANT HAVE ANY SUBSIDIARIES? — NO (X)
2. IS A FORMAL SAFETY PROGRAM IN OPERATION? — NO (X)
3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? — NO (X)
4. ANY CATASTROPHE EXPOSURE? — NO (X)
5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? — NO (X)

6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? NOT APPLICABLE IN MO — NO (X)
7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? — NO (X)
8. DURING THE LAST TEN YEARS, HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? — NO (X)

REMARKS:

APPLICANT'S SIGNATURE: /s/ Dean Bruington
PRODUCER'S SIGNATURE: Pamela Cookman /s/ Pamela Cookman

ACORD 125 (7/96)   PLEASE COMPLETE REVERSE SIDE   © ACORD CORPORATION 1993

FFIC 0213
Lutz v FFIC

Exhibit H
Page 1 of 2

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS? | | X | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | X |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | X | 5. ARE SUBCONTRACTORS ALLOWED TO WORK W/O CERT OF INS? | | X |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | X | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | X |

REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED: If any    % OF WORK SUBCONTRACTED:    # FULL TIME STAFF:    # PART TIME STAFF:

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTERESTS/CERTIFICATE RECIPIENTS (Attach ACORD 45 for additional names)

| INTEREST | RANK | NAME AND ADDRESS | REFERENCE # | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | LOCATION: | BUILDING: |
| LOSS PAYEE | | | | VEHICLE: | BOAT: |
| MORTGAGEE | | | | SCHEDULED ITEM NUMBER: | |
| LIENHOLDER | | | | OTHER | |
| EMPLOYEE AS LESSOR | | ITEM DESCRIPTION: | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 9. RECREATION FACILITIES PROVIDED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X |
| | | | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| | | | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| | | | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 8. IS A FEE CHARGED FOR PARKING? | | X | | | |

REMARKS

ACORD 126-S (3/93)    ATTACH TO APPLICANT INFORMATION SECTION

FFIC 0212
Lutz v FFIC

Exhibit H
Page 2 of 2