11/21/2005 10:32 FAX 19074512800          NRO Forestry                                    ☒002

## AFFIDAVIT OF MARSHA HENDERSON

On this day, Marsha Henderson appeared before me, the undersigned notary public. After I administered an oath to her, upon oath, she said:

"My name is Marsha Henderson. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

My name is Marsha Henderson, formerly Marsha Lutz, and I reside at 2324 Jana Court Fairbanks, Alaska.

In 1999, Eric Lutz (who was my husband at the time) and I purchased 10 acres of land in Glennallen, Alaska. We also developed a rough draft of a house plan to be constructed on this property. We then contracted with DB Enterprises for this house to be constructed during the summer of 1999. I moved into the house, with Eric Lutz, in October of 1999 and lived there until the summer of 2000.

During my residence there, cracks appeared in the drywall, specifically one in the living room between the ceiling and the wall. In the late winter, early spring, several of the doors did not operate properly.

I moved out of the house in July of 2000. I returned in October of 2000 and there was standing water in the crawl space.

_____
Marsha Henderson

Subscribed and sworn/affirmed before me at
Fairbanks, Alaska this 21st
Day of November, 2005.

_____
Notary Public in and for the State of Alaska,
Residing at Fairbanks Alaska
My Commission expires 5/14/09 .



EXHIBIT "O"

1 of 1

Exhibit 5
Page 1 of 1