FROM :40TH & PLUM AUTOMOTIVE         FAX NO. :6223071         May. 14 2003 04:58PM P01

# FAX COVER SHEET

**D.B. ENTERPRISES**

*PO Box 158*
*Gakona, AK 99586*

Phone number (907) 822-3981
Fax number (907) 822-3071

| SEND TO | From |
|---|---|
| Company name | Dean Bruington |
| First Financial Insurance Company | Date |
| **Attention** | 5/13/2003 |
| **Claims Department** | Office location |
| Office location | |
| Burlington, NC | Phone number |
| Fax number | (907) 822-3981 |
| 336-586-2808 | |

☐ Urgent    ☐ Reply ASAP    ☐ Please comment    ☒ Please review    ☒ For your information

Total pages, including cover:    2

**COMMENTS**

ATT: Claims Department.

RE: Claim # 112459

I received this NOTICE OF JURY DEMAND and was advised to forward it

to you.

Will send any further information we receive.

Sincerely,
Dean Bruington

FFIC 0017
Lutz v FFIC

Exhibit _M_
Page _1_ of _2_

FROM : 40TH & PLUM AUTOMOTIVE          FAX NO. : 8223071          May. 14 2003 04:56PM P2

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT ANCHORAGE

Eric Lutz,                              )
   Plaintiff,                         )
                                        )
      vs.                         )
                                        )
Dean Bruington,                         )
dba  DB Enterprises,                    )
                                        )
   Defendant.                         )
                                        )
——————————————————————— )

Case No. 3AN-03- 07096          CIV

## NOTICE OF JURY DEMAND

Pursuant to Alaska Rules of Civil Procedure Rule 38(b), Plaintiff hereby gives notice of a demand for trial by jury for any issues triable by a jury in the above matter.

_____ 5/12/03
Tim Cook  Alaska Bar No. 9007048
Attorney for Plaintiff

Certificate of Service:
A true and correct Copie of this document was mailed to: Dean Bruington, at PO Box 158, Gakona, Alaska 99586 on May 12, 2003.

Tim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
tele. (907) 336-LAW1 (5291)   fax(907) 336-5292

Lutz v. Bruington
Jury Demand

FFIC 0018
Lutz v FFIC

Exhibit  m
Page  2  of  2