# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

Eric Lutz, )
)
    Plaintiff, )
)
vs. )
)
Dean Bruington, )
dba DB Enterprises, )
)
    Defendant. )
_____ )
Case No. 3AN-03-07096 CIV

## Assignment of Claim and Right

The parties to this Assignment of Claim and Right are:

    Dean Bruington, dba DB Enterprises, assignor, (hereafter Bruington) and Eric Lutz, assignee (hereafter Lutz).

Bruington hereby assigns to Lutz any and all rights that Bruington may have to assert claims, bring legal action, enter into compromise and settlement, enforce judgments, collect moneys or to take any and all actions that Bruington himself could take with regard to First Financial Insurance Company and/or other Insurers and/or other possible defendants with regard to the construction of the house located at 000 Memory Lane, Glennallen, Alaska.

Among the rights conveyed by this Assignment of Claim and Right is the right to collect and receive any recovery, settlement, compromise, or other benefit that Bruington would

Lutz v. Bruington
3AN-03-07096
Assignment of Claim and Right

000402

Exhibit C   1 of 2
Page 1 of 2

be entitled to as a result of the house constructed at 000 Memory Lane, Glennallen, Alaska, or from the resulting the resulting litigation. This includes but is not limited to any recovery, settlement, compromise, or other benefit from First Financial Insurance for general commercial insurance coverage that they provided to Bruington or to his firm DB Enterprises, or from any other insurance carriers, or other persons or entities. This includes but is not limited to indemnification, failure to defend, bad faith, punitive damages, or any other claim that could be brought by Bruington.

This <u>Assignment of Claim and Right</u> is intended to convey every right that Bruington may have with regard to the action, insurance, or other rights he may have with regard to the home located at 000 Memory Lane. There are no reservations or holdbacks

This assignment is binding upon Dean Bruington, his heirs and assigns, and can not be altered or modified except in writing.

This is legally binding document, by signing it you are giving up certain rights.

_____ 04/28/04
Dean Bruington

Subscribed before me this 28 day of April, 2004.

_____
Notary Public for the State of Alaska
My commission expires _____.

[Notary stamp: GLENNALLEN AK 99588  APR 28 2004  USPS]

Lutz v. Bruington
3AN-03-07096
Assignment of Claim and Right

000403

Exhibit C
Page 2 of 2

2 of 2