# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

Eric Lutz, )
)
      Plaintiff, )
)
vs. )
)
Dean Bruington, )
dba DB Enterprises, )
)
      Defendant. )
_____ )
Case No. 3AN-03-07096 CIV

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
## AND SCHEDULING DAMGE HEARING

After review of the Plaintiff's Motion for Summary Judgment, the supporting documents and evidence, *and no opposition from defendant,* the court finds that there no issues of genuine material fact that would preclude the granting of the Motion. The Court also finds that Plaintiff is entitled to Summary Judgment as a matter of law. Specifically the Court finds as follows:

### Findings of Fact

The Court makes the following findings of fact based on the evidence:

Lutz v. Bruington
3AN-03-07096
Summary Judgment Order

000399

Exhibit B
Page 1 of 3

1 of 3

Tim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291)   fax (907) 336-5292

RECEIVED WITHOUT HOLE PUNCHED

1) Lutz engaged Dean Bruington, DBA DB Enterprises (hereafter Dean Bruington), to act as the General Contractor for the construction of a home located at 000 Memory Lane, Glenallen Alaska;

2) During construction, Dean Bruington employed a subcontractor to excavate, fill and otherwise prepare the site for construction of the home;

3) the subcontractor failed to follow the prescribed specifications, for preparing the construction site;

4) as a result of the improper preparation of the construction site, the home suffered structural failure that rendered the home not habitable and not fit for its intended purpose, and;

5) that Bruington made false representations as to the quality of construction of the home, soundness, fitness of purpose, and habitability, and Eric Lutz relied on these representation to his detriment.

Findings of Law

The General Contractor on a building project is liable for defects in construction of a home that render it not habitable or not fit for its intended purpose. Regardless of whether those defects are the result of the General Contractor's actions or the action of his subcontractors, the liability for the lack of habitability and fitness attaches to the General Contractor. A misrepresentation by a General Contractor of the quality, soundness, fitness of purpose, or habitability is a violation of Alaska's Unfair Trade Practices Act, AS 45.50.471.

Jim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291)  fax (907) 336-5292

Lutz v. Bruington
3AN-03- 07096
Summary Judgment Order

000400

Exhibit P
Page 2 of 3

As a result of the findings of fact, and applying the conclusions of law the Court determines that Dean Bruington is liable to Eric Lutz for the damages he has suffered as result of the failed construction. Further, the court finds that Dean Bruington has violated AS 45.50.471 and is subject to damage enhancement.

ORDER

It is hereby ordered by the Court that Dean Bruington is liable to Eric Lutz for damages, costs, and attorney's fees suffered as a result of the failed construction of the home located at 000 Memory Lane Glennallen, Alaska.

A hearing is scheduled for *October 29, 2004* at *3:00 pm* *in Courtroom 301* for the purpose of taking testimony and receiving evidence as to the appropriate amount of damages, costs, and attorney's fees to be awarded to the Plaintiff.

IT IS SO ORDERED.

Date _8/29/04_

_____
Judge Reese
Superior Court Judge

_8/31/04_
...... above was mailed to each of the following at
...eir addresses of record
T. Cook / D. Bruington
_sPrzesinsky_

Submitted by:  Tim Cook
               Bar Card 9007048

Lutz v. Bruington
3AN-03-07096
Summary Judgment Order

000401

Exhibit _8_
Page _3_ of _3_