Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK  99501
    (907) 279-3581
    (907) 277-1331 fax

Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises <br><br>      Plaintiffs, <br><br>v. <br><br>FIRST FINANCIAL INSURANCE COMPANY, INC. <br><br>      Defendant. | ) ) ) ) ) ) ) No. A04-229-CV (JKS) ) ) ) ) ) ) |

### AFFIDAVIT OF COUNSEL

STATE OF ALASKA         )
                                )ss.
THIRD JUDICIAL DISTRICT )

    ANDREW GUIDI, being first duly sworn on oath, deposes and says:

    1.    I am an attorney at law duly licensed to practice in Alaska and admitted to all of the United States Courts in Alaska. I am an attorney with the law firm Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., counsel of record herein for First Financial Insurance Company,

Inc. ("FFIC"). I submit this affidavit with regard to certain of the exhibits submitted in support of FFIC's Memorandum In Opposition To Plaintiff's Motion For Summary Judgment (hereafter "the Opposition") in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. Attached as Exhibit A to the Opposition is a true and correct copy of the Alaska Business License of DB Enterprises.

3. Attached as Exhibit B to the Opposition is a true and correct copy of the Affidavit of Mike Shelton, the original of which is on file with the Court as Ex. A to FFIC's Motion for Summary Judgment (ECF #28).

4. Attached as Exhibit C to the Opposition is a true and correct copy of the Complaint for Damages filed by plaintiff Lutz against defendant Bruington in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-03-07096 Civil.

5. Attached as Exhibit D to the Opposition is a true and correct copy of a portion of a Sworn Statement of Eric D. Lutz, taken on August 6, 2003, which was obtained from R & R Court Reporters.

6. Attached as Exhibit E to the Opposition is a true and correct copy of Plaintiff's Brief in Support of Motion for Summary Judgment and Request to Schedule Damage Hearing, filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-03-7096.

7. Attached as Exhibit F to the Opposition is a true and correct copy of a Notice of Completion dated December 16, 1999, which has been obtained from the State of Alaska Recorders Office in Valdez, Alaska.

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

2

8.  Attached as Exhibit G to the Opposition is true and correct copy of Eric and Marsha Lutz' homeowners insurance policy with Umialik Insurance Company produced by plaintiff in discovery in this action.

9.  Attached as Exhibit H to the Opposition is a true and correct copy of Bruington's November 16, 1998, Commercial Insurance Application to FFIC, as produced by FFIC in discovery in this action.

10. Attached as Exhibit I to the Opposition is a true and correct copy of the certified insurance contract issued by FFIC to Dean Bruington, dba DB Enterprises, Policy No. F0117G412046, in effect from December 8, 1998 to December 8, 1999, as produced by FFIC in discovery in this action.

11. Attached as Exhibit J to the Opposition is a true and correct copy of the Affidavit of Marsha Henderson, the original of which is on file with the Court as Ex. O to Lutz' Opposition to FFIC's Motion for Summary Judgment (ECF #31).

12. Attached as Exhibit K to the Opposition is a true and correct copy of the Affidavit of David Buness, the original of which is on file with the Court as Ex. K to FFIC's Motion for Summary Judgment (ECF #28).

13. Attached as Exhibit L to the Opposition is a true and correct copy of a letter from Robert LaFrance, FFIC, to Dean Bruington, dba DB Enterprises, dated September 11, 2002, as produced by FFIC in discovery in this action.

14. Attached as Exhibit M to the Opposition is a true and correct copy of a fax dated May 13, 2003, from Bruington to FFIC, as produced by FFIC in discovery in this action.

15. Attached as Exhibit N to the opposition is a true and correct copy of an

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

3

"Agreement and Release," dated April 28, 2004, between Eric Lutz and Dean Bruington in Case No. 3AN-03-7096, as produced by plaintiff in discovery in this action.

16. Attached as Exhibit O to the Opposition is a true and correct copy of an "Assignment of Claim and Right," dated April 28, 2004, between Eric Lutz and Dean Bruington in Case No. 3AN-03-7096, as produced by plaintiff in discovery in this action.

17. Attached as Exhibit P to the Opposition is a true and correct copy of an "Order Granting Motion for Summary Judgment and Scheduling Damage Hearing" in Case No. 3AN-03-07096 CI, dated August 29, 2004, produced by plaintiff in discovery in this action.

FURTHER SAYETH YOUR AFFIANT NAUGHT.

_____
Andrew Guidi

SUBSCRIBED AND SWORN TO before me this 13th day of January, 2006.

_____
Notary Public in and for Alaska
My commission expires: 4-14-08

CERTIFICATE OF SERVICE:
I hereby certify that on the 13th day of January, 2006, a copy of Affidavit of Counsel was served electronically and via USPS, first class mail, postage prepaid on:

**Plaintiffs**
Tim Cook
Attorney at Law
3901 Taiga Drive
Anchorage, Alaska 99516

_____
Andrew Guidi/112653

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

4