

RECEIVED

JAN 2 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Tim Cook
Attorney for the Plaintiff
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of<br>Dean Bruington, dba DB Enterprises,<br><br>Plaintiff,<br><br>vs.<br><br>First Financial Insurance Company,<br><br>Defendants. | )<br>) No. A04 0229 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Plaintiff and Defendant herby stipulate and agree:

Plaintiff shall have until January 26, 2006 to file its reply brief to the Defendant's

Opposition to Plaintiff's Motion for Summary Judgment (dated 12/9/05).

Cook and Associates
Attorney For Plaintiff

_____ /19/2006
Tim Cook 9007048

Delaney, Wiles, et al.
Attorneys for Defendant

_____ 1/19/2006
Andrew Guidi 8312171

Lutz v. First Financial Insurance Co.
Stipulation and Order for Ext. of Time to Reply
Case No. A04 0229 CV (JKS)

Page 1 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on ___1·19·06___, a true and correct copy of the **STIPULATION AND ORDER FOR EXTENSION OF TIME** was ☐ mailed  ☒ hand delivered  ☐ other, to the following:

Andrew Guidi
Delaney, Wiles, Hayes, Gerety, Ellis, & Young, Inc.
1007 West 3rd Ave, Suite 400
Anchorage, Alaska

_____
Tim Cook