

RECEIVED
JAN 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of<br>Dean Bruington, dba DB Enterprises,<br><br>Plaintiff,<br><br>vs.<br><br>First Financial Insurance Company,<br><br>Defendants. | )<br>) No. A04 0229 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Based on the fore going stipulation of counsel, it is hereby ordered:

Plaintiff shall have until January 26, 2006 to file its reply brief to the Defendant's

Opposition to Plaintiff's Motion for Summary Judgment (dated 12/9/05).

Dated: _____

                                                                   James K. Singelton, Jr.
                                                                   United States District Judge

Lutz v. First Financial Insurance Co.                                                  Page 2 of 3
Stipulation and Order for Ext. of Time to Reply
Case No. A04 0229 CV (JKS)