**D.B. ENTERPRISES**

PO Box 158
Gakona, AK 99586

Phone 907-822-3981
Fax 907-822-3071

RECEIVED
JAN 26 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Lodged in the Trial Courts
STATE OF ALASKA THIRD DISTRICT
JUL 15 2003
Clerk of the Trial Courts
By _____ Deputy

July 13, 2003

District/Superior Court
825 W. 4th. Ave
Anchorage, AK 99501

Deputy Clerk,

03-7096CI

This letter is in response to Case no. 3AN-07096 CI. Plaintiff; Eric Lutz versus Dean Bruington.

Answers are by items as listed in the complaint.

#1. Lack of knowledge to admit or deny content of this paragraph.

#2. Admitted.

#3. Admitted.

#4. Admitted.

#5. Defendant lacks knowledge as to exact amount of loan. The remainder is true.

#6. Admitted.

#7. Defendant admits that certain areas in the Glennallen area contain permafrost. Defendant denies remainder of this paragraph.

#8. Denied.

#9. Defendant admits first part. but denies the rest of paragraph.

#10. Admitted.

#11. Defendant recalls looking at sheetrock cracks. No recollection of items stated in remainder of paragraph.

#12. Defendant admits going to house but lacks knowledge as to specifics discussed at different times.

8/22/03

The above was mailed to each of the following at their addresses of record:

Cook/Bruington

[signature]

accepted as
non-conforming
answer 8/20/03
[signature]

Exhibit H
Page 1 of 3

[handwritten margin note: 8-15-03 Non-Conforming Answer Routed to Judge please]

#13. Admitted.

#14. Admitted.

#15. Denied.

#16. Defendant lacks knowledge as to contents of this paragraph.

#17. Defendant admits visiting house at this time, but defendant lacks knowledge to confirm or deny the precise condition of the house as stated in this paragraph.

#18. Defendant admits providing names and addresses of his insurance carriers but denies remainder of this paragraph.

#19. Defendant lacks knowledge.

#20. Defendant lacks knowledge.

#21. Defendant lacks knowledge.

#22. Defendant received letter in January, however denies remainder of paragraph.

#23. This paragraph does not call for response.

#24. Denied.

#25. Denied.

#26. Denied.

#27. Defendant denies that his actions are responsible for the condition of plaintiff's house. Defendant lacks knowledge as to precise condition of house at this time.

#28. Denied.

#29. Denied.

#30. Denied.

#31. This paragraph doe's not require response from defendant.

#32. Defendant lacks knowledge.

#33. Defendant lacks knowledge.

#34. Defendant lacks knowledge.

#35. This paragraph calls for a legal conclusion for which defendant lacks knowledge.



Exhibit H

Page 2 of 3

#36. Denied.

#37. This paragraph doe's not require response.

#38. This paragraph calls for a legal conclusion for which defendant lacks knowledge.

#39. Point a: Denied
      b: Denied.
      c: Denied.
      d: Lacks knowledge.

#40. Denied.

#41. Denied.

#42. Denied

#43. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff has waived his right to demand any of the claim damages.

3. Plaintiff is estopped from claiming the damages as set forth in the claim.

4. Plaintiff's claims are barred by the applicable statutes of limitations/laches.

5. Plaintiff has failed to mitigate his damages.

Sincerely,

*Dean Bruington* (signature)

Dean Bruington

July 12, 2003

Exhibit H
3 of 3