RECEIVED
JAN 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

Eric Lutz, )
 )
      Plaintiff, )
 )
vs. )
 )
Dean Bruington, )
dba DB Enterprises, )
 )
      Defendant. )
_____)

Case No. 3AN-03-07096 CIV

FILED in Trial Courts
State of Alaska, Third District
NOV - 3 2004
Clerk of the Trial Courts
By _____ Deputy

## FINAL JUDGMENT and ORDER

     This Court has previously made Findings of Fact and Conclusions of Law in this matter. In those Findings and Conclusions, the Court determined that Dean Bruington is liable to Eric Lutz for damages, Costs, and Attorney's fees. The Court also determined that damage enhancement is appropriate under AS 45.50.471. The Court has conducted a hearing to assess damages. After considering the evidence presented, and all other matters before it, this Court makes this Final Judgment and Order:

     **FINAL JUDGMENT** of the Court is for Plaintiff Eric Lutz for $5,601,128.00.

Jim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291)  fax (907) 336-5292
NOV - 3 2004

Lutz v. Bruington
3AN-03-07096 CI
Final Judgment and Order

Exhibit L
Page 1 of 2

**IT IS HEREBY ORDERED** that defendant Dean Bruington pay damages in the amount of $ 5,601,128.00, including $188,000.00 in attorneys fees to Eric Lutz.

IT IS SO ORDERED.

Date 21 Dec 2004

_Craig Stowers for_
Judge Fuld
Superior Court Judge

Tim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291)  fax (907) 336-5292

Submitted by:   Tim Cook
                Bar Card 9007048

_[certify that on] 12/22/04_
_[of the] above was mailed to each of the following [at]_
_their addresses of record:_
T. Cook / D. Bruington
_[signature]_
_Administrative Assistant_

Lutz v. Bruington
3AN-03- 07096 CI
Final Judgment and Order

Exhibit L
Page 2 of 2

2 of 2