FROM :40TH & pLUM AUTOMOTIVE        FAX NO. :8223071              14 2003 04:55PM  P1

RECEIVED

JAN 2 6 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# FAX COVER SHEET

**D.B. ENTERPRISES**

PO Box 158
Gakona, AK 99586

Phone number (907) 822-3981
Fax number (907) 822-3071

| SEND TO | | From | |
|---|---|---|---|
| Company name | *Keith* | | Dean Bruington |
| **Attention** | | Date | |
| **Claims Department** | | 5/13/2003 | |
| Office location | | Office location | |
| Burlington, NC | | | |
| Fax number | | Phone number | |
| 336-586-2808 | | (907) 822-3981 | |

☐ Urgent    ☐ Reply ASAP    ☐ Please comment    ☒ Please review    ☒ For your information

Total pages, including cover:    2

**COMMENTS**

ATT: Claims Department.

RE: Claim # 112459

I received this NOTICE OF JURY DEMAND and was advised to forward it to you.

Will send any further information we receive.

Sincerely,
Dean Bruington

Exhibit  M
Page  1  of  2

FFIC 0017
Lutz v FFIC

FROM :40TH & pLUM AUTOMOTIVE      FAX NO. :8223071      ..y. 14 2003 04:56PM  P2

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

### THIRD JUDICIAL DISTRICT AT ANCHORAGE

Eric Lutz, )
)
Plaintiff, )
)
vs. )
)
Dean Bruington, )
dba  DB Enterprises, )
)
Defendant. )
)

Case No. 3AN-03- 07096      CIV

### NOTICE OF JURY DEMAND

Pursuant to Alaska Rules of Civil Procedure Rule 38(b), Plaintiff hereby gives notice of a demand for trial by jury for any issues triable by a jury in the above matter.

_Tim Cook_ 5/12/03
Tim Cook   Alaska Bar No. 9007048
     Attorney for Plaintiff

Certificate of Service:
A true and correct Copie of this document was mailed to: Dean Bruington, at PO Box 158, Gakona, Alaska 99586 on May 12, 2003.

*Tim Cook*
*Attorney at Law*
*3901 Taiga Drive, Anchorage, Alaska 99516*
*tele. (907) 336-LAW1 (5291)   fax(907) 336-5292*

Lutz v. Bruington
Jury Demand

Exhibit __M__
Page __2__ of __2__

FFIC 0018
Lutz v FFIC