RECEIVED

JAN 2 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

State of Alaska        )
                       ) ss
City of                )

## AFFIDAVIT OF DEAN BRUINGTON

On this day, Dean Bruington appeared before me, the undersigned notary public. After I administered an oath to him, upon oath, he said:

"My name is Dean Bruington. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

1. My name is Dean Bruington and I reside and operate a contractor business in Gakona, Alaska.

2. I am the sole owner of DB Enterprises.

3. From 12/08/98 to 12/08/99 I had a CGL insurance policy, including the additional coverage of 'Products—Completed Operations' (Policy No. F 0117G412046) with First Financial Insurance Company. The policy was in the name of DB Enterprises.

4. When I bought the policy, I expected to be covered for claims against me for accidents to persons during construction and claims against me for catastrophic damages to houses both during and after completion. I also understood that the 'completed operations' coverage, for which I paid an additional premium of $631, would cover the completed house if the damages arose from the work of subcontractors I might employ.

5. I was aware of the endorsement in the policy stating that "independent contractors" were excluded from coverage. I understood this to apply to independent contractors that came onto the jobsite to perform work, such as



Exhibit N
Page 1 of 11

installing power lines from the electric utility, that were not my subcontractors. If the policy was designed not to cover work done by my subcontractors, I expected it to say so.

6. If I had understood that First Financial intended to deny any coverage of subcontractor's work in completed buildings, I would have chosen not to pay an additional $631 premium for the completed operations coverage.

7. In 1999, my construction company, DB Enterprises, contracted to build a home in Glennallen for Eric and Marsha Lutz. The house was completed by late October of 1999.

8. I employed Mike Shelton as a subcontractor on the Lutz job. His work included preparation of the building site by excavating and providing fill for the foundation.

9. In the spring of 2000 Eric Lutz contacted me about problems that were appearing in the house. These included cracks in the drywall, as well as doors and windows not opening and closing properly.

10. In July of 2002, as damages became progressively more severe and beyond my ability to repair, I submitted a claim to First Financial.

11. I received in reply from First Financial a letter dated September 11, 2002, which completely and absolutely denied my claim for coverage and for a defense.

12. From the denial letter I could not determine the factual basis for the denial of coverage and a defense. The only thing I could determine was that First Financial was not going to provide me with any help for the claims against me.



Exhibit N
Page 2 of 11

13. If it had been explained to me at that time that coverage for the Lutz claim was being denied because First Financial had determined that damages had not occurred until after the First Financial policy expired, I would have certainly contacted the insurance companies that I had CGL policies with after December 8, 1999.

14. I have attached to this affidavit my records of the insurers I have had coverage with since the expiration of the First Financial policy.

15. In addition, if I had been told that coverage for the Lutz claim was being denied because First Financial had suspected that damages had not occurred until after the First Financial policy expired, I would have actively sought whatever evidence might have been obtainable as to the timing of the failure of the footers and other components of the house during the replacement and repair of the foundation of the Lutz residence by Bowen Engineering in the summer of 2003.

16. I have attached a "Foundation Repair Closure Report", dated October 2003, that was prepared for me by Bowen Engineering of Juneau, Alaska. This is a report of the findings of the engineering firm that replaced and repaired the foundation of the Lutz residence.

17. Among the comments made by Bowen are that "*This site appears to have been saturated with water. It is a silt that is relatively impermeable. Over a period of years it looks like the building weight plus (possibly) drying caused the moisture to be forced out leading to a loss of pore pressure and surface settlement. There is an analogy with a situation where fill is being placed at a building site that is too*

*wet. At the depth of 28 feet no frozen ground was encountered. If permanently frozen ground exists at this site, it must be at a very great depth.*"

18. Based upon this engineering report and my own observations of the auger drilling that was done to repair and replace the house foundation in the summer of 2003, it is my belief that the damages to the Lutz house began as soon as the weight of the house and its furnishing were in place in late October of 1999. Also it seems likely that heating of the occupied dwelling contributed to the drying out of the water from the silt the house was built upon.

19. Upon receiving my first notice of the court suit filed against me by Eric Lutz, I faxed the jury demand to the claims department at First Financial. I recall that this was around the middle of May in 2003.

20. I received no response of any kind from First Financial after I faxed the notice of the court suit filed against me by Eric Lutz.

21. This lack of any response was disconcerting and left me uncertain as to what I should do in response to the litigation.

_____
Dean Bruington

Subscribed and sworn/affirmed before me at
GAKONA ALASKA this 14th
day of November 2005.

_____
Notary Public in and for the State of Alaska,
residing at _____
My Commission expires _____

JULIE SINE
POSTMASTER / NOTARY PUBLIC
PER USPS ACM 112.44
GAKONA AK 99586

[Stamp: GAKONA AK / NOV 14 2005 / USPS - 99586]

Exhibit ___N___
Page __4__ of __11__

COMMERCIAL LINES POLICY
COMMON POLICY DECLARATIONS

# AMERICAN EQUITY INSURANCE COMPANY

Scottsdale, Arizona

[X] New  [ ] Rewrite
[ ] Renewal  [ ] Cross-Ref.

Policy No. ACC100232

Policy Number

Named Insured and Mailing Address
(No., Street, Town or City, County, State, Zip Code)

DEAN BRUINGTON, DBA:
DB ENTERPRISES
P.O. BOX 211

GAKONA        AK   99586

Agent and Mailing Address        Agency No. 0204
(No., Street, Town or City, County, State, Zip Code)
Alaskan General Ins. Agency
1400 West Benson Blvd.
Suite 500

Anchorage     AK   99503                                          Tax State ___

Policy Period: From 12/08/1999 to 12/08/2000 at 12:01 A.M. Standard Time at your mailing address shown above.

Business Description: FRAMING CONTRACTOR

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  | PREMIUM |
|---|---|
| Commercial Property Coverage Part | $ EXCLUDED |
| Commercial General Liability Coverage Part | $ 1,595.00 |
|  | $ |
|  | $ |
| Other Charges | TOTAL ADVANCE PREMIUM $ 1,595.00 |
| POLICY FEE        $ 80.00 | TOTAL OTHER CHARGES $ 80.00 |
|  | TOTAL $ 1,675.00 |

Form(s) and Endorsement(s) made a part of this policy at time of issue*:
A104 10-98, A120 7-98, IL0017 11-98, IL0021 4-98, IL0176 6-95, IL0280 4-99,
CL150 6-93

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations.

#1004 - ALASKA BUSINESS INSURANCE

Countersigned: Anchorage, AK
12/04/1999   JWT

_[signature]_
Countersigned by Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY
Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc., 1983, 1984

A100 (03/1997)        ORIGINAL

Exhibit N
Page 5 of 11

FROM :40TH & PLUM AUTOMOTIVE    FAX NO. :23071    Sep. 27 2005 07:43AM P2

**Alaska Business Insurance**
1400 W. Benson Blvd. Suite 410
Anchorage, AK 99503
Phone : 907-272-1825   Fax : 907-272-8223

| INVOICE # | 30537 | Page 1 |
|---|---|---|
| CUSTOMER NO. DBENT-1 | OP. SG | DATE 10/23/00 |

General Liability
BINDER
American Equity Insurance
Marianne Strable
EFFECTIVE 12/08/00    EXPIRATION 12/08/01

**DB Enterprises**
Dean Bruington
%P.O. Box 211
Gakona, AK 99586

| Item | Eff Date | Tr. Type | Policy # | Description | Amount |
|---|---|---|---|---|---|
| 130236 | 12/08/00 | REN COL | BINDER | General Liability renewal prem | $ 1,474.00 |
| 130237 | 12/08/00 | CFE COL | BINDER | Company fee | $ 74.00 |
| | | | | Invoice Balance: | $ 1,548.00 |

---

**ACORD   COMMERCIAL GENERAL LIABILITY SECTION**   DATE (MM/DD/YY) 11/14/01

PRODUCER  PHONE 907-272-1825
Alaska Business Insurance
1400 W. Benson Blvd. Suite 410
Anchorage AK 99503
A. June Bewley
CODE:    SUB CODE:
AGENCY CUSTOMER ID: DBENT-1

APPLICANT (First Named Insured): DB Enterprises

| EFFECTIVE DATE | EXPIRATION DATE | DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 12/08/01 | 12/08/02 | X AGENCY BILL | ANNUAL | A |

FOR COMPANY USE ONLY

**COVERAGES**
[X] COMMERCIAL GENERAL LIABILITY
[ ] CLAIMS MADE  [X] OCCURRENCE
[ ] OWNER'S & CONTRACTOR'S PROTECTIVE

**LIMITS**
| GENERAL AGGREGATE | $ 2,000,000 |
| PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 2,000,000 |
| PERSONAL & ADVERTISING INJURY | $ 1,000,000 |
| EACH OCCURRENCE | $ 1,000,000 |
| FIRE DAMAGE (Any one fire) | $ 100,000 |
| MEDICAL EXPENSE (Any one person) | $ 5,000 |
| EMPLOYEE BENEFITS | $ |

PREMIUMS: PREMISES/OPERATIONS, PRODUCTS, OTHER, TOTAL

**DEDUCTIBLES**
PROPERTY DAMAGE $
BODILY INJURY $

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverages attach the Business Auto Section, ACORD 137)

**SCHEDULE OF HAZARDS**

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|
| 01 01 | Carpentry | 91340 | P $33,500 | | | | | |
| | Carpentry | 91341 | P Owner | | | | | |

**RATING AND PREMIUM BASIS**
(S) GROSS SALES - PER $1,000/SALES    (A) AREA - PER 1,000/SQ FT    (M) ADMISSIONS - PER 1,000/ADM    (T) OTHER
(P) PAYROLL - PER $1,000/PAY    (C) TOTAL COST - PER $1,000/COST    (U) UNIT - PER UNIT

**CLAIMS MADE**
1. PROPOSED RETROACTIVE DATE:
2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV:
3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE?   YES NO
4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY?

**EMPLOYEE BENEFITS**
1. DEDUCTIBLE PER CLAIM: $
2. NUMBER OF EMPLOYEES:
3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:
4. RETROACTIVE DATE:

REMARKS: NOT APPLICABLE
REMARKS: NOT APPLICABLE

ACORD 135-S (1/92)    PLEASE COMPLETE REVERSE SIDE    © ACORD CORPORATION 1987

Exhibit N
Page 6 of 11

FROM : 40TH & pLUM AUTOMOTIVE          FAX NO. :8223071          Sep. 27 2005 07:43AM P3

COMMERCIAL LINES POLICY
COMMON POLICY DECLARATIONS

# AMERICAN EQUITY INSURANCE COMPANY
Scottsdale, Arizona

[X] New   [ ] Rewrite
[ ] Renewal   [ ] Cross-Ref.

**Policy No. ACC213381**

Policy Number

Named Insured and Mailing Address
(No., Street, Town or City, County, State, Zip Code)

DEAN BRUINGTON, DBA:
DB ENTERPRISES
PO BOX 211

GAKONA     AK   99586

Agent and Mailing Address
(No., Street, Town or City, County, State, Zip Code)

Agency No. 0203

Alaskan General Ins. Agency
1400 West Benson Blvd.
Suite 500

Anchorage   AK   99503          Tax State AK

Policy Period: From 04/22/2002 to 04/22/2003 at 12:01 A.M. Standard Time at your mailing address shown above.
Business Description: NEW HOME CONSTRUCTION & REMODELING

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  | PREMIUM |
|---|---|
| Commercial Property Coverage Part | $ EXCLUDED |
| Commercial General Liability Coverage Part | $ 1,402.00 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| Other Charges  $ |  |
| TOTAL ADVANCE PREMIUM | $ 1,402.00 |
| TOTAL OTHER CHARGES | $ |
| TOTAL | $ 1,402.00 |

Form(s) and Endorsement(s) made a part of this policy at time of issue*:
A145 11-2000

*Omits applicable Forms and Endorsements If shown in specific Coverage Part/Coverage Form Declarations.

#1001-ALASKA SERVICE AGENCY

Countersigned: Anchorage, AK
05/06/2002   ALB

Countersigned by Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE
FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY
Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc., 1983, 1984

Exhibit N
Page 7 of 11

A100 (03/1997)          ORIGINAL

FROM :40TH & pLUM AUTOMOTIVE          FAX NO. :8223071          Sep. 27 2005 07:44AM  P4

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

OP ID AJ DBENT-1 | DATE (MM/DD/YY) 04/23/03

**PRODUCER**
Denali Alaskan Insurance, LLC
1400 W. Benson Blvd. Suite 410
Anchorage AK 99503
Phone: 907-272-1825  Fax: 907-272-8223

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**

**INSURED**
DB Enterprises
Dean Bruington dba
PO Box 158
Gakona AK 99586

| INSURER A: | Northland Casualty Company |
| INSURER B: | Alaska National Insurance Co |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR | CP468869 | 04/22/03 | 04/22/04 | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $100,000 |
| | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | GARAGE LIABILITY [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EA ACC / AGG | $ / $ |
| | EXCESS LIABILITY [ ] OCCUR [ ] CLAIMS MADE [ ] DEDUCTIBLE [ ] RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | 03EWW88449 | 05/02/03 | 05/02/04 | [X] WC STATU-TORY LIMITS / OTHER | |
| | | | | | E.L. EACH ACCIDENT | $100,000 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $100,000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $500,000 |
| | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**

Exhibit N
Page 8 of 11

**CERTIFICATE HOLDER** | N | ADDITIONAL INSURED; INSURER LETTER: ____ | **CANCELLATION**

STATE08

State of AK, Dept. of Comm and
Econ Development, Div. of Occ
Licensing, Const. Cont Section
P.O. Box 110806
Juneau AK 99811-0806

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL **20** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

A. June Bewley [signature]

© ACORD CORPORATION 1988



*Helical Foundations..
Something brilliant
under the Sun*



Lutz home as viewed from back, Memory Lane, Glenallen

**A Foundation Repair Closure Report**

Prepared for:

**Dean Bruington
DB Enterprises
PO Box 158
Gakona, AK 99588**

October 2003



| | | |
|---|---|---|
| 4511 Chelsea Court<br>Juneau, AK 99801<br>USA | **BOWEN ENGINEERING**<br>*Specializing in helical foundations* | Tel: 907-790-2719<br>Fax: 907-789-3376<br>GBNorth@aol.com<br>Mobile: 907-223-5123 |

## Lutz Residence
Memory Lane
Glenallen, Alaska 99588

**Engineer:** Bowen Engineering

### Alaska Foundation Technology, Inc.
11145 Ashley Park Lane
Eagle River, AK 99577
(907) 694-3740

4821 River Road
Juneau, Alaska 99801
(907) 789-7518

### Chance, Helical Pier®
### Placement & Installation Report

| Ref. No. | Helices Config. | Installed Length | Installed Torque | Comments |
|---|---|---|---|---|
| P-1  | 8 & 10" | 21 ft    | 4000 | Machine Mounted 8000 ft lb |
| P-2  | 8 & 10" | 24.5 ft  | 4050 | Machine Mounted 8000 ft lb |
| P-3  | 8 & 10" | 24.5 ft  | 4200 | Machine Mounted 8000 ft lb |
| P-4  | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-5  | 8 & 10" | 14 ft    | 4200 | Machine Mounted 8000 ft lb |
| P-6  | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-7  | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-8  | 8 & 10" | 17.5 ft  | 4400 | Machine Mounted 8000 ft lb |
| P-9  | 8 & 10" | 17.5 ft  | 4400 | Machine Mounted 8000 ft lb |
| P-10 | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-11 | 8 & 10" | 17.5 ft  | 4400 | Machine Mounted 8000 ft lb |
| P-12 | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-13 | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-14 | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-15 | 8 & 10" | 14 ft    | 4200 | Machine Mounted 8000 ft lb |
| P-16 | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-17 | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-18 | 8 & 10" | 19 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-19 | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-20 | 8 & 10" | 21.5 ft  | 4400 | Machine Mounted 8000 ft lb |
| P-21 | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |
| P-22 | 8 & 10" | 14 ft    | 4400 | Machine Mounted 8000 ft lb |

PLAN VIEW

**Installation Date(s):** October 2003
**Contract Drawing:** August 24, 2003
Page 1 of 1

**Contractor:**
DB Enterprises
PO Box 158 - Gakona, AK 99586

Exhibit N
Page 10 of 11

000064

# A Foundation Repair Closure Report

**Purpose:**

The purpose of this communication is to reach closure on the helical pier installation used for the foundation repair to this house. Both the 1997 Uniform Building Code and the 2003 International Building Code require special inspection.

**General Comments:**

Prior to commencing this repair, there was some speculation as to what had caused the building to settle. Unfortunately, during soil testing at the site the testing equipment had broken down so information was not available as to the deep site conditions prior to the actual repair taking place.

This site appears to have been saturated with water. It is a silt that is relatively impermeable. Over a period of years it looks like the building weight plus (possibly) drying caused the moisture to be forced out leading to a loss of pore pressure and surface settlement. There is an analogy with a situation where fill is being placed at a building site that is too wet.

At a depth of 28 feet no frozen ground was encountered. If permanently frozen ground exists at this site, it must be at a very great depth.

Pier 22 had to be added to prevent the wooden foundation from breaking up. This was because of the reduction in foundation depth from the garage door and the man door at the jog between pier 7 and the new pier, pier 22.

Note that some modifications have been made to the repair drawings around the interior of the garage at the garage perimeter. These modifications have been verbal between Bowen Engineering and DB Enterprises and are intended to tidy up the support detail at these locations.

**Conclusions:**

This repair has been done in accordance with the plans and specifications prepared for the project except for the exceptions as noted above. The standard of workmanship is as would be expected by the building codes.

G. L. Bowen
10/20/2003
END

Exhibit N
Page 11 of 11