RECEIVED
JAN 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Tim Cook
Attorney for the Plaintiff
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises, | ) ) No. A04 0229 CV (JKS) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| First Financial Insurance Company, | ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF COUNSEL

| | |
|---|---|
| STATE OF ALASKA | ) )ss. |
| THIRD JUDICIAL DISTRICT | ) |

Tim Cook, being first duly sworn states as follows:

1. I am an attorney admitted and licensed to practice law in the State of Alaska and in this right honorable court.

2. I am counsel of record for the plaintiff in the above captioned matter.

Affidavit of Counsel December 8, 2005
Lutz v. First Financial Insurance Co.
Case No. A04 0229 CV

Exhibit C
Page 1 of 3

Page 1

3. The Commercial General Liability Insurance Policy, No F0117G412046, Bates stamped FFIC 0174 - 0207, are true and correct copies of the documents provided in discovery by the defendant.

4. The Report from Northern Adjusters to First Financial, dated July 30, 2002, Bates stamped FFIC 0086 - 0090, are true and correct copies of the documents provided in discovery by the defendant.

5. The Closing Report from Northern Adjusters to First Financial, dated August 30, 2002, Bates stamped FFIC 0013 - 0016, are true and correct copies of the documents provided in discovery by the defendant.

6. The ANSWER TO COMPLAINT, captioned ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises v. FIRST FINANCIAL INSURANCE COMPANY, INC., No. A04-229-CV (JKS), is a true and correct copy of Defendant's Answer.

7. The letter denying coverage and defense, dated September 11, 2002, from First Financial Insurance to Dean Bruington, Bates stamped FFIC 0009-0012, are true and correct copies of the documents provided in discovery by the defendant.

8. The Complaint For Damages, captioned Eric Lutz vs Dean Bruington, dba DB Enterprises, 3 AN-03-07096 CI, Bates numbered 000454-000464, are true and correct copies of the underlying complaint filed in Superior Court.

9. The DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS AND COMBINED DISCOVERY REQUESTS, is a true and correct copy of the responses filed by the defendant.

Tim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291)   fax (907) 336-5292

Affidavit of Counsel  December 8, 2005
Lutz v. First Financial Insurance Co.
Case No. A04 0229 CV

Exhibit ____
Page 2 of 3

Page 2

10. The <u>Answer</u>, captioned Eric Lutz vs Dean Bruington, dba DB Enterprises, 3 AN-03-07096 CI, Bates numbered 000449-000451, are true and correct copies of the underlying Answer filed in Superior Court.

11. The <u>Agreement and Release</u>, Bates numbered 000404-000406 are true and correct copies of these documents.

12. The <u>Assignment of Claim and Right</u>, Bates numbered 000402-000403 are true and correct copies of these documents.

13. The SUMMARY JUDGMENT ORDER, in Eric Lutz vs Dean Bruington, dba DB Enterprises, 3 AN-03-07096 CI, Bates stamped 0399-0401, is a true and correct copy of this order.

14. The FINAL JUDGMENT AND ORDER, in Eric Lutz vs Dean Bruington, dba DB Enterprises, 3 AN-03-07096 CI, is a true and correct copy of this order.

15. The fax Cover Page and Jury Demand, Bates numbered FFIC 0017, 0018 are true and correct copies of the documents provided by defendant in discovery.

16. The affidavit of Dean Bruington dated November 14, 2005 is a true and correct copy.

_____
Tim Cook, 9007048
Attorney for Plaintiff Eric Lutz

Subscribed and sworn/affirmed before me at Anchorage this 8th day of December, 2005.

_____
Notary Public in and for the State of Alaska.
My Commission expires Oct. 8, 2009



Affidavit of Counsel December 8, 2005
Lutz v. First Financial Insurance Co.
Case No. A04 0229 CV

Exhibit ____
Page 3 of 3

*Tim Cook*
*Attorney at Law*
*3901 Taiga Drive, Anchorage, Alaska 99516*
*Tele. (907) 336-LAW1 (5291)   fax (907) 336-5292*

Page 3