RECEIVED
JAN 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
FIRST FINANCIAL INSURANCE COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. A04-229-CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS AND COMBINED DISCOVERY REQUESTS TO DEFENDANT FIRST FINANCIAL INSURANCE COMPANY, INC.**

NOW COMES defendant FIRST FINANCIAL INSURANCE COMPANY, INC. by and through its counsel of record, and supplements their responses plaintiff's discovery requests dated July 25, 2005:

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Exhibit P
Page 1 of 4

## DEFENDANT'S GENERAL OBJECTIONS

First Financial Insurance Company, Inc. incorporates by reference the general objections raised in its initial response.

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 90**: Please admit that the September 11, 2002 letter from First Financial to Bruington was intended as a denial of coverage for the claim made for damages arising at the Lutz residence.

**RESPONSE**: Objection. (1) The contents of the letter are self-explanatory; (2) calls for characterization or interpretation of the letter; (3) vague and ambiguous.

Without waiver of these objections, FFIC admits the function of the letter was, in part, to advise Mr. Bruington that FFIC had not duty to defend or indemnify DB Enterprises with respect to Mr. Lutz's claim.

**REQUEST FOR ADMISSION NO. 131** : Please admit that Bruington paid an additional $639.00 for products/completed operations coverage portion of his First Financial policy.

**RESPONSE**: Objection. (1) Vauge and ambiguous; (2) FFIC has produced a certified copy of the applicable policy, which speaks for itself. Without waiving these objections, the policy indicates a total premium of $1,823 due for all applicable coverages contained within said policy.

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

2


Exhibit P
Page 2 of 4

**REQUEST FOR ADMISSION NO. 134:** Please admit that the "Exclusion-Independent Contractors", BG-G-070-92, operates to exclude policy coverage for any acts or omissions committed by Mike Shelton with regard to the construction of the Lutz house.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 135:** Please admit that the "Exclusion-Independent Contractors", BG-G-070-92, does NOT operate to exclude policy coverage for any acts or omissions committed by Mike Shelton with regard to the construction of the Lutz house.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 144:** Please admit that Bruington's tender of the jury demand notice filed in Lutz v. Bruington, 3AN-03-0796, by a facsimile transmission on, or about, May 14, 2003 to the attention of the Claims Department at First Financial satisfied the Condition For Notification of First Financial as described in the policy's Section IV.2.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 145:** Please admit that neither First Financial nor any agent acting for First Financial

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

3


Exhibit P
Page 3 of 4

contacted Dean Bruington as a result of the tender of the jury demand on May 14, 2003.

**RESPONSE**: Objection. Vague and ambiguous as to the meaning of "as a result of". Without waiver of this objection, this request is denied.

DATED at Anchorage, Alaska, this 30th day of November, 2005.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant

By: /s/ Andrew Guidi
Andrew Guidi
Alaska Bar No.: 8312171

**CERTIFICATE OF SERVICE:**
This certifies that I am an authorized agent of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on the 30 day of **NOVEMBER, 2005**, I caused a true and correct copy of the foregoing to be ☐-**FAXED**; ☐-**HAND-DELIVERED**; ☒-**MAILED F/C MAIL** to the following:

**Plaintiffs**
Tim Cook
Attorney at Law
3901 Taiga Drive
Anchorage, Alaska   99516
336.5291
336.5292 - fax

/s/ Donna K. Daniels
Donna K. Daniels/111001

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

4

Exhibit P
Page 4 of 4