RECEIVED
JAN 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

State of Alaska      )
                     ) ss
City of Juneau       )

## AFFIDAVIT OF G. L. BOWEN

On this day, G. L Bowen appeared before me, the undersigned notary public. After I administered an oath to him, upon oath, he said:

"My name is G. L. Bowen. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

1. My name is G. L. Bowen, and I reside in Juneau, Alaska.

2. I am owner of Bowen Engineering of 4511 Chelsea Court, Juneau, Alaska.

3. In 2003, Bowen Engineering provided design engineering support to repair the foundation of the Lutz home in Glennallen, Alaska. Upon repair completion, I produced 'A Foundation Repair Closure Report', dated October 2003.

4. Attached is an accurate and true copy of 'A Foundation Repair Closure Report'.

_____
G. L. Bowen

Subscribed and sworn/affirmed before me at
Juneau, Alaska this 25
day of November 2005.

_____
Notary Public in and for the State of Alaska,
residing at Juneau, Alaska
My Commission expires February 7, 2009

EXHIBIT XS
1 of 4



*Helical Foundations..*
*Something brilliant*
*under the Sun*



Lutz home as viewed from back, Memory Lane, Glenallen

## A Foundation Repair Closure Report

### Prepared for:

**Dean Bruington**
**DB Enterprises**
**PO Box 158**
**Gakona, AK 99588**

October 2003



*(Seal: State of Alaska, Registered Professional Engineer, Gary Lee Bowen, No. CE-7441)*

---

| 4511 Chelsea Court<br>Juneau, AK 99801<br>USA | **BOWEN ENGINEERING**<br>*Specializing in helical foundations* | Tel: 907-790-2719<br>Fax: 907-789-3376<br>GBNorth@aol.com<br>Mobile: 907-223-5123 |



# A Foundation Repair Closure Report

**Purpose:**

The purpose of this communication is to reach closure on the helical pier installation used for the foundation repair to this house. Both the 1997 Uniform Building Code and the 2003 International Building Code require special inspection.

**General Comments:**

Prior to commencing this repair, there was some speculation as to what had caused the building to settle. Unfortunately, during soil testing at the site the testing equipment had broken down so information was not available as to the deep site conditions prior to the actual repair taking place.

This site appears to have been saturated with water. It is a silt that is relatively impermeable. Over a period of years it looks like the building weight plus (possibly) drying caused the moisture to be forced out leading to a loss of pore pressure and surface settlement. There is an analogy with a situation where fill is being placed at a building site that is too wet.

At a depth of 28 feet no frozen ground was encountered. If permanently frozen ground exists at this site, it must be at a very great depth.

Pier 22 had to be added to prevent the wooden foundation from breaking up. This was because of the reduction in foundation depth from the garage door and the man door at the jog between pier 7 and the new pier, pier 22.

Note that some modifications have been made to the repair drawings around the interior of the garage at the garage perimeter. These modifications have been verbal between Bowen Engineering and DB Enterprises and are intended to tidy up the support detail at these locations.

**Conclusions:**

This repair has been done in accordance with the plans and specifications prepared for the project except for the exceptions as noted above. The standard of workmanship is as would be expected by the building codes.

G. L. Bowen
10/20/2003
END