Tim Cook
Attorney for the Plaintiff
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax

RECEIVED

JAN 2 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Eric Lutz, as assignee of rights of | ) | |
| Dean Bruington, dba DB Enterprises, | ) | No. A04 0229 CV (JKS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| First Financial Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### AFFIDAVIT OF COUNSEL

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )ss. |
| THIRD JUDICIAL DISTRICT | ) |

Tim Cook, being first duly sworn states as follows:

1.  I am an attorney admitted and licensed to practice law in the State of Alaska and

    in this right honorable court.

2.  I am counsel of record for the plaintiff in the above captioned matter.

Affidavit of Counsel  January 25, 2006
Lutz v. First Financial Insurance Co.                                    Page 1
Case No. A04 0229 CV

Exhibit "U"
1 of 2

3. The DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS AND COMBINED DISCOVERY REQUESTS, is a true and correct copy of the responses filed by the defendant.

4. The Reservation of Rights Letter, Bates Stamped FFIC 00139 is a true and correct copy of the document provided in discovery by defendant First Financial Insurance.

5. The affidavit of Marsha Henderson, dated November 21, 2005 is a true and correct copy of the document provided to me.

6. The Closure Report and affidavit of Gary Bowen, dated November 21, 2005 is a true and correct copy of the document provided to me.

7. The affidavit of David Buness, is a true and correct copy of the document that was attached to the Defendant's Motion for Summary Judgment, it has not been provided to plaintiff in discovery and bears no Bates numbers.

_____
Tim Cook, 9007048
Attorney for Plaintiff Eric Lutz

Subscribed and sworn/affirmed before me at
_Anchorage_ this _28th_
day of _Jan_, 2006.
_Emma Clay_
Notary Public in and for the State of Alaska.
My Commission expires _11·18·09_ .



Affidavit of Counsel  January 25, 2006
Lutz v. First Financial Insurance Co.
Case No. A04 0229 CV

Exhibit "U"
1 of 2