Tim Cook
Attorney for the Plaintiff
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises,<br><br>Plaintiff,<br><br>vs.<br><br>First Financial Insurance Company,<br><br>Defendants. | No. A04 0229 CV (JKS) |

### AFFIDAVIT OF COUNSEL

STATE OF ALASKA )
                 )ss.
THIRD JUDICIAL DISTRICT )

Tim Cook, being first duly sworn states as follows:

1. I am an attorney admitted and licensed to practice law in the State of Alaska and in this right honorable court.

2. I am counsel of record for the plaintiff in the above captioned matter.

3. I have discussed with Andrew Guidi, counsel of record for the defendadant the need to depose Robert LaFrance.

4. Mr. Guidi has in stated in correspondence that a "deposition of Mr. LaFrance, howevewr, is not warranted…" (letter of January 26, 2006)

5. In a subsequent telephone conversation, Mr. Guidi has stated that the defendant will not make Mr. LaFrance available for deposition unless so ordered by the court.

Tim Cook, 9007048
Attorney for Plaintiff Eric Lutz

Subscribed and sworn/affirmed before me at this 7th day of Feb, 2006.

Notary Public in and for the State of Alaska.
My Commission expires 11-18-09

