# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises, | ) ) ) | No. A04 0229 CV (JKS) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| First Financial Insurance Company, | ) ) | |
| Defendants. | ) ) | |

## ORDER TO MAKE WITNESS AVAILABLE FOR DEPOSITION

After considering the motions, documents, and other material filed in this matter, the court orders that the Defendant First Financial Insurance Company, Inc., make Robert LaFrance available for deposition at a reasonable time and place. It is so ordered.

Dated:_____     by:_____
                              US District Court Judge

Submitted by:
Tim Cook

Lutz v. First Financial Insurance Co.
Order to Make Witness Available
Case No. A04 0229 CV                                                        Page 1 of 1