Tim Cook

Attorney for the Plaintiff

3901 Taiga Drive,

Anchorage, Alaska 99516

(907) 336-5291

(907 336-5292 fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises,<br><br>Plaintiff,<br><br>vs.<br><br>First Financial Insurance Company,<br><br>Defendants. | No. A04 0229 CV (JKS) |

# Plaintiff's Motion For Second Continuance and Memorandum in Support

COMES NOW, Eric Lutz, Plaintiff by and through his attorney of record, Tim Cook, and requests the Court to extend the Continuance previously granted for the submission of PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S

MOTION FOR SUMMARY JUDGMENT, as authorized by Federal Rule of Civil Procedure 56(f).

The Court previously granted the plaintiff additional time in which to conduct discovery prior to filing its SUPPLEMENTAL OPPOSITION. Plaintiff has endeavored to schedule the deposition of Robert LaFrance, special claims manager for the defendant First Financial Insurance Company Inc. (FFIC). Defendant has unjustifiably refused to make the witness available for deposition unless so ordered by the court. Plaintiff is filing contemporaneously with this motion a MOTION TO COMPEL THE DEFENDANT TO MAKE WITNESS AVAILABLE FOR DEPOSITION.

DEFENDANTS MOTION FOR SUMMARY JUDGMENT is premised on lack of coverage. The deposition of Robert LaFrance is important to the Plaintiff's Opposition because LaFrance is the author of the denial of coverage letter and ostensibly the decision maker for the denial. FFIC cannot now assert coverage defenses that they did not assert at the time the denial of coverage letter was written. Moreover, they cannot base their denial decision on facts that they did not have before them at the time that the decision was made. Without knowing precisely what, when, and on what basis LaFrance denied coverage, Plaintiff can not adequately oppose the pending motion.

Therefore we request the Court to allow Plaintiff to file its SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT within 14 days after conducting the deposition of Robert LaFrance.

Respectfully submitted,


<u>s/s    Tim Cook    9007048</u>
Attorney for Eric Lutz, Plaintiff