# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises,<br><br>Plaintiff,<br><br>vs.<br><br>First Financial Insurance Company,<br><br>Defendants. | No. A04 0229 CV (JKS) |

### ORDER FOR SECOND CONTINUANCE

After considering the motions, documents, and other material filed in this matter, the court orders that the Plaintiff is allowed to file its SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT within 14 days after the deposition of Robert LaFrance is completed. It is so ordered.

Dated:_____        by:_____
                           US District Court Judge

Submitted by:
Tim Cook
Lutz v. First Financial Insurance Co.
Order for Second Continuance
Case No. A04 0229 CV                                         Page 1 of 1