**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises, | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) No. A 04-229-CV (TMB) |
| v. | ) ) |
| FIRST FINANCIAL INSURANCE COMPANY, INC. | ) ) ) |
| Defendant. | ) ) |
| _____ | ) |

**[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND DENYING MOTION TO COMPEL REGARDING TIMING OF DEPOSITION OF ROBERT LAFRANCE**

On November 2, 2005, First Financial moved for summary judgment.  On November 23, 2005, Eric Lutz moved for a continuance in order to obtain evidence for his opposition brief.  On December 22, 2005, the Court granted a continuance to allow Mr. Lutz time to obtain discovery on the "timing of the alleged damages from the defective construction."  Mr. Lutz now seeks to take the deposition of Robert LaFrance.

First Financial has moved for a protective order to require that the deposition not be taken until after the court rules on First Financial's motion for summary judgment.  Mr. Lutz moves to compel the deposition of Mr. LaFrance.

First Financial has submitted a declaration of Mr. LaFrance wherein Mr. LaFrance states that

he has no personal knowledge of any of the facts regarding when any physical injury to Mr. Lutz' house occurred and that the factual basis for First Financial's denial of coverage was based on the facts conveyed by Northern Adjusters.

Having fully considered the papers filed in support of and in opposition to these motions, and good cause appearing, the Court denies Eric Lutz' Motion to Compel and grants First Financial's Motion for A Protective Order. The deposition of Robert LaFrance shall be taken only after the Court rules on First Financial's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: _____           _____
                                    Honorable Timothy M. Burgess
                                    United States District Court Judge


**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February 2006, was served **[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND DENYING MOTION TO COMPEL REGARDING TIMING OF DEPOSITION OF ROBERT LAFRANCE** electronically and via USPS postage prepaid on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516


s/Andrew Guidi (113807)