IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)  No. A 04-229-CV (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING FIRST FINANCIAL'S MOTION FOR PROTECTIVE ORDER

On November 2, 2005, First Financial moved for summary judgment. On November 23, 2005, Eric Lutz moved for a continuance in order to obtain evidence for his opposition brief. On December 22, 2005, the Court granted a continuance to allow Mr. Lutz time to obtain discovery on one of the two grounds raised by First Financial — the "timing of the alleged damages from the defective construction." Mr. Lutz now seeks to take the deposition of Robert LaFrance.

First Financial has moved for a protective order to require that the deposition not be taken until after the court rules on First Financial's motion for summary judgment. First Financial has submitted a declaration of Mr. LaFrance wherein Mr. LaFrance states that he has no personal knowledge of any of the facts regarding when any physical injury to Mr. Lutz' house occurred, that the factual basis for First

Financial's denial of coverage was based on the facts conveyed by Northern Adjusters, and that the denial was not based on the lack of physical injury to the Lutz house during the policy period.

  Having fully considered the papers filed in support of and in opposition to the motion, and good cause appearing, the Court grants First Financial's Motion for A Protective Order. The deposition of Robert LaFrance shall be taken only after the Court rules on First Financial's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: _____          _____
                               Honorable Timothy M. Burgess
                               United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February 2006, was served **[PROPOSED] ORDER GRANTING FIRST FINANCIAL'S MOTION FOR PROTECTIVE ORDER** electronically and via USPS postage prepaid on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516


s/Andrew Guidi (113862)