IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of Rights of Dean Bruington d/b/a DB Enterprises<br><br>　　　　Plaintiffs,<br><br>vs.<br><br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.<br><br>　　　　Defendant. | **ORDER GRANTING DEFENDANT'S *PRO HAC VICE* MOTIONS**<br><br><br><br>Case No. 3:04-cv-229 TMB |

THIS MATTER having come before this Court on defendant's motions for non-resident attorneys to participate, and the Court being fully advised, **it is hereby ordered** that the applications of Jon K. Adams, (Docket 43), and Michael D. Prough, (Docket 42), of Morison-Knox Holden & Prough, LLP, to appear and participate in this action as co-counsel and in representation of defendant First Financial Insurance Company, Inc., are GRANTED. Counsel shall comply with the requirements of Civil Rule 81.

DATED this 22nd day of February, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　/s/ Timothy Burgess
　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　U.S. District Court Judge