Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises, )<br><br>    Plaintiffs, )<br><br>v. )<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC. )<br><br>    Defendant. )<br>_____ ) | No. A04-229-CV (TMB) |

**FIRST FINANCIAL INSURANCE COMPANY'S CONDITIONAL OPPOSITION
TO PLAINTIFF ERIC LUTZ' MOTION FOR A SECOND CONTINUANCE**

In this lawsuit, which commenced in September 2004, plaintiff Eric Lutz seeks insurance coverage for an unopposed "lay down" state court judgment he obtained from his home builder, Dean Bruington dba DB Enterprises ("Bruington").  Bruington was insured by First Financial Insurance Company ("FFIC") until December 8, 1999.  Lutz sues as Bruington's assignee.

On November 2, 2005, FFIC moved for summary judgment on two independent grounds:  (1) the lack of any evidence of property damage occurring during the policy period; and (2) that all damages to the Lutz house were excluded under the policy exclusion for damages to the work of the insured (Bruington) and under the policy exclusion for damages caused by any independent contractor.[1]  As to the first ground, that no physical injury to tangible property took place during the policy period, the law is well settled that Lutz has the burden of coming forward and the ultimate burden of proof.[2]

Lutz sought a continuance for his opposition to FFIC's motion for summary judgment.  On December 22, 2005, Judge Singleton granted a continuance until March 6, 2006 to allow Lutz to seek evidence on the "timing of the alleged damages from the defective construction."[3]

---

[1]        Docket No. 28.

[2]        *See* legal authority cited at footnotes 3-4 to FFIC's Reply Brief in Support of its Motion for Summary Judgment (ECF #47).

[3]        *See* December 22, 2005 Order (ECF #39) at p. 1.

Lutz now submits that he needs a second continuance in order to have time to take the deposition of FFIC employee Robert LaFrance, a resident of North Carolina, who denied Bruington's insurance claim. But Mr. LaFrance has no evidence to offer concerning the timing of any property damage. His denial letter did not rely on the timing of the property damage; it relied on the "business risk" policy exclusions. And he did not submit a declaration in support of FFIC's motion for summary judgment. FFIC does not understand Judge Singleton's Order to contemplate holding up a decision on FFIC's motion for summary judgment to enable discovery unrelated to the timing of the property damage.

Not only will Mr. LaFrance's deposition fail to address the timing issue, it will also be expensive. It will cost FFIC the loss of Mr. LaFrance's work time plus thousands of dollars in costs and fees for FFIC's counsel to travel to North Carolina to prepare Mr. LaFrance for a deposition and then attend the deposition.

Although Lutz never served a Notice of Deposition, he has filed a Motion to Compel the deposition of Mr. LaFrance (ECF # 49), which FFIC has opposed. (ECF #53.) Further, FFIC has filed a Motion for a Protective Order to prevent the deposition from going forward now. (ECF #54.) The Court's decision on those motions will decide if the deposition of Mr. LaFrance should go forward before FFIC's motion for summary judgment is heard. FFIC believes that it should not, for the reasons discussed in its Motion for a Protective Order and its Opposition to the Lutz Motion to Compel, and that a second continuance is thus unwarranted. If the court disagrees, however, FFIC has no

opposition to the two-week continuance requested by Lutz and will assist in prompt

scheduling of that deposition.

DATED at Anchorage, Alaska this 27th day of February, 2006.


DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
*Attorneys for Defendant*


/s/ Andrew Guidi
Andrew Guidi
Alaska Bar No. 8312171
ag@delaneywiles.com
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska  99501
907-279-3581/907-277-1331


**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of
February, 2006, FIRST FINANCIAL
INSURANCE COMPANY'S CONDITIONAL
OPPOSITION TO PLAINTIFF ERIC LUTZ'
MOTION FOR A SECOND CONTINUANCE
was served electronically and via USPS postage
prepaid on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516


/s/ Andrew Guidi
Andrew Guidi