# Northern Adjusters
**INCORPORATED**

1401 Rudakof Circle, Suite 100
Anchorage, Alaska 99508-3108
(907) 338-7484
FAX (907) 338-6364

E. DANE HAVARD, AIC
President

LARRY A. STAIGER, AIC
Senior Vice President

E.H. DAHLGREN, CPCU
VP—Southcentral Claims

SUSAN R. DANIELS, AIC
VP—Workers' Compensation Claims

J.D. DANIELS, AIC
VP—Finance

July 24, 2002

DB ENTERPRISES
C/O MR. DEAN BRUINGTON
P.O. BOX 211
GAKONA, AK 99586

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

RE:  Policy        : F0117G412046
     Insured       : DB Enterprises / Dean Bruington
     Claimant      : Eric Lutz
     Date of Loss  : 10/30/1999
     Our File      : 702-0005 DDB

Enclosures: Reservation of Rights

Dear Mr. Bruington:

As you are aware, we are the claims adjusters for First Financial Insurance Company in the above-captioned matter.

On behalf of First Financial Insurance Company and Northern Adjusters, Inc. we will conduct an investigation associated with this incident under a complete and full Reservation of Rights. This investigation into the incident should not be construed as an admission of coverage for this event. As our investigation continues, we will contact your office for further information and would appreciate your cooperation. The Reservation of Rights form which is attached will need to be completed, notarized, and returned to my office as soon as possible.

As indicated, First Financial Insurance Company and Northern Adjusters, Inc. expressly reserve all of the rights and defenses it has or may have available to it under policy F0117G412046 or any applicable law. Any action taken by the company, its agents or representatives for the purposes of investigating the details surrounding this loss shall not waive or relinquish any rights or defenses available which have not been specifically referred to in this correspondence.

Thank you in advance for your attention to this matter.

Sincerely,

David D. Buness
Adjuster

FFIC 0139
Lutz v FFIC

DDB/mac

**HOME OFFICE**
ANCHORAGE

**BRANCH OFFICES**
FAIRBANKS
KENAI PENINSULA    W/C ANCHORAGE

Exhibit B 1f1