

## Northern Adjusters
**INCORPORATED**

1401 Rudakof Circle, Suite 100
Anchorage, Alaska 99508-3108
(907) 338-7484
FAX (907) 338-6364

E. DANE HAVARD, AIC
President

LARRY A. STAIGER, AIC
Senior Vice President

E.H. DAHLGREN, CPCU
VP—Southcentral Claims

SUSAN R. DANIELS, AIC
VP—Workers' Compensation Claims

J.D. DANIELS, AIC
VP—Finance

July 30, 2002

(11-2459)

AUG 8 2002

FIRST FINANCIAL INSURANCE
ATTN: ROBERT LAFRANCE
238 INTERNATIONAL ROAD
BURLINGTON, NC 27215

**TRANSMITTED VIA REGULAR MAIL
AND VIA E-MAIL TO ralafrance@ifgcompanies.com**

RE:   Your Claim    :   112-459
      Insured       :   DB Enterprises/Dean Bruington
      Claimant      :   Eric Lutz
      Date of Loss  :   10/30/1999
      Our File      :   702-0005 DDB

Enclosures:   Loss Location Photographs
              Reservation of Rights Letter with Receipt
              Soils Test Logs
              Dwelling Construction Blueprints (via Regular Mail Only)

Dear Mr. LaFrance:

**ASSIGNMENT**

Liability claim notification received July 17, 2002 via fax from First Financial Insurance Company.

**RESERVES**

Reserves to be left to the discretion of First Financial Insurance Company.

**FFIC 0086**
Lutz v FFIC

**COVERAGE**

Active commercial lines policy through First Financial Insurance Company is referenced by policy #F0117G412046. Named insured is identified as Dean Bruington, doing business as DB Enterprises at PO Box 211, Gakona, AK 99586. The effective policy periods referenced are December 8, 1998 through December 8, 1999 with regard to this coverage.

The policy includes commercial general liability coverage as outlined within the policy language with a limit of $2 million in general aggregate and products completed operations aggregate limits.

**HOME OFFICE**
ANCHORAGE

**BRANCH OFFICES**
FAIRBANKS
KENAI PENINSULA    W/C ANCHORAGE

Report to Company                              2                              07/30/2002
RE: DB Enterprises/Eric Lutz                                        702-0005 DDB

No deductible was indicated with regard to this policy coverage based upon current available information.

As identified upon assignment, there appears to be a possible coverage exclusion as identified on form CG00010196, which is attached to the commercial general liability coverage. Exclusionary language referenced within section J5, J6 references exclusionary language as a result of work product items completed in the insured's normal business operations. Language referenced by section K, L, M1, and N additionally reference exclusions to products completed which are defective, deficient, or damaged in the course of operations and/or construction as a primary field of employment.

Based upon the above coverage concerns, a Reservation of Rights letter was forwarded to the named insured by certified mail with return receipt requested. The Postal Service has returned the receipt signed by a representative of DB Enterprises dated July 25, 2002. A signed and notarized copy of the Reservation of Rights form has not been completed and/or returned to my office as of this date.

## OCCURRENCE

Based upon obtained information to date, contract was entered into between the named insured and the listed claimant to construct a dwelling as outlined within the attached blueprint design schematics. According to discussion with Eric Lutz, construction was completed on approximately 10/30/1999, and the claimant's family took possession and occupied the referenced dwelling. At an unknown date following the occupancy, the residence owner began to notice various areas of damage, which initially began as multiple cracks within the drywall and subsequent substantial damage to the structural integrity of the building. Mr. Eric Lutz has advised the named insured of the deficiencies and the continued degradation of the dwelling without further assistance from the contractor as of this date.

## PHOTOGRAPHS AND DIAGRAM

Multiple photographs have been obtained through an on-site inspection by myself which took place July 23, 2002. Photographs confirm multiple areas of drywall cracking and an apparent settling or sinking of the residence's structural support system.

Design blueprints have been obtained and copied from the residence owner and appear to be consistent with the viewed construction design based upon personal inspection.

## PHYSICAL INSPECTION

As indicated, on site inspection took place July 23, 2002 at the claimant's residence identified as block 2, lot 1 of Spruceview Subdivision outside of Glennallen, Alaska. Various measurements were taken to confirm the correspondence of the constructed dwelling with the enclosed blueprints to indicate the dwelling consists of 1,492 square feet of living area plus an additional 624 square feet which is comprised of an attached garage on the ground level.

All of the interior damage, which primarily consists of cracked drywall and misshapen doorways, appears to be as a result of the concrete footers of this dwelling sinking for an unknown reason causing the entire dwelling structure to subside. Measurements of the framing structures in the crawl space area indicates that the primary concrete footer, which travels from east to west, has sunk approximately 11" dragging the structural framing down with the support system. Inspection of the crawl space also confirmed water of approximately 4" located in the crawl space flooring area, which is currently being removed via sump pump operated electronically by the residence owner.

## CLAIMANT

**Eric Lutz**
PO Box 741
Glennallen, AK 99588

Phone contact:      907-822-4248
Occupation:         Forestry Service and School Teacher

A non-recorded statement was taken of the residence owner, identified as Eric Lutz, at the time the dwelling was inspected. Mr. Lutz was fully cooperative with regard to the viewing of the residence and indicated that the amount of damage viewed had increased exponentially within the last 60 days. The listed claimant had 6 temporary jacks installed in the crawl space area to assist in holding up the ground level flooring from further collapse.

## WITNESSES

**Eric Lutz**
PO Box 741
Glennallen, AK 99588

Phone contact:      907-822-4248
Occupation:         Forestry Service and School Teacher

FFIC 0088
Lutz v FFIC

Report to Company                                  4                          07/30/2002
RE: DB Enterprises/Eric Lutz                                                  702-0005 DDB

Listed claimant appeared cooperative within the scope of the investigation. Due to work schedule time frame at the time of inspection, recorded statement will be obtained from the listed claimant at a later date to gather relevant information and personal information with regard to this loss.

**Dean Bruington**
PO Box 211
Gakona, AK 99586

Business Phone Contact:     907-822-3981

Contact with named insured has been attempted on three occasions since notification from the Postal Service that he had received the Reservation of Rights correspondence. Discussion with his identified spouse indicates that Mr. Bruington has received my messages and will contact me at his earliest opportunity for a recorded statement and in order to obtain additional documentation.

## OFFICIAL RECORDS

The following documentation will be obtained for further evaluation with regard to this loss:
1. Residential purchase agreement and contract.
2. Construction warranty information.
3. Inspection documentation during construction.
4. Insured's contractor's license.
5. Recorded statements as applicable.

## CONTRIBUTION

Listed claimant has indicated that he does carry homeowner's insurance on this loss location. However, he has not made any claim as of this date. The listed claimant did not specifically identify the insurance company and/or contact information as of this date.

Based upon discussion with Mr. Lutz, a subcontractor was utilized for the construction site preparation. Subcontractor information will be obtained from the named insured along with additional information that may be related to any possible joint tort feasors in this loss.

## PLAN OF ACTION

1. Secure contact with named insured and obtain necessary investigative information to include documents related to the construction of this dwelling.
2. Obtain recorded statement from listed claimant.
3. Identify and contact relevant inspection service to obtain inspection documentation through the course of construction.

FFIC 0089
Lutz v FFIC

Please contact my office if you have additional questions regarding this correspondence.

Sincerely,

David D. Buness
Adjuster

DDB/mac

FFIC 0090
Lutz v FFIC