



## Northern Adjusters
INCORPORATED

1401 Rudakof Circle, Suite 100
Anchorage, Alaska 99508-3108
(907) 338-7484
FAX (907) 338-6364

August 30, 2002

E. DANE HAVARD, AIC
President

LARRY A. STAIGER, AIC
Senior Vice President

E.H. DAHLGREN, CPCU
VP—Southcentral Claims

SUSAN R. DANIELS, AIC
VP—Workers' Compensation Claims

J.D. DANIELS, AIC
VP—Finance

FIRST FINANCIAL INSURANCE
ATTN: ROBERT LAFRANCE
238 INTERNATIONAL ROAD
BURLINGTON, NC 27215



**TRANSMITTED VIA REGULAR MAIL
AND VIA E-MAIL TO** ralafrance@ifgcompanies.com

RE:   Your Claim     :   112-459
      Insured        :   DB Enterprises/Dean Bruington
      Claimant       :   Eric Lutz
      Date of Loss   :   10/30/1999
      Our File       :   702-0005 DDB

Enclosures:   Letter of Explanation from Insured Dated August 21, 2002
              Personal Use Gravel Contract
              AHFC Construction Cost Breakdown Form
              ICBO Code Inspections – 3
              Septic Soils Report from Geode Engineering
              Sub- Contractor List from Insured
              Home Energy Rating Reports
              Business License Copy from Insured
              Construction Cost Breakdown from Insured
              Final Service Invoice

Dear Mr. LaFrance:

This correspondence and its enclosures would serve to update the above-referenced claim file since my previous report dated July 30, 2002. Additionally, based upon our previous discussion, it would also serve as a closing report, as your office will complete further actions as necessary with regard to this loss.

**RESERVES**

Reserves to be left to the discretion of First Financial Insurance Company.

FFIC 0052
Lutz v FFIC



**HOME OFFICE**
ANCHORAGE

**BRANCH OFFICES**
FAIRBANKS
KENAI PENINSULA     W/C ANCHORAGE

Report to Company 2 08/30/2002
RE: D. B. Enterprises/Eric Lutz 702-0005 DDB

## OCCURRENCE

Following additional discussion with the named insured, our office was advised that Mr. Lutz began occupying the residence at a non-specified date in October of 1999. As indicated within the correspondence from D. B. Enterprises, the job of constructing this residence was considered complete in November of 1999. Notification from Mr. Lutz to the named insured of a construction defect and/or problem with regard to this residence was reported in the spring of 2000. No specific date can be located according to representatives of D. B. Enterprises. The listed insured indicates they did some additional work in an attempt to correct the problem without any additional charges to the location owner identified as Mr. Lutz. No additional work is scheduled with regard to this loss location based upon verbal discussion with Nell Ulrich, Book Keeper for the listed insured D. B. Enterprises.

## WITNESSES

**Dean Bruington**
PO Box 211
Gakona, AK 99586

Occupation: Owner and operator of D. B. Enterprises
Business Phone Contact: 907-822-3981

Subsequent verbal contact was attempted with the named insured without further success. Verbal contact was made with Nell Ulrich, identified as Book Keeper for D. B. Enterprises. However, no recorded statement or further discussion is available with Mr. Bruington at this time.

## OFFICIAL RECORDS

Based upon my previous request, documentation has been received from D. B. Enterprises as listed within the enclosures section of this report. Verbal discussion and written letter from Nell Ulrich dated August 21, 2002, indicates that many of the requested items to include a construction agreement or purchase document for this location is unavailable. Ms. Ulrich indicates that, at the time of this construction, their book keeping and documentation was minimal. She also indicated that, as outlined in her correspondence, various requested items simply are not available based upon their record of this construction job.

A personal use gravel contract completed by the listed owner Eric Lutz indicates pit run material was purchased by him through a State contract in order to obtain necessary fill and pad material for this construction site. Language contained within this contract indemnifies and acts to hold harmless the State of Alaska from any claims or resulting damage due to or connected with the purchase of this material.

FFIC 0053
Lutz v FFIC

Report to Company     3     08/30/2002
RE: D. B. Enterprises/Eric Lutz     702-0005 DDB

Additional contact and documentation supplied by D. B. Enterprises indicates that the excavation and gravel work of the pad and septic system was completed by:

> M. Shelton Services
> PO Box 572
> Glennallen, AK 99588
>
> Phone contact:     907-822-3471

As indicated within the correspondence from D. B. Enterprises, no sub-contractor agreements or contracts were completed at the time of this construction for further documentation. An ICBO code inspection dated May 27, 1999 is enclosed with regard to the footing inspection as required. No deficiencies were noted on this inspection document, and no re-inspection was required prior to further cover and additional construction. An additional Summary of Building Inspection Form is also attached which indicates ICBO approval throughout the construction process by Stuart Brooks. Mr. Brooks has been identified as an employee of the following:

> Energy Design Associates, Incorporated
> 17526 Rachel Circle
> Eagle River, AK 99577
>
> Phone contact:     907-696-5573
> Occupation:     ICBO Inspection Services

Two additional ICBO Code Inspection Forms are located within the enclosures. They also do not indicate any deficiencies with regard to the construction process.

Written correspondence and a report completed by Geode Engineering, Incorporated, PO Box 113, Copper Center, Alaska 99573 are enclosed with regard to the construction site soils report. Review of this report indicates poorly graded sands in the approved construction site to include the designed septic system area. Based upon review of this report and its attached letter dated August 6, 1999, it appears that poor soils were located to approximately 9' in depth, which would necessitate excavation and installation of the appropriate drainage and compacting type fill prior to further construction. A report detailing the actual amount of fill material with regard to this construction site is not available based upon further discussion with Nell Ulrich from D. B. Enterprises. Remaining documentation obtained is with regard to energy rating, complete subcontractor lists, and job cost construction expenses breakdown from the insured. No additional documentation has been obtained or is available from the insured location with regard to further inspections and/or work completed specific to the site preparation and/or foundation work on this residence.

FFIC 0054
Lutz v FFIC

Report to Company                                 4                                    08/30/2002
RE: D. B. Enterprises/Eric Lutz                                                  702-0005 DDB

## CONTRIBUTION

Based upon the fact that the named insured D. B. Enterprises did not enter into any agreements and/or written contracts with its sub-contractors specifically with regard to the site preparation and/or foundation work, it appears as though no additional joint tort feasor would be named other than the insured with regard to this loss. The resulting damages from the apparent poor construction and/or work product related to this residence would in all likelihood be the legal responsibility of the licensed contractor identified as D. B. Enterprises.

## REMARKS

Based upon our previous telephone conversation, you had requested that I forward all available information with regard to this construction project. Additionally, your office will conclude the claim file from your location with regard to future outcome and/or correspondence to be forwarded to the listed insured. With this in mind, I am enclosing our billing invoice for services rendered to date.

Please contact my office if you need any additional work completed with regard to the above-captioned claim file. Thank you for your attention to this matter.

                                                                Sincerely,

                                                                David D. Buness
                                                                Adjuster

DDB/mac

FFIC 0055
Lutz v FFIC