Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
Telephone:  (907) 279-3581
Facsimile:  (907) 277-1331 fax

Michael D. Prough
Jon K. Adams
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, California  94596
Telephone:  (925) 937-9990
Facsimile:  (925) 937-3272

Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of<br>Dean Bruington d/b/a DB Enterprises<br><br>        Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE<br>COMPANY, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) No. A04-229-CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF COUNSEL

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )ss. |
| THIRD JUDICIAL DISTRICT | ) |

ANDREW GUIDI, being first duly sworn on oath, deposes and says:

1.    I am an attorney at law duly licensed to practice in Alaska and admitted to the

United States District Court for the District of Alaska.   I am an attorney with the law firm Delaney Wiles, Inc., counsel of record herein for First Financial Insurance Company, Inc. ("FFIC").   I submit this affidavit in support of FFIC's Supplemental Reply In Support of FFIC's Motion For Summary Judgment.   I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2.      Attached to FFIC's Supplemental Reply as Exhibit K is a true and correct copy of the Affidavit of David Buness, dated September 21, 2005, previously filed with FFIC's Opening Memorandum (ECF #28).

3.      Attached to FFIC's Supplemental Reply as Exhibit O is a true and correct copy of excerpts from *Couch on Insurance* 3d, previously filed with FFIC's Reply Memorandum (ECF #38).

4.      Attached to FFIC's Supplemental Reply as Exhibit T is a true and correct copy of excerpts of the Deposition of David Buness taken in this matter on February 16, 2006.

5.      Attached to FFIC's Supplemental Reply as Exhibit U is a true and correct copy of an August 30, 2002 letter from David Buness to First Financial Insurance and two of its enclosures.

FURTHER SAYETH YOUR AFFIANT NAUGHT.

Andrew Guidi

SUBSCRIBED AND SWORN TO before me this 13th day of March, 2006.

Notary Public in and for Alaska
My commission expires:   2·6·08

CERTIFICATE OF SERVICE:

I hereby certify that on the 13th day of
March 2006, **Affidavit of Counsel**
was served electronically and via USPS
postage prepaid on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, Alaska   99516

s/Andrew Guidi (114692)

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581