# Exhibit T

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   ERIC LUTZ, as Assignee of Rights of )
     DEAN BRUINGTON, dba DB ENTERPRISES,  )
 4                                        )
                         Plaintiff,       )
 5                                        )
         vs.                              )
 6                                        )
     FIRST FINANCIAL INSURANCE COMPANY,   )
 7                                        )
                         Defendant.       )
 8   _____ )
     Case No. A04-0229 CV (JKS)
 9
                   DEPOSITION OF DAVID D. BUNESS
10
     APPEARANCES:
11
         FOR THE PLAINTIFF:        MR. TIM COOK
12                                 Attorney at Law
                                   3901 Taiga Drive
13                                 Anchorage, Alaska 99516
                                   (907) 336-5291
14
         FOR THE DEFENDANT:        MR. ANDREW GUIDI
15                                 Delaney, Wiles, Hayes, Gerety,
                                     Ellis & Young, Inc.
16                                 Attorneys at Law
                                   1007 West Third Avenue
17                                 Suite 400
                                   Anchorage, Alaska 99501
18                                 (907) 279-3581

19       FOR THE WITNESS:          MS. LAURA L. FARLEY
                                   Farley & Graves, P.C.
20                                 Attorneys at Law
                                   3003 Minnesota Drive
21                                 Suite 300
                                   Anchorage, Alaska 99503
22                                 (907) 274-5100

23       ALSO PRESENT:             MR. PAUL BRACKEN

24

25
```

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA 99501

Exhibit  T
Page  1  of  3

```
 1  A        Yeah, I believe that would be handy.
 2  Q        (By Mr. Cook)  I've got a copy.....
 3           MR. COOK:  Is that it?
 4           UNIDENTIFIED VOICE:  Yeah.
 5  Q        ....of the affidavit.  It was -- this is your affidavit
 6           here.
 7           MR. BRACKEN:  The bottom of the second page is
 8  what he's talking about.
 9  A        Okay.  And your -- could you repeat your question
10           again?
11  Q        In the affidavit that you gave you said that you
12           arbitrarily adopted 10/30/99 as the date of loss, is
13           that correct?
14  A        I utilized October 30, '99 as the date of loss based on
15           communications with Mr. Lutz.
16  Q        Is the date of loss important in an insurance claim?
17  A        Typically.
18  Q        If the date of loss is important why would you
19           arbitrarily adopt a date?
20  A        The date of loss sometimes -- I mean you re- -- it
21           requires more information to get an accurate date of
22           loss.  The reporting format on our reports the date of
23           loss is -- is a field that requires something.  So if
24           there's no date of loss on assignment we would gather
25           information to get based on that time the best
```

R & R  COURT  REPORTERS

810 N STREET
(907) 277-0572/Fax 274-8982

ANCHORAGE, ALASKA  99501

Exhibit  T
Page  2  of  3

|   |   |   |
|---|---|---|
| 1 |   | information what the appropriate date of loss would be. |
| 2 |   | And if this actually was attached to the fax generally |
| 3 |   | this section right here, date of occurrence, is the |
| 4 |   | date we use. |
| 5 | Q | Well, when you say this the ACORD? |
| 6 | A | Uh-hum.  (Affirmative) |
| 7 | Q | So that -- I guess I'm asking -- no, I'm not asking.  I |
| 8 |   | guess I'm not clear, let me ask the question again. |
| 9 |   | You said that the date of loss is important in an |
| 10 |   | insurance claim, is that right? |
| 11 | A | I said typically. |
| 12 | Q | In this claim would it be important? |
| 13 | A | I would think so. |
| 14 | Q | If it's an important element in the claim why would you |
| 15 |   | arbitrarily adopt a date? |
| 16 | A | I don't know that I would use the word arbitrarily, but |
| 17 |   | I utilized the date based on the information that I |
| 18 |   | have.  And if we can't confirm that it's incorrect by |
| 19 |   | some information then on my reports that's going to |
| 20 |   | stay that way until it's -- some information is |
| 21 |   | obtained that shows it's incorrect. |
| 22 | Q | Okay.  So as far as you know 10/30/99 is a correct date |
| 23 |   | for date of loss? |
| 24 | A | At that particular time it apparently was. |
| 25 | Q | When you say at that particular time.... |

R & R COURT REPORTERS
810 N STREET
(907) 277-0572/Fax 274-8982
ANCHORAGE, ALASKA  99501

Exhibit  T
Page  3  of  3