# Exhibit U



# Northern Adjusters
### INCORPORATED

**E. DANE HAVARD, AIC**
President

**LARRY A. STAIGER, AIC**
Senior Vice President

**E.H. DAHLGREN, CPCU**
VP—Southcentral Claims

**SUSAN R. DANIELS, AIC**
VP—Workers' Compensation Claims

**J.D. DANIELS, AIC**
VP—Finance

1401 Rudakof Circle, Suite 100
Anchorage, Alaska 99508–3108
(907) 338-7484
FAX (907) 338-6364

August 30, 2002

RECEIVED

SEP 03 2002

FIRST FINANCIAL INSURANCE
ATTN: ROBERT LAFRANCE
238 INTERNATIONAL ROAD
BURLINGTON, NC 27215

<u>TRANSMITTED VIA REGULAR MAIL</u>
<u>AND VIA E-MAIL TO</u> ralafrance@ifgcompanies.com

RE:  Your Claim    :  112-459
     Insured       :  DB Enterprises/Dean Bruington
     Claimant      :  Eric Lutz
     Date of Loss  :  10/30/1999
     Our File      :  702-0005 DDB

Enclosures:  Letter of Explanation from Insured Dated August 21, 2002
             Personal Use Gravel Contract
             AHFC Construction Cost Breakdown Form
             ICBO Code Inspections – 3
             Septic Soils Report from Geode Engineering
             Sub- Contractor List from Insured
             Home Energy Rating Reports
             Business License Copy from Insured
             Construction Cost Breakdown from Insured
             Final Service Invoice

Dear Mr. LaFrance:

This correspondence and its enclosures would serve to update the above-referenced claim file since my previous report dated July 30, 2002. Additionally, based upon our previous discussion, it would also serve as a closing report, as your office will complete further actions as necessary with regard to this loss.

## <u>RESERVES</u>

Reserves to be left to the discretion of First Financial Insurance Company.

Exhibit ___u___
Page __1__ of __10__

**FFIC 0013**
Lutz v FFIC



<u>**HOME OFFICE**</u>

ANCHORAGE

<u>**BRANCH OFFICES**</u>
FAIRBANKS
KENAI PENINSULA    W/C ANCHORAGE

Report to Company                                    2                          08/30/2002
RE: D. B. Enterprises/Eric Lutz                                                 702-0005 DDB

## OCCURRENCE

Following additional discussion with the named insured, our office was advised that Mr. Lutz began occupying the residence at a non-specified date in October of 1999. As indicated within the correspondence from D. B. Enterprises, the job of constructing this residence was considered complete in November of 1999. Notification from Mr. Lutz to the named insured of a construction defect and/or problem with regard to this residence was reported in the spring of 2000. No specific date can be located according to representatives of D. B. Enterprises. The listed insured indicates they did some additional work in an attempt to correct the problem without any additional charges to the location owner identified as Mr. Lutz. No additional work is scheduled with regard to this loss location based upon verbal discussion with Nell Ulrich, Book Keeper for the listed insured D. B. Enterprises.

## WITNESSES

### Dean Bruington
PO Box 211
Gakona, AK 99586

Occupation:                     Owner and operator of D. B. Enterprises
Business Phone Contact:         907-822-3981

Subsequent verbal contact was attempted with the named insured without further success. Verbal contact was made with Nell Ulrich, identified as Book Keeper for D. B. Enterprises. However, no recorded statement or further discussion is available with Mr. Bruington at this time.

## OFFICIAL RECORDS

Based upon my previous request, documentation has been received from D. B. Enterprises as listed within the enclosures section of this report. Verbal discussion and written letter from Nell Ulrich dated August 21, 2002, indicates that many of the requested items to include a construction agreement or purchase document for this location is unavailable. Ms. Ulrich indicates that, at the time of this construction, their book keeping and documentation was minimal. She also indicated that, as outlined in her correspondence, various requested items simply are not available based upon their record of this construction job.

A personal use gravel contract completed by the listed owner Eric Lutz indicates pit run material was purchased by him through a State contract in order to obtain necessary fill and pad material for this construction site. Language contained within this contract indemnifies and acts to hold harmless the State of Alaska from any claims or resulting damage due to or connected with the purchase of this material.

Exhibit ___U___                    **FFIC 0014**
Page __2__ of __10__               Lutz v FFIC

Report to Company                              3                              08/30/2002
RE:  D. B. Enterprises/Eric Lutz                                             702-0005 DDB

Additional contact and documentation supplied by D. B. Enterprises indicates that the excavation and gravel work of the pad and septic system was completed by:

> M. Shelton Services
> PO Box 572
> Glennallen, AK 99588

> Phone contact:        907-822-3471

As indicated within the correspondence from D. B. Enterprises, no sub-contractor agreements or contracts were completed at the time of this construction for further documentation.  An ICBO code inspection dated May 27, 1999 is enclosed with regard to the footing inspection as required.  No deficiencies were noted on this inspection document, and no re-inspection was required prior to further cover and additional construction.  An additional Summary of Building Inspection Form is also attached which indicates ICBO approval throughout the construction process by Stuart Brooks. Mr. Brooks has been identified as an employee of the following:

> Energy Design Associates, Incorporated
> 17526 Rachel Circle
> Eagle River, AK 99577

> Phone contact:        907-696-5573
> Occupation:           ICBO Inspection Services

Two additional ICBO Code Inspection Forms are located within the enclosures.  They also do not indicate any deficiencies with regard to the construction process.

Written correspondence and a report completed by Geode Engineering, Incorporated, PO Box 113, Copper Center, Alaska 99573 are enclosed with regard to the construction site soils report.  Review of this report indicates poorly graded sands in the approved construction site to include the designed septic system area.  Based upon review of this report and its attached letter dated August 6, 1999, it appears that poor soils were located to approximately 9' in depth, which would necessitate excavation and installation of the appropriate drainage and compacting type fill prior to further construction.  A report detailing the actual amount of fill material with regard to this construction site is not available based upon further discussion with Nell Ulrich from D. B. Enterprises. Remaining documentation obtained is with regard to energy rating, complete subcontractor lists, and job cost construction expenses breakdown from the insured.  No additional documentation has been obtained or is available from the insured location with regard to further inspections and/or work completed specific to the site preparation and/or foundation work on this residence.

**FFIC 0015**
Lutz v FFIC

Exhibit  _U_
Page  _3_  of  _10_

Report to Company                         4                      08/30/2002
RE:  D. B. Enterprises/Eric Lutz                               702-0005 DDB

## CONTRIBUTION

Based upon the fact that the named insured D. B. Enterprises did not enter into any agreements and/or written contracts with its sub-contractors specifically with regard to the site preparation and/or foundation work, it appears as though no additional joint tort feasor would be named other than the insured with regard to this loss.  The resulting damages from the apparent poor construction and/or work product related to this residence would in all likelihood be the legal responsibility of the licensed contractor identified as D. B. Enterprises.

## REMARKS

Based upon our previous telephone conversation, you had requested that I forward all available information with regard to this construction project.  Additionally, your office will conclude the claim file from your location with regard to future outcome and/or correspondence to be forwarded to the listed insured.  With this in mind, I am enclosing our billing invoice for services rendered to date.

Please contact my office if you need any additional work completed with regard to the above-captioned claim file.  Thank you for your attention to this matter.

Sincerely,

David D. Buness
Adjuster

DDB/mac

Exhibit ___U___
Page __4__ of _10_

FFIC 0016
Lutz v FFIC

# D. B. Enterprises

PO Box 158
Gakona, AK 99586

Phone 1-907-822-3981
Fax 1-907-822-3071

RECEIVED

AUG 2 3 2002

NAI - Rudakof

August 21, 2002

Northern Adjusters Inc.
1401 Rudakof Circle, Suite 100
Anchorage, AK  99508-3108

Dear Mr. Buness,

In regards to your letter on August 15, 2002; I am sending the following items.

1.  As to sales and construction documents for the Lutz residence:  We did a Construction Cost Breakdown which is submitted to the owner and bank.  It was approved and then we request draws from the bank.  The owner signs the request and then the draw request amount is deposited to our business account.  We have no construction agreement in our records.  We instituted this process at a later date.  The contractor worked from blue prints.   There is a copy of one draw request signed by Eric Lutz.

2.  Inspection documents are enclosed.  Also final energy rating.

3.  There is a list enclosed of sub-contractors in our area.  The ones used are high lighted.  Missing are Geode Engineering, Inc.  He was requested by M. Shelton Services, (not D.B. Enterprises).  Also Regal Enterprises who delivered rough cut lumber to the job site.

4.  We do not use contracts or signed agreements with the local sub-contractors.

5.  There was no warranty agreement with the residents/owners.

.6.  A copy of DB Enterprises contractor license is enclosed.


Mr. & Mrs Lutz were in residence befor the job was complete.  There were minor items still being completed when they took up residence.Job was completed in November 1999. The following spring was when DB Enterprises was notified of the problem.  The company did do some work to correct the problem with no recompense to the company.

If I can provide any further information, feel free to call or write me.

Sincerely,

Nell Ulrich

Nell Ulrich
Book Keeper


nru


Enc: 25
Account ID: Eric Lutz

FFIC 0021
Lutz v FFIC

Exhibit    U
Page    5    of    10

D. B. ENTERPRISES

| Contractor | Address | Phone | Service |
|---|---|---|---|
| Swan Drilling | PO Box 13 Glennallen, AK 99588 | 822-5773 | Wells |
| Dennis Wolfard | PO Box 801 Glennallen, AK 99588 | 822-5775 | Flqprs |
| M. Shelton Svc | PO Box 572 Glennallen, AK 99588 | 822-3471 | Sewer & Septic Gravel |
| Energy Design Assc. Inc. | 17526 Rachel Circle Eagle River, AK 99577 | (907) 696-5576 Fax: same | ICBO inspections |
| Terry Gilmore | PO Box 210 Copper Center, AK 99573 | 822-3744 | surveyor |
| Jack Phillips | HC 60 Box 1460 Copper Center, AK 99576 | 822-4384 | Surveyor |
| Benny Chambers | HC 60 Box 252 Copper Center, AK 99573 | 822- | Drywall |
| Donavon Maher | PO Box 239 Gakona, AK 99586 | 822-5496 | Electrical |

Sup&ContList.wks -- Page 1

FFIC 0069
Lutz v FFIC

Exhibit ___U___
Page __6__ of __10__

D. B. ENTERPRISES

| Company | Address | Phone | Service |
|---------|---------|-------|---------|
| **Copper Basin Dist** | PO Box 364 Glennallen, AK 99588 | 822-3277 | Deliveries |
| **Backwoods Enterprises** | PO Box 698 Glennallen, AK 99588 | 822-3170 | Cement Work |
| **Homestead Supply** | PO Box 49 Glennallen, AK 99588 | 822-3987 Fax: 822-5209 | Lumber & supplies |
| **GBS** ("Glennallen Building Supply) | PO Box 729 Glennallen, AK 99588 | 822-5005 Fax: 822-5883 | Lumber & Supplies |
| **WBS** (Wholesale Builders Supply) Jeff Stromberg | 18777 East Valley Highway Kent, WA 98302 | 1-800-426-4513 1-(425) 251-8850 Fax:425-251-8868 | Lumber & Supplies, Cabinets |
| **Tim Willis** | PO Box 816 Glennallen, AK 99588 | 822-3353 | Electrician |
| **O & S Construction** | PO Box 381 Glennallen, AK 99588 | 822-3626 | Redi-Mix |
| **Svc Oil & Gas** | PO Box 276 Glennallen, AK 99588 | 822-3315 | Heating & Access. |

DB ENTERPRISES

| JOB   COST | ANALYSIS | | | |
|---|---|---|---|---|
| 11/23/99 | | | | |
| LUTZ | JOB | Received | $156,162.93 | |
| Eric  & | Marsha Lutz | | | |
| | | Total  Costs | PAID | Not Paid |
| M. Shelton | Gravel | $11,763.50 | $11,763.50 | |
| septic | Road & Pad | $153.96 | $153.96 | |
| Svc chg | | | | |
| DB Ent. | 10 %  Bus | $12,000.00 | $12,000.00 | |
| | overhead | | | |
| Homestead | materials | $37,914.48 | $37,914.48 | |
| Supply | s/c | 383.67 | $383.67 | |
| Labor | Total | $55,830.13 | $55,830.13 | |
| Energy | Inspections | $2,340.00 | $2,340.00 | |
| Design | | | | |
| Insurance | Wk.Comp/Lib | $4,288.65 | $4,288.65 | |
| O&S Const | Redimix | $2,055.00 | $2,055.00 | |
| Payroll | Taxes | $11,071.67 | $11,071.67 | |
| Sparks | Equip rental | $355.00 | $355.00 | |
| Regal Ent | 1 X 8 | $3,180.48 | $3,180.48 | |
| Time /Mone | bids | $367.20 | $367.20 | |
| Backwoods | concrete slab | $2,603.20 | $2,603.20 | |
| | S/C | $39.05 | $39.05 | |
| GBS | Materials | $8,247.88 | $8,247.88 | |
| Home Depot | | $1,581.99 | $1,581.99 | |
| 4/0 ceiling | wire/roofing | electrical/outlets | | |
| | splash guards | | | |
| Geode Eng | soil tests | $350.00 | $350.00 | |
| NRU Svc. | bookkeeping | $2,032.50 | $2,032.50 | |
| Precision | entry | $1,659.65 | $1,659.65 | |
| Electric | | | | |
| Svc Oil/Gas | | $2,083.52 | $2,083.52 | |
| CBS | dumpster | $123.00 | $123.00 | |

FFIC 0079
Lutz v FFIC

Exhibit ___U___
Page ___8___ of ___10___

DB ENTERPRISES

| | | | | | |
|---|---|---|---|---|---|
| Glen Trans | carpet | $75.00 | $75.00 | | |
| Eagle | Frieze Vent | $47.60 | $47.60 | | |
| Kenai Sup | 15 amp | $24.60 | $24.60 | | |
| | vanity tops | $173.72 | $173.72 | | |
| AK Pipe | duct mastk | $49.64 | $49.64 | | |
| Fasteners | washers | $25.04 | $25.04 | | |
| & Fire Equip | hex nut | | | | |
| Builders | carpet | $787.76 | $787.76 | | |
| Bargains | moulding | $487.56 | $487.56 | | |
| | laminate flooring | $1,778.35 | $1,778.35 | | |
| D. Wolfard | carpet/labor | $396.40 | $396.40 | | |
| E. Goozen | survey | $225.00 | $225.00 | | |
| Vacuflo AK | install kit | $162.00 | $162.00 | | |
| TOTALS | | 164657.2 | 164657.2 | | 0 |
| TOTALS | | | | | |

FFIC 0080
Lutz v FFIC

Exhibit ___U___
Page __9__ of _10_

DB ENTERPRISES

| LUTZ JOB | | | **EXTRAS** | | | | |
|---|---|---|---|---|---|---|---|
| Eric  & | Marsha Lutz | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | **Materials** | | **Labor** | | |
| | | | | | | | |
| Kenai Sup | vanity tops | | $173.72 | | | | |
| | | | | | | | |
| Bargin | Floor | | $629.71 | | $1,480.00 | | |
| Builders | | | | | | | |
| | | | | | | | |
| Vacoflo AK | install kit | | $162.00 | | $300.00 | | |
| | | | | | | | |
| Hm Stead | Paint/stain | | $338.41 | | | | |
| % GBS | | | | | | | |
| | | | | | | | |
| Painting | exterior | | | | $600.00 | | |
| | interior | | | | $2,490.16 | | |
| | | | | | | | |
| Windows | | | | | | | |
| | 2630 slider | | $155.10 | | $125.00 | | |
| | 3040 | | $185.75 | | $125.00 | | |
| | | | | | | | |
| | | | | | | | |
| | | | 1644.69 | | $5,120.16 | | |
| | | | | | | TOTAL | $6,764.85 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| ***************************************************************************************** | | | | | | | |
| Following items at no Charge: | | | | | | | |
| | | | | | | | |
| Add green color to window exterior | | | | $582.31 | | | |
| | | | | | | | |
| Exterior soffits to eaves | | | | $2,000.00 | | | |
| | | | | | | | |
| Octagon window | | | | $500.00 | | | |
| | | | | | | | |
| 2" rigid foam & pea gravel in crawl space | | | | $1,000.00 | | | |
| | | | | | | | |
| | | | | 4082.31 | | | |
| | | | | | | | |
| | | | | | | | |
| ***************************************************************************************** | | | | | | | |
| | | | | | | | |
| NOTE* We credited $1,600.00 from the tile budget to offset cost of extra laminate flooring | | | | | | | |
| | | | | | | | |
| and came up with the balance of $629.71 | | | | | | | |

**FFIC 0081**
Lutz v FFIC

Exhibit ___ U___
Page __10__ of __10__