Tim Cook
Attorney for the Plaintiff
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises,  )  )  Plaintiff,  )  )  vs.  )  )  First Financial Insurance Company,  )  )  Defendants.  )  ) | No. A04 0229 CV (TMB) |

**NOTICE OF WITHDRAWAL OF**

**MOTION TO SUPPLEMENT AND AMEND COMPLAINT**

COMES NOW ERIC LUTZ, by and through his attorney of record, Tim Cook, and gives notice that he wishes to withdraw his MOTION TO ACCEPT SUPPLEMENTAL COMPLAINT filed on December 20, 2005.

Plaintiff did not intend nor desire to change the focus or issues but rather, in an abundance of caution, wanted to clarify that a final judgment was rendered in the underlying State Court case. Since First Financial Insurance Inc. (FFIC) is aware of, has cited to, and has stated that it "would have no opposition" to including an allegation that a Final Judgment had been entered in the State Court case, it appears unnecessary to amend the complaint.

Therefore, plaintiff requests that its MOTION TO ACCEPT SUPPLEMENT COMPLAINT be withdrawn.

Respectfully submitted 15 March 2006,

s/s   Tim Cook   9007048
Attorney for Eric Lutz, Plaintiff

CERTIFICATE OF SERVICE

FILED ELECTRONICALLY