Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK  99501
   (907)  279-3581
   (907)  277-1331  fax

Michael D. Prough
Jon K. Adams
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA  94596
Telephone:  (925) 937-9990
Facsimile:   (925) 937-3272

Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ERIC LUTZ, as assignee  of rights  of  Dean Bruington d/b/a DB Enterprises, <br><br>    Plaintiffs, <br><br>v. <br><br>FIRST FINANCIAL INSURANCE COMPANY,  INC. <br><br>    Defendant. <br>_____ | ) <br>) <br>) <br>) <br>) <br>)  No.  A04-229-CV  (TMB) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**FIRST FINANCIAL INSURANCE COMPANY'S OBJECTIONS
TO JOINT STATUS REPORT**

Defendant First Financial Insurance Company objects to the "Joint Status Report" filed by plaintiff Eric Lutz (ECF # 67) because it fails to describe the nature of claims asserted and the principal factual issues objectively.

Initially, Lutz forwarded FFIC a draft Status Report only purporting to be on behalf of Lutz. FFIC informed Lutz that the filing was supposed to a joint report and provided Lutz with a revised draft. Lutz later provided another draft to FFIC. FFIC objected to sections where Lutz included argument and stated factual issues in a suggestive manner and suggested that if the sides could not agree, then each side could list its own version of factual issues. Lutz did not respond and instead filed his draft, ignoring FFIC's comments.

Accordingly, FFIC objects to the sections of the Joint Status Report entitled "Nature of Claims" and "Principal Factual Issues" and hereby presents what it believes are fairer statements of those sections.

### Nature of Claims Asserted

Plaintiff Eric Lutz is the assignee of a commercial general liability insurance policy issued by FFIC to Dean Bruington, who constructed a defective house for Lutz. Plaintiff's claims are for: 1) Breach of the Duty of Good Faith and Fair Dealing; 2) Breach of the Duty of to Defend; 3) Breach of the Duty to Indemnify; and 4) Misrepresentation.

**Principal Factual Issues**

The court's decisions on the pending motions for summary judgment will greatly affect whether there are factual issues.

1)  The cause of any damage to Lutz' house;

2)  The timing and extent of any such damage;

3)  The lack of notice to FFIC of Lutz' earlier claims when Bruington made repairs to Lutz' house;

4)  FFIC's handling of the Lutz claim;

5)  Whether FFIC had a reasonable basis for its denial of coverage and refusal to defend Bruington for Lutz' claim;

6)  The effects of the agreements between Bruington and Lutz and the resulting uncontested state court judgment; and

7)  The amount of recoverable damages, if any.

Dated:  May 23, 2006                                             Respectfully submitted,

                              MORISON-KNOX HOLDEN & PROUGH, LLP
                              Attorneys for Defendant
                              FIRST FINANCIAL INSURANCE
                              COMPANY, INC.


By:    /s/ Jon K. Adams
       Jon K. Adams
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA  94596
Telephone:  (925) 937-9990
Facsimile:   (925) 937-3272
California Bar # 132919

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2006, FIRST FINANCIAL INSURANCE COMPANY'S OBJECTIONS TO JOINT STATUS REPORT was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516


_____

Jon K. Adams (CA No. 132919)