UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ERIC LUTZ  v.  FIRST FINANCIAL INS. CO.

HONORABLE TIMOTHY M. BURGESS

DATE: July 24, 2006                                              CASE NO. 3:04-cv-00229-TMB

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
                 **Re: Motions at Dockets 49, 50, and 51**

At docket 49 Plaintiff moved for an order compelling Defendant to make Robert LaFrance, Special Claims Manager for FFIC, available for a deposition.

At docket 50 Plaintiff filed his second request under FED. R. CIV. P. 56(f) for a continuance to respond to Defendant's Motion for Summary Judgment.

At docket 51 Defendant moved for a protective order to prevent Plaintiff from taking the deposition of Robert LaFrance.

The Court having reviewed the moving papers and oppositions,

IT IS ORDERED THAT:

1. The motions at dockets 49 and 51 are **DENIED**, without prejudice. The parties may re-file the motions, if necessary and appropriate, after they have complied with the requirements of FED. R. CIV. P. 26(c) and 37(a)(2) and the motion complies with the requirements of D.AK. LR 37.1.

2. The motion at docket 50 is **DENIED**. Plaintiff has not shown that the deposition of Robert LaFrance is necessary to a determination of the Defendant's Motion for Summary Judgment (docket 28) within the parameters of the December 22, 2005, Order granting Plaintiff's first motion under Rule 56(f) (docket 39).

[MO Mtns Dkt 49, 50 & 51.wpd]