# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 19, 2004

| | | |
|---|---|---|
| Our file# | 33460 | 00002 |
| Invoice# | 10988 | AG |

(IFG)International Financial Group Companies
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Billing through:    08/11/2004

Tax ID # ████████

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington
Insurance

| | |
|---|---|
| Total fees for this matter | $2,415.00 |
| Total disbursements for this matter | $0.80 |
| Total charges for this matter | $2,415.80 |
| | |
| Past due balance | $0.00 |
| **Total balance now due** | **$2,415.80** |

EXHIBIT ___A___
Page ___1___ of _43_

**DELANEY WILES**

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 19, 2004

Our file# 33460   00002
Invoice# 10988   AG

(IFG)International Financial Group Companies          Billing through:     08/11/2004
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Tax ID # ███████

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

PROFESSIONAL SERVICES

| Date | | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 07/19/2004 | AG | Review ███████████████ | 3.40 | hrs. | 595.00 |
| 07/20/2004 | AG | Review law relating to ██████████ review ████ cases | 2.50 | hrs. | 437.50 |
| 07/20/2004 | AG | Telephone call to Steve Gyarmati -- leave message regarding readiness to discuss claim | 0.10 | hrs. | 17.50 |
| 07/21/2004 | AG | Long distance telephone call to Steve Gyarmati ████████████████ | 0.50 | hrs. | 87.50 |
| 07/21/2004 | AG | Review copy of court file, including ████ | 0.90 | hrs. | 157.50 |
| 07/29/2004 | AG | Phone call from Chris Strapp re ████ | 0.30 | hrs. | 52.50 |
| 08/03/2004 | AG | Review complaint by Lutz ██████████; begin drafting letter to FFIC re same | 2.20 | hrs. | 385.00 |
| 08/05/2004 | AG | Continue drafting report on ████ | 1.40 | hrs. | 245.00 |
| 08/09/2004 | AG | Finish drafting report re ████ | 2.50 | hrs. | 437.50 |

██████████████████████

$2,415.00

**EXPENSES**
06/25/2004   Long distance telephone call to ████████████        0.80

$0.80

Billing Summary

AG      Guidi, Andrew                          13.80   hrs        175.00   /hr

Total professional services              13.80    hrs        $2,415.00

Total expenses incurred                                      $0.80

Total of new charges for this invoice                        $2,415.80

**Total balance now due**                                    **$2,415.80**

EXHIBIT __A__
Page __3__ of __43__

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

October 13, 2004

Our file#   33460   00002
Invoice#   11210   AG

(IFG)International Financial Group Companies            Billing through:    09/30/2004
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Tax ID #

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington
Insurance

| | |
|---|---|
| Total fees for this matter | $2,152.50 |
| Total disbursements for this matter | $165.06 |
| Total charges for this matter | $2,317.56 |
| | |
| Past due balance | $0.00 |
| **Total balance now due** | **$2,317.56** |

EXHIBIT A
Page 4 of 43

**DELANEY WILES**

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

October 13, 2004

Our file# 33460    00002
Invoice# 11210    AG

(IFG)International Financial Group Companies        Billing through:    09/30/2004
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Tax ID # ███████

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

| | | |
|---|---|---:|
| Balance forward as of invoice dated | August 19, 2004 | $2,415.80 |
| Payments received since last invoice | | 2,415.80 |
| | | --------------- |
| Accounts receivable balance carried forward | | $0.00 |

PROFESSIONAL SERVICES

| Date | | Description | Hours | | Amount |
|---|---|---|---|---|---:|
| 07/21/2004 | AG | Draft email to Steve Gyarmati of FFIC re | 0.40 | hrs. | 70.00 |
| 08/10/2004 | AG | Complete draft ███████ revise draft ███ | 5.50 | hrs. | 962.50 |
| 08/13/2004 | AG | Phone call to Steve Gyarmati - discuss status ████████ | 0.30 | hrs. | 52.50 |
| 08/13/2004 | AG | Draft proposed letter to Attorney Tim Cook (begin) | 0.80 | hrs. | 140.00 |
| 08/30/2004 | AG | Review email from Chris Strapp to Gyarmati regarding ████████ | 0.20 | hrs. | 35.00 |
| 09/16/2004 | AG | Email to Chris Strapp re ████████ | 0.20 | hrs. | 35.00 |
| 09/17/2004 | AG | Draft Email to Strapp recommending ████ | 0.40 | hrs. | 70.00 |
| 09/17/2004 | AG | Review Email from Chris Strapp re new | 0.10 | hrs. | 17.50 |

EXHIBIT  A
Page  5  of  43

| | | | | | |
|---|---|---|---|---|---|
| 09/17/2004 | AG | Phone call from Steve Gyarmati re ███████ | 0.30 | hrs. | 52.50 |
| 09/17/2004 | AG | Review ██████████████████████ | 0.40 | hrs. | 70.00 |
| 09/24/2004 | AG | Revise removal pleadings; ████████████ | 0.60 | hrs. | 105.00 |
| 09/24/2004 | AG | Review Email from Chris Strapp re ███████ | 0.30 | hrs. | 52.50 |
| 09/27/2004 | AG | Draft Notice of Removal from State Court to U.S. District Court; draft Affidavit of Client to support same; draft Written Consent to Removal; draft Rule 7.1 Disclosure Statmnet; draft Notice to State Court | 1.80 | hrs. | 315.00 |
| 09/27/2004 | AG | Revise removal papers to final form; serve and file same | 1.00 | hrs. | 175.00 |
| | | | | | $2,152.50 |

EXPENSES

| | | |
|---|---|---|
| 07/31/2004 | Copying charges from the law library for July - 30 @ .17 | 5.10 |
| 08/24/2004 | Cell phone calls for Andrew Guidi while out of town | 7.40 |
| 09/15/2004 | Long distance telephone call to Gyarmati - Aug 04 | 1.25 |
| 09/21/2004 | Motznik - computer time for public information research | 1.31 |
| 09/28/2004 | Filing fee paid to the U.S. District Court for Notice of Removal | 150.00 |
| | | $165.06 |

Billing Summary

| | | | | | |
|---|---|---|---|---|---|
| AG | Guidi, Andrew | | 12.30 | hrs | 175.00 /hr |

| | | | |
|---|---|---|---|
| Total professional services | 12.30 | hrs | $2,152.50 |
| Total expenses incurred | | | $165.06 |
| Total of new charges for this invoice | | | $2,317.56 |

Total balance now due                                    $2,317.56

EXHIBIT ___A___
Page ___7___ of __43__

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK  99501

May 11, 2005

Our file#    33460    00002
Invoice#    11950    AG

(IFG)International Financial Group Companies
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Billing through:    04/30/2005

Tax ID # ▮▮▮▮▮▮

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

| | |
|---|---|
| Total fees for this matter | $9,730.00 |
| Total disbursements for this matter | $7.00 |
| Total charges for this matter | $9,737.00 |
| | |
| Past due balance | $0.00 |
| **Total balance now due** | **$9,737.00** |

EXHIBIT ___A___
Page ___8___ of ___43___

**DELANEY WILES**

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

May 11, 2005

Our file# 33460     00002
Invoice# 11950     AG

(IFG)International Financial Group Companies          Billing through:          04/30/2005
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Tax ID #:

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

| | | |
|---|---|---:|
| Balance forward as of invoice dated | October 13, 2004 | $2,317.56 |
| Payments received since last invoice | | 2,317.56 |
| | | ---------------- |
| Accounts receivable balance carried forward | | $0.00 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---:|---|---:|
| 10/04/2004 | AG | Review signed Consent and Affidavit to support removal; file same with the Notice of Filing Original Signed Documents | 0.30 | hrs | 52.50 |
| 10/05/2004 | AG | Phone call from Tim Cook regarding case background and coverage issue | 0.50 | hrs | 87.50 |
| 10/05/2004 | AG | Draft e-mail to Chris Strapp and Gyarmati re: | 0.20 | hrs | 35.00 |
| 10/05/2004 | AG | Phone call from Chris Strapp re: | 0.20 | hrs | 35.00 |
| 10/05/2004 | AG | Review e-mail from Steve Gyarmati re: | 0.10 | hrs | 17.50 |
| 10/05/2004 | AG | Review | 0.80 | hrs | 140.00 |
| 10/11/2004 | AG | Begin drafting Answer to complaint | 1.00 | hrs | 175.00 |
| 10/14/2004 | AG | Review letter | 0.10 | hrs | 17.50 |

EXHIBIT        A
Page    9    of  43

| Date | | Description | Hours | | Amount |
|------|---|-------------|-------|---|--------|
| 10/21/2004 | AG | Phone call to Tim Cook re ███████ | 0.30 | hrs | 52.50 |
| 11/02/2004 | AG | Review email from Steve Gyarmati | 0.40 | hrs | 70.00 |
| 11/02/2004 | AG | Phone call to Gyarmati to discuss ███ | 0.30 | hrs | 52.50 |
| 11/03/2004 | AG | Review court's Order re moving deadline for FFIC's answer to 11/22/04. | 0.10 | hrs | 17.50 |
| 11/12/2004 | AG | Revise draft Rule 26(a)(1) Initial Disclosures; review Claim File ████ | 1.10 | hrs | 192.50 |
| 11/23/2004 | AG | Phone call with plaintiff's counsel ████ | 0.30 | hrs | 52.50 |
| 11/23/2004 | AG | Draft Notice to Court regarding Extension of Time for Answer | 0.20 | hrs | 35.00 |
| 11/23/2004 | AG | Begin drafting Answer to Complaint - paragraphs 1-44 | 3.40 | hrs | 595.00 |
| 11/23/2004 | AG | Phone call with Tim Cook re holding Status Conference, ████ | 0.30 | hrs | 52.50 |
| 11/24/2004 | AG | Complete draft answer and add affirmative defenses; revise same to final form; serve same | 2.30 | hrs | 402.50 |
| 11/24/2004 | AG | Review e-mail from Debbie Matava ████ draft and send same | 0.50 | hrs | 87.50 |
| 11/29/2004 | AG | Review confirmation from Matava of receipt of status report | 0.10 | hrs | 17.50 |
| 12/01/2004 | AG | Review email from Steve Gyarmati inquiring re status; draft email response re planned meeting ████ review replies from | 0.70 | hrs | 122.50 |
| 12/07/2004 | AG | Receive order from court requiring status report and planning meeting of counsel | 0.20 | hrs | 35.00 |
| 01/03/2005 | AG | Phone call to Time cook re planning meeting scheduling; draft status report to court re same | 0.50 | hrs | 87.50 |
| 01/07/2005 | AG | Phone call with Tim Cook to discuss and draft Pretrial Planning and Scheduling Report to Court | 0.80 | hrs | 140.00 |
| 01/07/2005 | AG | Draft Planning Report and send to Tim Cook with letter | 0.50 | hrs | 87.50 |
| 01/11/2005 | AG | Review courts order regarding status report | 0.10 | hrs | 17.50 |
| 01/24/2005 | AG | Review court's scheduling and planning | 0.20 | hrs | 35.00 |

order

| Date | | Description | Hours | | Amount |
|------|------|-------------|-------|------|--------|
| 02/01/2005 | AG | Review Scheduling and Planning Order issued by court | 0.20 | hrs | 35.00 |
| 02/07/2005 | AG | Review and analyze $800,000 demand from Tim Cook; ▮▮▮▮ | 1.30 | hrs | 227.50 |
| 02/08/2005 | AG | Begin reviewing Plaintiff's Initial Disclosures | 0.70 | hrs | 122.50 |
| 02/09/2005 | AG | Review Part I of Initial Disclosures (up to p. 99); ▮▮▮▮ | 3.00 | hrs | 525.00 |
| 02/10/2005 | AG | Review email from Chris Strapp and reply re ▮▮▮▮ | 0.50 | hrs | 87.50 |
| 02/11/2005 | AG | Continue review of Plaintiff's Intial Disclosures (part 2) | 1.20 | hrs | 210.00 |
| 02/15/2005 | AG | Review and analyze Initial Disclosure from Plaintiff and draft memo with notes re ▮▮▮▮ | 2.10 | hrs | 367.50 |
| 02/17/2005 | AG | Review email from Chris Strapp re ▮▮▮▮ ▮▮▮▮ reply re same and ▮▮▮▮ review email from C. Strapp re conferencing on 2/21 | 0.50 | hrs | 87.50 |
| 02/23/2005 | AG | Return phone call to Chris Strapp ▮▮▮▮ | 0.10 | hrs | 17.50 |
| 02/24/2005 | AG | Phone call from Chris Strapp re ▮▮▮▮ | 0.40 | hrs | 70.00 |
| 03/08/2005 | AG | Phone call to Tim Cook re ▮▮▮▮ | 0.30 | hrs | 52.50 |
| 03/08/2005 | AG | Draft e-mail to Chris Strapp re ▮▮▮▮ | 0.50 | hrs | 87.50 |
| 03/08/2005 | AG | Legal research re ▮▮▮▮ | 4.20 | hrs | 735.00 |
| 03/09/2005 | AG | Review e-mail from Chris Strapp ▮▮▮▮ | 0.10 | hrs | 17.50 |
| 04/07/2005 | AG | Legal research re ▮▮▮▮ | 0.70 | hrs | 122.50 |
| 04/08/2005 | AG | Legal research ▮▮▮▮ | 3.80 | hrs | 665.00 |
| 04/11/2005 | AG | Legal research and analysis of cases involving ▮▮▮▮ | 4.40 | hrs | 770.00 |
| 04/11/2005 | AG | Legal research and analysis of ▮▮▮▮ re ▮▮▮▮ | 3.80 | hrs | 665.00 |

EXHIBIT___A___
Page __11__ of _43_

| 04/12/2005 | AG | Begin drafting ████████████████ re █ | 4.30 | hrs | 752.50 |
| 04/12/2005 | AG | Continue drafting and revising ████████ | 2.90 | hrs | 507.50 |
| 04/13/2005 | AG | Review and analyze settlement demand letter from Cook; ████████ | 0.50 | hrs | 87.50 |
| 04/13/2005 | AG | Revise ████████████████ Chris Strapp █ | 2.10 | hrs | 367.50 |
| 04/20/2005 | AG | Review email from Strapp re ████████ | 0.50 | hrs | 87.50 |
| 04/26/2005 | AG | Return telephone call to Chris Strapp regarding ████████ | 0.30 | hrs | 52.50 |
| 04/30/2005 | AG | Review voice mail from Tim Cook re: ████ | 0.10 | hrs | 17.50 |
| 04/30/2005 | AG | Draft reply to Tim Cook's April 12 demand letter, ████████ | 1.60 | hrs | 280.00 |

$9,730.00

EXPENSES
12/06/2004    Copying charges paid to the U.S. District Court for Answer                              7.00

$7.00

Billing Summary

| AG | Guidi, Andrew | 55.60 | hrs | 175.00 | /hr |

| Total professional services | 55.60 | hrs | $9,730.00 |



EXHIBIT       A
Page   12  of  43

# DELANEY WILES
Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK  99501

August 23, 2005

| | | |
|---|---|---|
| Our file# | 33460 | 00002 |
| Invoice# | 12401 | AG |

(IFG)International Financial Group Companies          Billing through:     07/31/2005
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT  06103

Tax ID #

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington
Insurance

| | |
|---|---|
| Total fees for this matter | $10,150.00 |
| Total disbursements for this matter | $520.56 |
| Total charges for this matter | **$10,670.56** |
| Past due balance | $0.00 |
| **Total balance now due** | **$10,670.56** |

EXHIBIT  A
Page 13 of 43

## DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 23, 2005

Our file# 33460    00002
Invoice# 12401    AG

(IFG)International Financial Group Companies          Billing through:          07/31/2005
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Tax ID # 92 0037095

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

| | | |
|---|---|---|
| Balance forward as of invoice dated | May 11, 2005 | $9,737.00 |
| Payments received since last invoice | | 9,737.00 |
| Accounts receivable balance carried forward | | $0.00 |

PROFESSIONAL SERVICES

| Date | | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 05/03/2005 | AG | Review Motion to Amend Complaint and Remand case; phone call with Chris Strapp | 0.60 | hrs | 105.00 |
| 05/03/2005 | AG | Analyze motion to amend / remand and send email to Chris Strapp re | 0.60 | hrs | 105.00 |
| 05/03/2005 | AG | Review email from Strapp re | 0.10 | hrs | 17.50 |
| 05/04/2005 | AG | Review email from Strapp re phone call to Cook - leave message | 0.30 | hrs | 52.50 |
| 05/05/2005 | AG | Review email from Chris Strapp; second phone call to Cook - leave message re need for extension of time. | 0.30 | hrs | 52.50 |
| 05/05/2005 | EAR | Review Lutz's motion to remand and authority cited in his motion; begin drafting opposition to motion to remand | 1.60 | hrs | 240.00 |



EXHIBIT A
Page 14 of 43

| 05/05/2005 | EAR | Begin reviewing ███████ for cases ████ | 1.70 hrs | 255.00 |
| 05/05/2005 | EAR | Research federal law ████████ | 1.80 hrs | 270.00 |
| 05/05/2005 | EAR | Draft section of opposition to motion to remand focusing ████ | 1.50 hrs | 225.00 |
| 05/05/2005 | EAR | Research: ████████ | 2.70 hrs | 405.00 |
| 05/06/2005 | AG | Review suggested modifications from Chris Strapp re ██████ | 0.20 hrs | 35.00 |
| 05/06/2005 | AG | Draft and revise Preliminary Witness List to final form | 1.30 hrs | 227.50 |
| 05/06/2005 | AG | Confer with ████ | 0.30 hrs | 52.50 |
| 05/09/2005 | EAR | Research: ████████ | 3.10 hrs | 465.00 |
| 05/09/2005 | EAR | Research ████████ | 1.10 hrs | 165.00 |
| 05/09/2005 | EAR | Draft section of opposition to motion to remand addressing ████ | 0.50 hrs | 75.00 |
| 05/09/2005 | EAR | Continue research of federal law ████ | 0.70 hrs | 105.00 |



EXHIBIT  A
Page 15 of 43

| | | | | | |
|---|---|---|---|---|---|
| 05/09/2005 | EAR | Revise section of opposition to remand incorporating research ███████████████ | 0.30 | hrs | 45.00 |
| 05/10/2005 | AG | Draft Stipulation and Order for Extension of Time (defendant to file Opposition to plainiff's motion to accept amended complaint and remand by May 20) | 0.30 | hrs | 52.50 |
| 05/10/2005 | AG | Draft cover letter to Tim Cook confirming agreement and enclosing stipulation for signature | 0.30 | hrs | 52.50 |
| 05/10/2005 | EAR | Begin drafting section of opposition to motion to remand focusing on ████████████████ | 1.10 | hrs | 165.00 |
| 05/10/2005 | EAR | Draft █████████████████ of opposition to motion to remand | 2.20 | hrs | 330.00 |
| 05/10/2005 | EAR | Revise ████████████ opposition to motion to remand ████████ | 0.80 | hrs | 120.00 |
| 05/10/2005 | EAR | Research ████████████████ | 0.90 | hrs | 135.00 |
| 05/11/2005 | AG | Revise draft Opposition to Motion to Amend and Remand | 1.10 | hrs | 192.50 |
| 05/11/2005 | EAR | Continue research regarding ████████████ | 1.20 | hrs | 180.00 |
| 05/11/2005 | EAR | Draft section of opposition to motion to remand ████████████████ | 0.70 | hrs | 105.00 |
| 05/11/2005 | EAR | Research law regarding reasons ████████████ | 0.80 | hrs | 120.00 |
| 05/11/2005 | EAR | Draft section of opposition to motion to remand focusing on argument why ████████ | 0.70 | hrs | 105.00 |
| 05/11/2005 | EAR | Review entire opposition, compile exhibits, check factual citations, cite check and analyze correctness of legal authority supporting | 1.40 | hrs | 210.00 |

EXHIBIT ___A___
Page __16__ of __43__

| | | | | |
|---|---|---|---|---|
| | | motion | | |
| 05/11/2005 | EAR | ████████████████revise arguments and finalize opposition to motion to remand | 2.70 hrs | 405.00 |
| 05/12/2005 | AG | Review Cook's signature to stipulation to extend time; prepare Notice of Extension of Time and separate Order | 0.40 hrs | 70.00 |
| 05/12/2005 | AG | Review and analyze arguments in Opposition to Motion to Amend and Remand | 0.50 hrs | 87.50 |
| 05/12/2005 | AG | Review fax from Cook with signature on Stipulation to extend time | 0.10 hrs | 17.50 |
| 05/12/2005 | EAR | ██████████████████████████ ████████ made in opposition to motion to remand | 0.50 hrs | 75.00 |
| 05/12/2005 | EAR | Revise opposition to motion to amend and remand | 0.60 hrs | 90.00 |
| 05/13/2005 | AG | Review and analyze second draft of Opposition to Motion to Remand; legal research re ████████████████████████ ███████████████████ | 2.90 hrs | 507.50 |
| 05/16/2005 | AG | Review plaintiff's Preliminary Witness List | 0.20 hrs | 35.00 |
| 05/18/2005 | AG | Review email from Chris Strapp and reply███ | 0.20 hrs | 35.00 |
| 05/18/2005 | AG | Phone call to Tim Cook re obtaining one day extension for Opposition to motion to remand | 0.20 hrs | 35.00 |
| 05/18/2005 | AG | Review court's Order extending time to oppose motion for remand | 0.10 hrs | 17.50 |
| 05/19/2005 | AG | Review draft Opposition to motion to remand and Alaska cases re ██████████████ ██████████████████████ | 0.20 hrs | 35.00 |
| 05/19/2005 | AG | Long distance phone call with Chris Strapp ██████████████re plaintiff's motion | 0.50 hrs | 87.50 |
| 05/19/2005 | AG | Evaluate ████████████████████████████ ██████████████████ email to Chris Strapp re same and re plan█████ | 0.50 hrs | 87.50 |
| 05/19/2005 | EAR | Research Alaska law regarding██████ ███████████████████████████ | 0.70 hrs | 105.00 |
| 05/19/2005 | EAR | Review file to ████████████████████ ███████████████████████████ ███████████████████████ | 0.90 hrs | 135.00 |

EXHIBIT    A

Page  17  of  43

Page    5

| Date | Initials | Description | Hours | | Amount |
|------|----------|-------------|-------|---|--------|
| 05/19/2005 | EAR | Telephone Mr. Strapp regarding draft opposition to motion to remand; discuss ████ | 0.50 | hrs | 75.00 |
| 05/27/2005 | AG | Review court's Order extending time for briefs on remand motion | 0.10 | hrs | 17.50 |
| 06/07/2005 | AG | Review plaintiff's Reply to opposition to motion to amend and remand | 0.50 | hrs | 87.50 |
| 06/10/2005 | AG | Draft email to Chris Strapp re ████ | 0.30 | hrs | 52.50 |
| 06/13/2005 | EAR | Begin reviewing documents submitted in Plaintiff's initial disclosures; begin drafting | 3.80 | hrs | 570.00 |
| 06/14/2005 | EAR | Finish reviewing and compiling summary of information and documents ████ | 3.90 | hrs | 585.00 |
| 06/14/2005 | EAR | Review, compile and summarize ████ | 3.80 | hrs | 570.00 |
| 06/15/2005 | EAR | Finish reviewing and summarizing documents in case; revise and finalize ████ | 3.10 | hrs | 465.00 |
| 06/28/2005 | AG | Review and analyze court's Order denying motion to amend and remand | 0.30 | hrs | 52.50 |
| 06/28/2005 | AG | Draft email to Chris Strapp re ████ | 0.40 | hrs | 70.00 |
| 06/28/2005 | AG | Review email from ████ | 0.20 | hrs | 35.00 |
| 06/28/2005 | EAR | Review Judge Singleton's order denying plaintiff's motion to remand; ████ | 0.30 | hrs | 45.00 |
| 06/30/2005 | AG | Phone call from Chris Strapp re ████ | 0.40 | hrs | 70.00 |
| 06/30/2005 | AG | Draft Memo to ████ | 0.50 | hrs | 87.50 |
| 07/07/2005 | AG | Review and revise draft ████ | 1.10 | hrs | 192.50 |
| 07/08/2005 | AG | Request ████ | 0.20 | hrs | 35.00 |
| 07/08/2005 | EAR | In preparation for potentially drafting motion for summary judgment, ████ | 0.40 | hrs | 60.00 |

Page    6

| | | | | | |
|---|---|---|---|---|---|
| 07/12/2005 | EAR | Review ██████████████ | 0.80 | hrs | 120.00 |
| 07/12/2005 | EAR | Review ███████ | 1.10 | hrs | 165.00 |
| 07/13/2005 | EAR | Continue reviewing ███████ | 1.40 | hrs | 210.00 |
| 07/18/2005 | AG | Draft email to Chris Strapp re ███████ | 0.20 | hrs | 35.00 |
| 07/18/2005 | EAR | Revise statement of facts in support of motion for summary judgment; ███████ | 0.40 | hrs | 60.00 |

$10,150.00

EXPENSES

| | | |
|---|---|---|
| 04/08/2005 | Westlaw - computer time for legal research by AG | 54.82 |
| 04/09/2005 | Westlaw - computer time for legal research by AG | 7.42 |
| 04/11/2005 | Westlaw - computer time for legal research by AG | 2.86 |
| 04/12/2005 | Westlaw - computer time for legal research by AG | 27.41 |
| 05/05/2005 | Westlaw - computer time for legal research by EAR | 149.65 |
| 05/09/2005 | Westlaw - computer time for legal research by EAR | 126.21 |
| 05/10/2005 | Westlaw - computer time for legal research by EAR | 32.45 |
| 05/11/2005 | Westlaw - computer time for legal research by EAR | 65.51 |
| 05/19/2005 | Westlaw - computer time for legal research by EAR | 7.81 |
| 07/12/2005 | Check paid to R & R Court Reporters for Statement on the Record - Eric Lutz | 25.00 |
| 07/31/2005 | Copying charges from the law library for July - 126 @ .17 | 21.42 |

$520.56

Billing Summary

| | | | |
|---|---|---|---|
| AG | Guidi, Andrew | 15.40 hrs | 175.00 /hr |
| EAR | Ringsmuth, Eric A. | 49.70 hrs | 150.00 /hr |

| | | |
|---|---|---|
| Total professional services | 65.10 hrs | $10,150.00 |
| Total expenses incurred | | $520.56 |
| Total of new charges for this invoice | | $10,670.56 |
| **Total balance now due** | | **$10,670.56** |



EXHIBIT A
Page 15 of 43

# DELANEY WILES
Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501


November 3, 2005

Our file#    33460    00002
Invoice#    12770    AG


(IFG)International Financial Group Companies          Billing through:    10/31/2005
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Tax ID # ████████

---

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington
Insurance

| | |
|---|---|
| Total fees for this matter | $10,320.00 |
| Total disbursements for this matter | $235.83 |
| Total charges for this matter | **$10,555.83** |
| Past due balance | $10,670.56 |
| **Total balance now due** | **$21,226.39** |

EXHIBIT __A__
Page _20_ of _43_

**DELANEY WILES**

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

November 3, 2005

Our file# 33460   00002
Invoice# 12770   AG

(IFG)International Financial Group Companies
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Billing through:   10/31/2005

Tax ID # ███████████

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

| | | |
|---|---|---|
| Balance forward as of invoice dated   August 23, 2005 | $10,670.56 | |
| Payments received since last invoice | 0.00 | |
| Accounts receivable balance carried forward | $10,670.56 | |

PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/2005 | AG | Preliminary review of plaintiff's First Set of Discovery Requests | 0.40 hrs | 70.00 |
| 08/08/2005 | AG | Draft letter to Chris Strapp re: ███████ | 0.30 hrs | 52.50 |
| 08/12/2005 | AG | Phone call from ███████ | 0.70 hrs | 122.50 |
| 08/19/2005 | AG | Conference with ███████ | 0.50 hrs | 87.50 |
| 08/19/2005 | AG | Review email from Strapp regarding status of MSJ and plaintiff's discovery requests; send reply | 0.30 hrs | 52.50 |
| 08/19/2005 | EAR | Begin reviewing plaintiff's requests for admissions | 0.00 hrs | N/C |
| 08/22/2005 | AG | Review documents produced by plaintiff ███████ | 0.50 hrs | 87.50 |
| 08/22/2005 | EAR | In preparation for drafting motion for summary | 1.30 hrs | 195.00 |

EXHIBIT ___A___
Page ___21___ of ___43___

| | | | | |
|---|---|---|---|---|
| | | judgment, research ███████████████████ ████████ exclusion | | |
| 08/22/2005 | EAR | In preparation for drafting motion for summary judgment, research ████████████████ ████████████████████ ex | 2.80  hrs | 420.00 |
| 08/22/2005 | EAR | Begin drafting argument section of motion for summary judgment on ████████████ | 0.00  hrs | N/C |
| 08/22/2005 | EAR | Compile exhibits to support motion for summary judgment | 0.90  hrs | 135.00 |
| 08/22/2005 | EAR | Draft argument section of motion for summary judgment explaining why plaintiff's claims ██████████████████████████ | 0.00  hrs | N/C |
| 08/22/2005 | EAR | Draft argument section of motion for summary judgment addressing reasons how ██████ | 0.00  hrs | N/C |
| 08/23/2005 | EAR | Draft argument section of motion for summary judgment addressing reasons why ███████████████████ | 0.00  hrs | N/C |
| 08/23/2005 | EAR | ██████ first draft of motion for summary judgment; compile all exhibits; ██████ legal ████ | 0.00  hrs | N/C |
| 08/24/2005 | AG | Review and revise draft memorandum in support of motion for summary judgment ████████████████████████ | 1.80  hrs | 315.00 |
| 08/25/2005 | AG | Draft letter to Tim Cook regarding request for extension of time on Plaintiff's Request for Admissions and Combined Discovery Requests | 0.20  hrs | 35.00 |
| 08/25/2005 | AG | Review email and voice mail from Strapp██ | 0.20  hrs | 35.00 |
| 08/26/2005 | AG | Draft Stipulation and Order for Extension of Time re Plaintiff's First Request for Admissions and Combined Discovery Requests | 0.30  hrs | 52.50 |
| 09/06/2005 | AG | ████████████████████████████ | 0.70  hrs | 122.50 |

| | | | | | |
|---|---|---|---|---|---|
| 09/06/2005 | AG | Review email from Chris Strapp inquiring re ████████; draft reply re same and summarizing contact ██████ | 0.50 | hrs | 87.50 |
| 09/06/2005 | AG | Review court's Order extending time to 9/29 for discovery responses | 0.10 | hrs | 17.50 |
| 09/07/2005 | AG | Telephone call from Chris Strapp re ████████████████████████████████ | 0.50 | hrs | 87.50 |
| 09/08/2005 | EAR | Telephone ██████████████████████ | 0.10 | hrs | 15.00 |
| 09/08/2005 | EAR | Telephone ██████████████████████ | 0.50 | hrs | 75.00 |
| 09/13/2005 | AG | Meet with ████████████████████████ | 1.90 | hrs | 332.50 |
| 09/13/2005 | AG | Telephone call to Tim Cook - leave message re extending pre-trial deadlines | 0.10 | hrs | 17.50 |
| 09/13/2005 | AG | Draft Joint Motion to Extend Pre-trial Deadlines | 0.40 | hrs | 70.00 |
| 09/13/2005 | EAR | Meet with ████████ review discovery file | 1.50 | hrs | 225.00 |
| 09/14/2005 | AG | Telephone call with Tim Cook re extending PTO deadlines by 90 days, dispositive motions, and settlement | 0.50 | hrs | 87.50 |
| 09/14/2005 | AG | Draft Joint Motion to Extend Discovery and other pre-trial deadlines | 0.90 | hrs | 157.50 |
| 09/14/2005 | AG | Draft letter to Cook regarding joint motion to extend pre-trial order deadlines | 0.30 | hrs | 52.50 |
| 09/14/2005 | EAR | Draft ██████████████ | 0.80 | hrs | 120.00 |
| 09/14/2005 | EAR | In preparation for making additional arguments in summary judgment motion, ████████████████████████ | 0.00 | hrs | N/C |
| 09/15/2005 | AG | Review Fax from Cook approving joint motion; telephone call to Cook re same | 0.20 | hrs | 35.00 |
| 09/15/2005 | AG | Revise ██████████ | 0.40 | hrs | 70.00 |

EXHIBIT  A

Page  23  of  43

Page    4

| | | | | |
|---|---|---|---|---|
| 09/15/2005 | EAR | In preparation for making additional arguments in motion for summary judgment, review case law ████████████████ | 0.40 hrs | 60.00 |
| 09/21/2005 | EAR | Review revised ████████ draft email to ██████████ | 0.30 hrs | 45.00 |
| 09/23/2005 | EAR | ████████████████████████████ | 1.20 hrs | 180.00 |
| 09/27/2005 | AG | Review court's Order extending pretrial deadlines | 0.10 hrs | 17.50 |
| 09/28/2005 | AG | Draft motion for additional time to answer plaintiff's discovery requests; draft affidavit in support of same; draft letter to Tim Cook seeking non-opposition to motion | 1.00 hrs | 175.00 |
| 09/28/2005 | AG | Draft letter to ████████████ | 0.30 hrs | 52.50 |
| 09/28/2005 | AG | Draft objections to plaintiff's discovery requests; begin drafting responses to plaintiff's first set of discovery requests | 2.10 hrs | 367.50 |
| 09/29/2005 | AG | Revise draft motion for additional time to final form; serve and file same | 0.30 hrs | 52.50 |
| 09/29/2005 | AG | Continue drafting responses to plaintiff's requests for admissions | 2.40 hrs | 420.00 |
| 09/29/2005 | AG | Review draft motion for summary judgment and necessary revisions ████████ | 0.30 hrs | 52.50 |
| 09/29/2005 | AG | Begin drafting interrogatories and requests for production to plaintiff | 0.30 hrs | 52.50 |
| 09/29/2005 | EAR | Revise motion for summary judgment by making additional arguments in light of ████████████████ | 0.00 hrs | N/C |
| 09/30/2005 | AG | Continue drafting responses to requests for admission | 1.50 hrs | 262.50 |
| 09/30/2005 | EAR | Make revisions to argument section of motion for summary judgment ██████████████ | 0.00 hrs | N/C |
| 09/30/2005 | EAR | Draft ████████████████████ | 0.00 hrs | N/C |
| 10/03/2005 | AG | Review revised draft of memorandum in support of motion for summary | 0.80 hrs | 140.00 |
| 10/03/2005 | AG | Draft email to Chris Strapp re status: ██████ | 0.60 hrs | 105.00 |

EXHIBIT A
Page 24 of 43

| | | | | | |
|---|---|---|---|---|---|
| 10/03/2005 | AG | Continue drafting Responses to plaintiff's requests for admission | 0.60 | hrs | 105.00 |
| 10/03/2005 | EAR | Revise motion for summary judgment ████████ | 0.00 | hrs | N/C |
| 10/04/2005 | AG | Review e-mail from Chris Strapp regarding ████████ | 0.10 | hrs | 17.50 |
| 10/04/2005 | AG | Review and analyze ████████ | 0.90 | hrs | 157.50 |
| 10/04/2005 | AG | Review revised draft memorandum in support of motion for summary judgment; draft e-mail transmittal to Chris Strapp | 0.50 | hrs | 87.50 |
| 10/04/2005 | AG | Return call and leave voice mail for Chris Strapp | 0.10 | hrs | 17.50 |
| 10/04/2005 | AG | Attempt to contact ████████ | 0.10 | hrs | 17.50 |
| 10/04/2005 | AG | E-mail to Strapp regarding filing motion this week ████████ responding to request for production | 0.20 | hrs | 35.00 |
| 10/06/2005 | AG | Continue drafting responses to requests for Admissions | 1.50 | hrs | 262.50 |
| 10/07/2005 | AG | Continue drafting responses to requests for admissions | 2.40 | hrs | 420.00 |
| 10/07/2005 | AG | Review phone message from C. Strapp re motion for summary judgment | 0.10 | hrs | 17.50 |
| 10/07/2005 | EAR | ████████ | 0.00 | hrs | N/C |
| 10/08/2005 | AG | Continue drafting and revising responses to plaintiff's requests for admissions | 3.10 | hrs | 542.50 |
| 10/10/2005 | AG | Complete drafting responses to requests for admissions and requests for production | 4.30 | hrs | 752.50 |
| 10/11/2005 | AG | Review e-mail from Chris Strapp regarding holding teleconference at 4 p.m.; reply to same | 0.10 | hrs | 17.50 |
| 10/11/2005 | AG | Telephone call from Strapp regarding draft discovery responses | 0.10 | hrs | 17.50 |
| 10/11/2005 | AG | Telephone call with Chris Strapp regarding ████████ | 1.30 | hrs | 227.50 |

Page      6

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 10/11/2005 | AG | Revise draft responses to plaintiff's discovery requests | 2.60 hrs | 455.00 |
| 10/11/2005 | AG | Draft supplemental disclosure regarding new certified copy of policy | 0.30 hrs | 52.50 |
| 10/12/2005 | AG | Return telephone call | 0.10 hrs | 17.50 |
| 10/12/2005 | AG | Telephone call from | 0.60 hrs | 105.00 |
| 10/12/2005 | AG | Draft e-mail to Chris Strapp regarding | 0.20 hrs | 35.00 |
| 10/13/2005 | AG | Phone call from Jon Adams regarding | 0.50 hrs | 87.50 |
| 10/13/2005 | AG | Revise draft responses to plaintiff's discovery requests to final form; check all responses | 2.50 hrs | 437.50 |
| 10/13/2005 | AG | Draft supplemental disclosure of new certified copy of FFIC policy | 0.30 hrs | 52.50 |
| 10/19/2005 | AG | Return telephone call to Jon Adams 925-974-5138 regarding | 0.20 hrs | 35.00 |
| 10/20/2005 | AG | Review e-mail from Jon Adams requesting | 0.40 hrs | 70.00 |
| 10/20/2005 | AG | Review e-mail from Jon Adams with suggested additional points | 0.30 hrs | 52.50 |
| 10/20/2005 | AG | Long distance telephone call; draft notes regarding same and e-mail to Jon Adams regarding discussion | 1.00 hrs | 175.00 |
| 10/20/2005 | EAR | Review and compile | 0.20 hrs | 30.00 |
| 10/24/2005 | AG | Revise | 1.20 hrs | 210.00 |
| 10/25/2005 | AG | Review e-mails from Jon Adams and C. Strapp regarding motion for summary judgment | 0.10 hrs | 17.50 |
| 10/26/2005 | AG | Review e-mails from C.E. Strapp re reply to same | 0.20 hrs | 35.00 |
| 10/26/2005 | AG | Review emails from Jon Adams re and reply with same | 0.20 hrs | 35.00 |
| 10/28/2005 | AG | Return call to Jon Adams re particulars of motion for summary judgment and exhibits thereto | 0.50 hrs | 87.50 |
| 10/28/2005 | AG | Long distance telephone | 0.40 hrs | 70.00 |

Page      7

| | | | | |
|---|---|---|---|---|
| 10/28/2005 | AG | E-mail to CE Strapp re ▮▮▮▮ | 0.10 hrs | 17.50 |
| 10/28/2005 | AG | Preliminary review of draft motion for summary judgment | 0.20 hrs | 35.00 |
| 10/31/2005 | AG | Review e-mail from ▮▮▮▮ | 0.50 hrs | 87.50 |
| 10/31/2005 | AG | Review e-mail from Jon Adams with ▮▮▮s | 0.30 hrs | 52.50 |
| 10/31/2005 | AG | Review draft motion for summary judgment and proposed exhibits; review proposed exhibits; review proposed affidavit of counsel | 0.90 hrs | 157.50 |

$10,320.00

EXPENSES

| | | |
|---|---|---|
| 08/22/2005 | Westlaw - computer time for legal research by EAR | 155.54 |
| 08/24/2005 | Westlaw - computer time for legal research by EAR | 16.95 |
| 09/06/2005 | Long distance telephone call to 907-822-3471 | 4.95 |
| 09/14/2005 | Westlaw - computer time for legal research by EAR | 29.33 |
| 09/15/2005 | Westlaw - computer time for legal research by EAR | 8.56 |
| 10/24/2005 | Meal for Andrew Guidi ▮▮▮▮ | 20.50 |

$235.83

Billing Summary

| | | | | |
|---|---|---|---|---|
| AG | Guidi, Andrew | 50.40 hrs | 175.00 /hr |
| EAR | Ringsmuth, Eric A. | 10.00 hrs | 150.00 /hr |

| | | |
|---|---|---|
| Total professional services | 60.40 hrs | $10,320.00 |
| Total expenses incurred | | $235.83 |
| Total of new charges for this invoice | | $10,555.83 |
| Plus net balance forward | | $10,670.56 |
| **Total balance now due** | | **$21,226.39** |

EXHIBIT    A
Page  27  of  43

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

March 1, 2006

Our file#    33460    00002
Invoice#    13225    AG

(IFG)International Financial Group Companies          Billing through:    02/28/2006
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Tax ID # ██████████

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington
Insurance

| | |
|---|---|
| Total fees for this matter | $12,430.00 |
| Total disbursements for this matter | $799.02 |
| Total charges for this matter | **$13,229.02** |
| Past due balance | $0.00 |
| **Total balance now due** | **$13,229.02** |

EXHIBIT ___A___
Page _28_ of _43_

**DELANEY WILES**

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

March 1, 2006

Our file# 33460     00002
Invoice# 13225     AG

(IFG)International Financial Group Companies          Billing through:        02/28/2006
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Tax ID # █████████

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

Balance forward as of invoice dated     November 3, 2005        $21,226.39
Payments received since last invoice                            21,226.39

Accounts receivable balance carried forward                        $0.00

PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 11/01/2005 | AG | Review all exhibits; revise ████████████ revise brief to ████████████ revise draft affidavit ████ draft title and opening of motion for summary judgment | 2.90 hrs | 507.50 |
| 11/01/2005 | AG | Draft e-mail to Jon Adams regarding ███████ Motion for Summary Judgment and exhibits and ████████████ | 0.80 hrs | 140.00 |
| 11/02/2005 | AG | Telephone calls with Jon Adams regarding ████████████ additional revisions ████████████ serve and file same | 1.30 hrs | 227.50 |
| 11/04/2005 | AG | Telephone call from Tim Cook requesting 56 (f) extension for discovery to oppose summary judgment motion | 0.30 hrs | 52.50 |
| 11/04/2005 | AG | Draft e-mail to Jon Adams and CE Strapp re request for 56 (f) extension; review reply from | 0.40 hrs | 70.00 |

EXHIBIT   A
Page 29 of 43

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | Adams and reply | | |
| 11/04/2005 | AG | Telephone call from Jon Adams regarding 56 (f) proposal, ████████████ | 0.20 hrs | 35.00 |
| 11/04/2005 | AG | Review court's order extending time for responses to requests for admissions | 0.10 hrs | 17.50 |
| 11/14/2005 | AG | Telephone call from Tim Cook regarding moving for 56 (f) extension; cross-moving for Summary Judgment to estop coverage denial; conferring on discovery responses | 0.40 hrs | 70.00 |
| 11/16/2005 | AG | Telephone conference with Tim Cook to review requests for admissions and our objections to same | 1.20 hrs | 210.00 |
| 11/17/2005 | AG | Draft e-mail to Chris Strapp re teleconference with Tim Cook re Request for Admissions, ██████████ | 1.40 hrs | 245.00 |
| 11/18/2005 | AG | Review e-mail from Chris Strapp regarding specific discovery requested by Cook | 0.20 hrs | 35.00 |
| 11/18/2005 | AG | Review e-mail from Jon Adams regarding ████████████ review ████████; advise █████ and briefing deadlines | 0.50 hrs | 87.50 |
| 11/22/2005 | AG | Revise supplemental disclosure (claims manual) to final form; serve same | 0.30 hrs | 52.50 |
| 11/23/2005 | AG | Review and anlayze plaintiff's motion for Rule 56 (f) continuance; draft e-mail to Jon Adams and Chris Strapp re: same | 0.90 hrs | 157.50 |
| 11/23/2005 | AG | Telephone call from Jon Adams re ██████ | 0.20 hrs | 35.00 |
| 11/23/2005 | AG | Send e-mail to Chris Strapp and Jon Adams with copy of complete brief ██████████ | 0.20 hrs | 35.00 |
| 11/28/2005 | AG | Return long distance call to Chris Strapp - leave voice mail | 0.10 hrs | 17.50 |
| 11/28/2005 | AG | Telephone call from Jon Adams to discuss strategy ██████████ | 0.40 hrs | 70.00 |
| 11/28/2005 | AG | Follow-up telephone call from Adams regarding ██████████ | 0.20 hrs | 35.00 |
| 11/28/2005 | AG | Telephone conference with Chris Strapp; review draft supplemental responses to requests for admissions and plaintiff's 56 (f) motion | 0.30 hrs | 52.50 |
| 11/28/2005 | AG | Draft supplemental responses to plaintiff's first set of discovery requests; draft letter to Tim | 0.90 hrs | 157.50 |

EXHIBIT A
Page 30 of 43

| | | | | |
|---|---|---|---|---|
| | | Cook regarding same | | |
| 11/29/2005 | AG | Review e-mail from Jon Adams regarding ▓▓▓▓ | 0.20 hrs | 35.00 |
| 11/29/2005 | AG | Revise draft supplemental discovery responses to final form | 0.30 hrs | 52.50 |
| 11/30/2005 | AG | Review and analyze plaintiff's 56(f) motion and draft memorandum responding to assertions ▓▓▓▓▓▓ | 2.80 hrs | 490.00 |
| 12/01/2005 | AG | Review e-mails from  Jon Adams with draft opposition/reply brief (re 56(f) motion) | 0.60 hrs | 105.00 |
| 12/02/2005 | AG | Revise draft affidavit of counsel ▓▓▓; revise draft reply brief/opposition to 56 (f) to final form; check exhibits | 0.60 hrs | 105.00 |
| 12/02/2005 | AG | Telephone call with Jon Adams ▓▓▓▓ | 0.20 hrs | 35.00 |
| 12/02/2005 | AG | Telephone call to Tim Cook regarding whether he filed opposition to motion for summary judgment; telephone call to Adams ▓▓▓ | 0.30 hrs | 52.50 |
| 12/02/2005 | AG | Review e-mails from Adams regarding dates briefs due to plan timing of opposition to 56 (f) and reply for Summary Judgment; telephone call from Adams to coordinate same | 0.40 hrs | 70.00 |
| 12/05/2005 | AG | Preliminary review of plaintiff's opposition to motion for summary judgment and affidavits offered in support of opposition; draft e-mail to Jon Adams and Chris Strapp re same | 1.10 hrs | 192.50 |
| 12/05/2005 | AG | Telephone call with Jon Adams regarding plaintiff's opposition brief ▓▓▓ | 0.30 hrs | 52.50 |
| 12/07/2005 | AG | Review voice mail ▓▓▓▓ ▓▓▓▓▓ phone call with Tim Cook regarding same and ▓▓▓ | 0.40 hrs | 70.00 |
| 12/07/2005 | AG | Draft stipulation for extension of time on reply brief | 0.30 hrs | 52.50 |
| 12/07/2005 | AG | Phone call with Jon Adams regarding plaintiff's oppinion to Summary Judgment, estoppel cases, extension of time | 0.30 hrs | 52.50 |
| 12/09/2005 | AG | Review e-mail exchanges from Adams and Strapp ▓▓▓▓▓▓ | 0.70 hrs | 122.50 |
| 12/10/2005 | AG | Preliminary review of motion for summary | 0.70 hrs | 122.50 |

judgment by plaintiff ▮▮▮▮▮▮▮▮▮▮

| | | | | |
|---|---|---|---|---|
| 12/10/2005 | AG | Review and evaluate ▮▮▮▮▮▮ | 3.20 hrs | 560.00 |
| 12/10/2005 | AG | Draft letter to Tim Cook confirming discussion regarding need to extend pretrial deadlines; draft proposed status report to the Court regarding same; draft e-mail to Adams and Strapp requesting ▮▮▮▮▮▮ | 1.20 hrs | 210.00 |
| 12/12/2005 | AG | Review e-mails from Adams and Strapp regarding ▮▮▮▮▮▮ revise to final form | 0.20 hrs | 35.00 |
| 12/12/2005 | AG | Review e-mails from Strapp re: ▮▮▮▮▮▮ | 1.20 hrs | 210.00 |
| 12/13/2005 | AG | Review e-mails with Adams and Strapp regarding ▮▮▮▮▮▮ call with Strapp and Adams regarding ▮▮▮▮▮▮ draft e-mail regarding same | 1.10 hrs | 192.50 |
| 12/13/2005 | EAR | In preparation for drafting motion to ▮▮▮▮▮▮ conduct research to determine ▮▮▮▮▮▮ | 1.20 hrs | 180.00 |
| 12/14/2005 | EAR | In preparation for drafting motion to ▮▮▮▮▮▮ research grounds ▮▮▮▮▮▮ | 1.20 hrs | 180.00 |
| 12/14/2005 | EAR | Cite check the legal and factual assertions in the memorandum ▮▮▮▮▮▮ | 0.60 hrs | 90.00 |
| 12/14/2005 | EAR | Draft memorandum regarding ▮▮▮▮▮▮ | 1.50 hrs | 225.00 |
| 12/15/2005 | AG | Review e-mail from Chris Strapp ▮▮▮▮▮▮ | 0.10 hrs | 17.50 |
| 12/15/2005 | AG | Review voice mail from Jon Adams re ▮▮▮▮▮▮ | 0.80 hrs | 140.00 |

for reply brief on summary judgment
██████████████ review file for
correct document and transmit to Adams via
e-mail;

| 12/19/2005 | EAR | Review reply brief; make ███████ to reply brief; compile exhibits; draft ██ | 2.50 hrs | 375.00 |
| 12/20/2005 | AG | Review Court Order vacating pretrial deadlines; review Court Order extending time for opposition to plaintiff's motion for summary judgment re estoppel to January 13, 2006; e-mail same to Jon Adams | 0.40 hrs | 70.00 |
| 01/03/2006 | AG | Phone call with Jon Adams regarding ███████ | 0.90 hrs | 157.50 |
| 01/05/2006 | AG | Review e-mail from Chris Strapp regarding ██████review | 0.40 hrs | 70.00 |
| 01/09/2006 | AG | Return phone call from Jon Adams regarding plaintiff's motion for summary judgment | 0.80 hrs | 140.00 |
| 01/09/2006 | AG | Review draft opposition by FFIC to plaintiff's motion to amend | 0.30 hrs | 52.50 |
| 01/10/2006 | AG | Phone call from Jon Adams regarding strategy ███████ | 0.40 hrs | 70.00 |
| 01/11/2006 | AG | Review ███████ | 0.20 hrs | 35.00 |
| 01/12/2006 | AG | Review e-mail from Jon Adams and attached draft Opposition to Motion for Partial Summary Judgment██████ | 2.30 hrs | 402.50 |
| 01/13/2006 | AG | Long distance telephone call with Jon Adams re revisions to draft██████ | 0.30 hrs | 52.50 |
| 01/13/2006 | AG | Review and verify exhibits (received from Jon Adams) to support opposition to plaintiff's motion for summary judgment; draft index of exhibits; e-mail to Adams re ██████ | 0.80 hrs | 140.00 |
| 01/13/2006 | AG | Draft affidavit of counsel to support exhibits used to oppose plaintiff's motion for summary judgment | 1.00 hrs | 175.00 |
| 01/13/2006 | AG | Phone call from Jon Adams re ██████ | 0.30 hrs | 52.50 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | to brief in opposition to plaintiff's motion for summary judgment |  |  |
| 01/13/2006 | AG | Draft index to exhibits; revise draft memoorandum in support; | 1.30 hrs | 227.50 |
| 01/18/2006 | AG | Telephone call message from Tim Cook requesting extension of time for reply brief | 0.10 hrs | 17.50 |
| 01/19/2006 | AG | Receive telephone message from Tim Cook requesting extension of time and re taking depositions | 0.10 hrs | 17.50 |
| 01/23/2006 | AG | Review notice of reassignment of case to Judge Burgess; telephone call | 0.40 hrs | 70.00 |
| 01/24/2006 | AG | Return telephone call from Cook | 0.30 hrs | 52.50 |
| 01/24/2006 | AG | Send e-mail to Chris Strapp and Jon Adams regarding Cook's request | 0.50 hrs | 87.50 |
| 01/25/2006 | AG | Review e-mail and voice mail from John Adams re conference call today; review e-mail from same re draft letter to Cook responding to request for depositions | 0.20 hrs | 35.00 |
| 01/25/2006 | AG | Return telephone call to Jon Adams re | 0.50 hrs | 87.50 |
| 01/25/2006 | AG | Telephone call to court clerk re | 0.20 hrs | 35.00 |
| 01/26/2006 | AG | Review reply brief filed by Lutz in support of motion for summary judgment | 0.90 hrs | 157.50 |
| 01/26/2006 | AG | Teleconference with Chris Strapp and Jon Aams re | 0.40 hrs | 70.00 |
| 01/26/2006 | AG | Revise draft letter to Cook re | 0.30 hrs | 52.50 |
| 01/27/2006 | AG | Review electronic message from court re stipulation to extend time for reply by plaintiff | 0.10 hrs | 17.50 |
| 01/27/2006 | AG | Telephone call from Jon Adams re letter to Cook | 0.20 hrs | 35.00 |
| 01/30/2006 | AG | Telephone call to | 0.20 hrs | 35.00 |
| 02/01/2006 | EAR | Telephone | 0.20 hrs | 30.00 |

EXHIBIT A
Page 34 of 43



| | | | | |
|---|---|---|---|---|
| 02/02/2006 | AG | Telephone call ██████████ | 0.30 hrs | 52.50 |
| 02/02/2006 | AG | Return telephone call to Tim Cook regarding status of ████████ | 0.30 hrs | 52.50 |
| 02/02/2006 | AG | Telephone call to Laura Farley re ████████ | 0.50 hrs | 87.50 |
| 02/02/2006 | AG | Draft e-mail to Laura Farley ████████ | 0.20 hrs | 35.00 |
| 02/02/2006 | AG | Draaft e-mail to Chris Strapp and Jon Adams re ████ | 0.20 hrs | 35.00 |
| 02/02/2006 | AG | Review e-mail from Jon Adams with questions ████████ reply to same | 0.50 hrs | 87.50 |
| 02/06/2006 | AG | Review e-mail from Chris Strapp ████████ draft reply and send | 0.80 hrs | 140.00 |
| 02/06/2006 | EAR | Compile information for ████████ | 0.60 hrs | 90.00 |
| 02/09/2006 | AG | Telephone call from Jon Adams re plaintiff's motion to compel; review motion to compel | 0.70 hrs | 122.50 |
| 02/09/2006 | AG | Review e-mail from Chris Strapp re ████████ | 0.10 hrs | 17.50 |
| 02/13/2006 | AG | Review draft opposition to plaintiff's motion to compel ████████ | 0.70 hrs | 122.50 |
| 02/13/2006 | AG | Begin drafting affidavit of counsel to support opposition t████████ | 0.70 hrs | 122.50 |
| 02/13/2006 | AG | Telephone call from Jon Adams re ████████ | 0.30 hrs | 52.50 |
| 02/13/2006 | AG | Telephone call with Jon Adams re ████ | 0.20 hrs | 35.00 |
| 02/13/2006 | AG | Review e-mail from Chris Strapp re ████████ | 0.00 hrs | N/C |
| 02/14/2006 | AG | Revise draft motion for protective order, | 0.80 hrs | 140.00 |

EXHIBIT ___A___
Page _35_ of _43_

|  |  | affidavit of counsel, and exhibits to final form; serve and file same |  |  |
|---|---|---|---|---|
| 02/14/2006 | AG | Review notice from court clerk re filing of motion/opposition; long distance telephone call to Jon Adams re same; phone call with court clerk re correcting filing; ▮▮▮ ▮▮▮▮ review reply | 0.80 hrs | 140.00 |
| 02/14/2006 | AG | Telephone call ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ send e-mail to ▮▮▮▮▮▮▮▮▮▮ | 0.90 hrs | 157.50 |
| 02/15/2006 | AG | Telephone call t▮▮▮▮▮▮▮▮▮▮▮▮ would have registered pressure drop | 0.30 hrs | 52.50 |
| 02/15/2006 | AG | Review e-mail f▮▮▮▮▮▮▮▮ requesting information | 0.10 hrs | 17.50 |
| 02/15/2006 | AG | Telephone call from Jon Adams re ▮▮▮▮ | 0.20 hrs | 35.00 |
| 02/15/2006 | AG | Review revised motion for protective order and review revised opposition to motion to compel prior to filing same | 0.40 hrs | 70.00 |
| 02/15/2006 | AG | Telephone call from ▮▮▮▮▮▮▮▮▮▮ | 0.20 hrs | 35.00 |
| 02/15/2006 | EAR | Compile and send documents ▮▮▮▮▮▮▮ | 0.40 hrs | 60.00 |
| 02/16/2006 | AG | Review claims file and review plaintiff's requests for admissions ▮▮▮▮▮▮▮▮ | 2.80 hrs | 490.00 |
| 02/16/2006 | AG | Travel to deposition site; confer with attorney Laura Farley prior to deposition; attend deposition of David Buness; post deposition conference with attorney Farley; return to office | 3.80 hrs | 665.00 |
| 02/18/2006 | AG | Draft memorandum summarizing and analyzing deposition ▮▮▮▮▮▮▮▮ | 2.90 hrs | 507.50 |
| 02/24/2006 | AG | Review opposition to second motion for continuance drafted by attorney Jon Adams; reply to Adams' e-mail re any suggestions | 0.60 hrs | 105.00 |
| 02/27/2006 | AG | Return telephone call from attorney Jon Adams (925-974-5138) regarding ▮▮▮▮▮ | 0.40 hrs | 70.00 |



| 02/27/2006 | AG | Review Opposition to Plaintiff's Second Motion for Continuance; file same | 0.30 hrs | 52.50 |
|---|---|---|---|---|

$12,430.00

EXPENSES

| | | |
|---|---|---|
| 10/20/2005 | Long distance telephone call to 907-822-3471 | 1.20 |
| 10/28/2005 | Long distance telephone call to 907-822-3471 | 1.10 |
| 10/28/2005 | Long distance telephone call to 925-974-5138 | 1.70 |
| 11/02/2005 | Messenger service - delivery to Cook & Associates | 21.88 |
| 11/16/2005 | Air courier charges to Jon K. Adams on 10/18/05 paid to FedEx | 27.03 |
| 11/16/2005 | Messenger service - delivery to USDC | 10.54 |
| 11/28/2005 | Long distance telephone call to 925-974-5138 | 1.20 |
| 12/02/2005 | Long distance telephone call to 925-974-5138 | 0.50 |
| 12/05/2005 | Long distance telephone call to 925-974-5138 | 0.65 |
| 12/06/2005 | Messenger service - delivery to USDC | 5.10 |
| 12/06/2005 | Messenger service - delivery to Tim Cook | 16.08 |
| 12/07/2005 | Long distance telephone call to 925-974-5138 | 1.30 |
| 12/07/2005 | Messenger service - delivery to Tim Cook | 58.86 |
| 12/13/2005 | Messenger service - delivery to Tim Cook | 78.30 |
| 12/13/2005 | Westlaw - computer time for legal research by EAR | 45.71 |
| 12/14/2005 | Long distance telephone call to 925-937-9990 | 0.80 |
| 12/14/2005 | Westlaw - computer time for legal research by EAR | 31.58 |
| 12/19/2005 | Messenger service - delivery to USDC | 5.05 |
| 01/03/2006 | Long distance telephone call to 925-974-5138 | 1.30 |
| 01/06/2006 | Check paid to the United States District Court for Pro Hac Vice for Jon K. Adams and Michael D. Prough ($150 apiece) | 300.00 |
| 01/09/2006 | Copying charges at $.10 per page for 1167 copies - discovery, pleadings and correspondence | 116.70 |
| 01/09/2006 | Long distance telephone call to 925-974-5138 | 2.00 |
| 01/09/2006 | Messenger service - delivery to USDC | 5.05 |
| 01/12/2006 | Copying charges for documents at District Recorder's Office in Anchorage | 1.50 |
| 01/12/2006 | Long distance telephone call to 925-974-5138 | 0.50 |
| 01/13/2006 | Long distance telephone call to 925-974-5138 | 0.55 |
| 01/13/2006 | Messenger service - delivery to USDC | 5.05 |
| 01/17/2006 | Air courier charges to Jon K. Adams on 1/9/06 paid to FedEx | 39.31 |

EXHIBIT A
Page 37 of 43

Page   10

| 01/19/2006 | Messenger service - delivery to Cook & Assoc. | 15.93 |
| 01/25/2006 | Long distance telephone call to 925-974-5138 | 1.65 |
| 01/26/2006 | Long distance telephone call to 925-974-5138 | 0.90 |

$799.02

### Billing Summary

| AG | Guidi, Andrew | 64.00 hrs | 175.00 /hr |
| EAR | Ringsmuth, Eric A. | 8.20 hrs | 150.00 /hr |

| Total professional services | 72.20 hrs | $12,430.00 |
| Total expenses incurred | | $799.02 |
| Total of new charges for this invoice | | $13,229.02 |
| **Total balance now due** | | **$13,229.02** |

EXHIBIT A
Page 38 of 43

# DELANEY WILES, INC.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 11, 2006

| | | |
|---|---|---|
| Our file# | 33460 | 00002 |
| Invoice# | 13855 | AG |

(IFG)International Financial Group Companies
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Billing through:    08/10/2006

Tax ID #

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington
Insurance

| | |
|---|---|
| Total fees for this matter | $2,747.50 |
| Total disbursements for this matter | $195.29 |
| **Total charges for this matter** | **$2,942.79** |
| Past due balance | $0.00 |
| **Total balance now due** | **$2,942.79** |



EXHIBIT A
Page 35 of 43

**DELANEY WILES, INC.**
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 11, 2006

Our file# 33460    00002
Invoice# 13855    AG

(IFG)International Financial Group Companies            Billing through:        08/10/2006
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Tax ID # ▮▮▮▮▮▮▮

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

| | | |
|---|---|---:|
| Balance forward as of invoice dated | March 1, 2006 | $13,229.02 |
| Payments received since last invoice | | 13,229.02 |
| Accounts receivable balance carried forward | | $0.00 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---:|
| 03/01/2006 | AG | Review transcript of deposition ▮▮▮▮▮▮ ▮▮▮▮▮▮ draft e-mail to attorney Jon Adams and Chris Strapp forwarding same | 0.80 | hrs | 140.00 |
| 03/01/2006 | AG | Review plaintiff's opposition to motion for protective order ▮▮▮▮▮▮▮▮ LaFrance Deposition | 0.40 | hrs | 70.00 |
| 03/01/2006 | AG | Review plaintiff's response to motion for protective order | 0.30 | hrs | 52.50 |
| 03/02/2006 | AG | Telephone call to attorney Jon Adams ▮▮ ▮▮▮▮▮▮ expected focus of plaintiff's March 6th opposition to summary judgment and strategy for reply | 0.40 | hrs | 70.00 |
| 03/07/2006 | AG | Review plaintiff's supplemental opposition to FFIC's motion for summary judgment; review exhibits in support of supplemental opposition | 0.50 | hrs | 87.50 |
| 03/07/2006 | AG | Telephone call to attorney Jon Adams to confer ▮▮▮▮▮▮▮ | 0.20 | hrs | 35.00 |

EXHIBIT A
Page 40 of 43

| 03/07/2006 | AG | Review draft reply brief received from attorney Adams to support motion for protective order; reply to Adams | 0.30 hrs | 52.50 |
|---|---|---|---|---|
| 03/10/2006 | AG | Review e-mail from attorney Jon Adams and return telephone call re next week's due filing and coordination of supplemental reply in support of motion for summary judgment | 0.30 hrs | 52.50 |
| 03/10/2006 | AG | Review draft of supplemental reply in support of motion for summary judgment; review draft affidavit to support reply | 0.60 hrs | 105.00 |
| 03/10/2006 | AG | Review e-mail from attorney Jon Adams and return telephone call re next week's due filing and coordination of supplemental reply in support of motino for summary judgment | 0.30 hrs | 52.50 |
| 03/10/2006 | AG | Review draft of supplemental reply in support of motion for summary judgment; | 0.60 hrs | 105.00 |
| 04/17/2006 | AG | Draft e-mail to Jon Adams regarding current status | 0.10 hrs | 17.50 |
| 04/18/2006 | AG | Review e-mail ▮▮▮▮▮ reply; review e-mail from Jon Adams ▮▮▮▮ | 0.30 hrs | 52.50 |
| 04/21/2006 | AG | Review e-mail from Chris Strapp ▮▮▮▮▮▮; draft reply; review phone call message from Jon Adams | 0.50 hrs | 87.50 |
| 04/24/2006 | AG | Telephone call from attorney Jon Adams regarding ▮▮▮▮▮▮; review his e-mail to Chris Strapp re ▮▮▮▮; review reply by Chris Strapp re sending | 0.50 hrs | 87.50 |
| 04/24/2006 | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | 0.10 hrs | 17.50 |
| 04/25/2006 | AG | Review letter from Jon Adams ▮▮ | 0.10 hrs | 17.50 |
| 05/03/2006 | AG | Review e-mail from Jon Adams ▮▮▮▮▮▮▮▮ draft reply to Strapp re Local Rule 16.2 | 0.40 hrs | 70.00 |
| 05/03/2006 | AG | Review e-mail from Strapp re ▮▮▮▮▮ | 0.10 hrs | 17.50 |
| 05/16/2006 | AG | Review e-mail from Cook ▮▮▮▮▮▮▮ | 1.50 hrs | 262.50 |

████████████ draft e-mail to Adams and Strapp ████

| | | | | |
|---|---|---|---|---|
| 05/16/2006 | AG | Return long distance telephone call to Jon Adams ███████████████ my comments as to same | 0.20 hrs | 35.00 |
| 05/16/2006 | AG | Review and analyze e-mail from Adams ██████ ████████████████████████████████ | 0.40 hrs | 70.00 |
| 05/17/2006 | AG | Review e-mails from Chris Strapp and Jon Adams (2) re changes to joint status report | 0.20 hrs | 35.00 |
| 05/17/2006 | AG | Telephone call from Adams re changes to joint status report | 0.20 hrs | 35.00 |
| 05/17/2006 | AG | Draft e-mail to Tim Cook █████████████ | 0.40 hrs | 70.00 |
| 05/18/2006 | AG | Draft e-mail to Tim Cook ██████████████ ██████████ cc Adams with same; e-mail to Adams forwarding Cook's draft | 0.60 hrs | 105.00 |
| 05/18/2006 | AG | Review e-mail form Tim Cook re proposed revised joint status report to Court; reply requesting attachment; review and analyze his reply with draft | 0.40 hrs | 70.00 |
| 05/19/2006 | AG | Review and analyze ██████████████████ ██████████████████████ | 0.90 hrs | 157.50 |
| 05/22/2006 | AG | Review e-mail from Adams to CE Strapp re telephone call with Adams re same and status of joint status report | 0.40 hrs | 70.00 |
| 05/22/2006 | AG | E-mail to Cook re ████████████████████; review Joint Status Report filed by Cook; telephone call with Adams re report filed by Cook | 0.60 hrs | 105.00 |
| 05/23/2006 | AG | Review e-mail and voice mail from Jon Adams and return call to same; leave message; reply to e-mail | 0.40 hrs | 70.00 |
| 05/23/2006 | AG | Telephone call to US District Court to speak to case management clerk ████████████████ ████████████████████████████ | 0.40 hrs | 70.00 |
| 05/23/2006 | AG | Draft e-mail to Jon Adams and Chris Strapp re information from clerk; review e-mail from | 0.30 hrs | 52.50 |

EXHIBIT   A
Page 42 of 43.

| | | | | |
|---|---|---|---|---|
| | | Strapp re same; attempts to telephone Adams | | |
| 05/23/2006 | AG | Telephone call from Adams re ▓▓▓▓ review same over telephone | 0.30 hrs | 52.50 |
| 05/23/2006 | AG | Review status report ▓▓▓▓ | 0.10 hrs | 17.50 |
| 07/13/2006 | AG | Review e-mail from ▓▓▓▓ | 0.30 hrs | 52.50 |
| 08/10/2006 | AG | Review court's order granting summary judgment to FFIC and dismissing case | 0.40 hrs | 70.00 |
| 08/10/2006 | AG | Long distance telephone call to Chris Strapp -- leave message; long distance telephone call to Jon Adams re ruling ▓▓▓▓ | 0.40 hrs | 70.00 |
| 08/10/2006 | AG | Draft e-mail to Chris Strapp re ▓▓▓▓ | 0.50 hrs | 87.50 |

$2,747.50

EXPENSES

| | | |
|---|---|---|
| 02/08/2006 | Messenger service - delivery to Farley & Graves | 13.50 |
| 02/15/2006 | Messenger service - delivery to Farley & Graves (rush) | 20.52 |
| 02/27/2006 | Long distance telephone call to 925-974-5138 | 0.70 |
| 03/02/2006 | Deposition of David Buness paid to R & R Court Reporters | 137.75 |
| 03/02/2006 | Long distance telephone call to 925-937-9990 | 1.15 |
| 03/10/2006 | Long distance telephone call to 925-974-5138 | 0.60 |
| 03/16/2006 | Messenger service - delivery to USDC | 20.52 |
| 05/16/2006 | Long distance telephone call to 925-974-5138 | 0.55 |

$195.29

Billing Summary

| | | | |
|---|---|---|---|
| AG | Guidi, Andrew | 15.60 hrs | 175.00 /hr |
| HAL | Lazar, Howard A. | 0.10 hrs | 175.00 /hr |

Total professional services        15.70 hrs        $2,747.50

Total expenses incurred                              $195.29

Total of new charges for this invoice                $2,942.79

**Total balance now due**                            **$2,942.79**

EXHIBIT A
Page 43 of 43