Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
Telephone:  (907)  279-3581
Facsimile:  (907) 277-1331

Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises,<br><br>             Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A04-229 CV (TMB)<br>) |

**(PROPOSED) ORDER GRANTING MOTION FOR ATTORNEY'S FEES**

This matter having come before the Court upon the Motion for Attorney's Fees filed by defendant, First Financial Insurance Company, Inc., and the Court having considered any opposition thereto, and being otherwise fully advised in the matter:

IT IS HEREBY ORDERED that defendant First Financial Insurance Company, Inc.'s Motion for Attorney's Fees is GRANTED, and that First Financial Insurance Company, Inc., is awarded

attorney's fees in the amount of $_____, which the Clerk of Court is hereby directed to insert into the Final Judgment.

DATED this ____ day of _____, at Anchorage, Alaska.

BY_____
Timothy M. Burgess, USDC Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August 2006, **(PROPOSED) Order Granting Motion for Attorney Fees** was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516

/s/Andrew Guidi (120556)