Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 279-3581
Facsimile: (907) 277-1331

Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises,

Plaintiffs,

v.

FIRST FINANCIAL INSURANCE COMPANY, INC.

Defendant.

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES**

Case No. A04-229 CV (TMB)

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

Andrew Guidi, being first duly sworn, deposes and states:

1. I am a shareholder in the law firm of Delaney Wiles, Inc., attorneys for defendant, First Financial Insurance Company, Inc. in the above-captioned action.

2. On Thursday, August 10, 2006, the Court entered summary judgment in favor of the defendant.

3. I, and others in our firm, maintained contemporaneous time sheets showing work performed in connection with the representation of defendant. I have personally reviewed those records to prepare the motion for attorney's fees, and believe the time spent was reasonable for the work performed.

4. This office incurred $49,927.50 in actual and reasonable attorney's and paralegal fees that were necessarily incurred in the defense of this action. The hourly rates charged by this firm for this matter were as follows:

    a. Attorney Andrew Guidi's hourly rate was $175.00 per hour for a total of 227.10 hours, resulting in $39,742.50 in total fees for Mr. Guidi;

    b. Attorney Eric Ringsmuth's hourly rate was $150.00 per hour for a total of 67.9 hours, resulting in total fees of $10,185.00 for Mr. Ringsmuth;

| Description | Fees |
|---|---|
| Andrew Guidi | 39,742.50 |
| Eric Ringsmuth | 10,185.00 |
| **Total Fees** | **49,927.50** |

5. Total legal fees of $49,927.50 were necessarily incurred by First Financial Insurance Company, Inc. in defense of this lawsuit.

6. Pursuant to Alaska R. Civ. P. 82(b)(2), defendant First Financial Insurance Company is entitled to a minimum

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Counsel in Support of
Motion for Award of Attorney Fees
Lutz, et al. v. FFIC/Case No. A04-229 Civil (TMB)                Page 2 of 4

presumptive award of 20% of its actual reasonable attorney's fees, *i.e.*, $9,985.50, that were necessarily incurred in the defense of this litigation.

7. I am familiar with the rates charged for similar services in Anchorage. This firm's hourly rates for this action are well within the hourly rates charged by other attorneys and paralegals in Alaska with similar litigation experience performing similar work.

8. Copies of the itemized billings for time spent in defense in this matter are being produced as Exhibit A to this affidavit.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: ______________________
Andrew Guidi
Alaska Bar No. 8312171

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Counsel in Support of
Motion for Award of Attorney Fees
Lutz, et al. v. FFIC/Case No. A04-229 Civil (TMB) Page 3 of 4

SUBSCRIBED AND SWORN to before me, this 29 day of August, 2006, at Anchorage, Alaska

DONNA K. DANIELS NOTARY PUBLIC STATE OF ALASKA My Commission Expires Feb. 6, 2008

Notary Public for the State of Alaska
My Commission Expires: 2.6.08

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August 2006, **AFFIDAVIT OF COUNSEL IN SUPPOT OF MOTION FOR AWARD OF ATTORNEY FEES** was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516

/s/Andrew Guidi (120559)

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Counsel in Support of
Motion for Award of Attorney Fees
Lutz, et al. v. FFIC/Case No. A04-229 Civil (TMB) Page 4 of 4