Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK  99501
   (907)  279-3581
   (907)  277-1331  fax

Michael D. Prough
Jon K. Adams
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA  94596
Telephone:  (925) 937-9990
Facsimile:  (925) 937-3272

Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee  of rights  of  Dean Bruington d/b/a DB Enterprises,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY,  INC.<br><br>    Defendant. | )<br>)<br>)  AFFIDAVIT OF COUNSEL IN SUPPORT<br>)  OF MOTION FOR AWARD OF<br>)  ATTORNEY FEES<br>)<br>)  Case No.  A04-229-CV  (TMB)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF COUNSEL JON K. ADAMS IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES

I, Jon K. Adams, being first duly sworn, deposes and states:

1.      I am an attorney at law, licensed to practice in the state of California. I am a partner in the law firm of Morison-Knox, Holden & Prough, LLP, attorneys for defendant First Financial Insurance Company, Inc. ("FFIC") in this lawsuit. I was admitted pro hac vice to in this lawsuit.

2.      On August 16, 2006, the Court entered judgment in favor of FFIC.

3.      I, and others in our law firm, maintained contemporaneous time sheets showing work performed in connection with our representation of FFIC. I have personally reviewed those records and am convinced that the time spent was reasonable for the work performed.

4.      FFIC necessarily incurred $111,686.93 in actual and reasonable attorney's and paralegal fees for the legal services of Morison-Knox, Holden & Prough in the defense of this lawsuit. The relevant hourly rates charged by persons at this firm for this matter were as follows:

a.      My discounted hourly rate for legal services for this case was $276 per hour in 2005 and $315.75 in 2006. I charged a total of 336.20 hours, resulting in $97,726.40 in total fees;

b.      Attorney Michael Prough's discounted hourly rate was $276 per hour in 2005 and $315.75 in 2006. He charged a total of 32.30 hours, resulting in $9,157.28 in total fees;

c.      Attorney Betty Su's discounted hourly rate was $189 per hour. She charged a total of 5.80 hours, resulting in $1,096.20 in total fees;

d.      Paralegal John Compton's discounted hourly rate was $123 per hour in 2005 and $141.00 in 2006. He charged a total of 29.60 hours, resulting in $3,880.20 in total fees.

- 1 -

5.      Thus, FFIC necessarily incurred reasonable legal fees of $111,686.93 for the services of Morison-Knox, Holden & Prough, LLP in defense of this lawsuit.

6.      I am familiar with the rates charged for similar legal services in insurance coverage lawsuits around the country.  Mr. Prough, other attorneys at this firm, and I frequently represent insurance companies in complex insurance coverage litigation across the country and often learn the rates charged by other firms in insurance coverage litigation.  This firm's usual hourly rates for this lawsuit were well within the range of hourly rates charged by other attorneys and paralegals in similar litigation.  Additionally, Morison-Knox, Holden & Prough, LLP charged FFIC a rate discounted 20% from its usual fees on behalf of FFIC for its legal services in this matter.  The discounted rate is reflected in the figures above.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7.    True and correct copies of this law firm's itemized billings for legal services on behalf of FFIC in this lawsuit are attached as Exhibit B.

FURTHER YOUR AFFIANT SAYETH NAUGHT.


By: _____

Jon K. Adams
California Bar No. 132919


STATE OF CALIFORNIA         )
                            )      ss.
COUNTY OF CONTRA COSTA      )


SUBSCRIBED AND SWORN to before me, this 28th day of August, 2006, at Walnut Creek, California.



Notary Public for the State of California
My Commission Expires: ___3/28/2010___

CRISTINA R. BARRING
Commission # 1654684
Notary Public - California
Contra Costa County
My Comm. Expires Mar 28, 2010

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the ____th day of
August, 2006, **AFFIDAVIT OF COUNSEL
JON K. ADAMS IN SUPPORT OF MOTION
FOR AWARD OF ATTORNEY FEES** was served
electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516


_____

Andrew Guidi (AK Bar No. 8312171)

115024.1