Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
Telephone:  (907)  279-3581
Facsimile:  (907)  277-1331

Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises,<br><br>        Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.<br><br>        Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. A04-229 CV (TMB) |

**(PROPOSED) FINAL JUDGMENT**

IT IS ORDERED that FINAL JUDGMENT is entered in favor of defendant, First Financial Insurance Company, Inc., as follows:

First Financial Insurance Company, Inc., the prevailing party in this action, shall recover from and have judgment against plaintiff Eric Lutz as follows:

    a.   Attorney's Fees:                                $_____

    b.   Costs                                                $_____

        Date Awarded: _____

      Clerk: _____

    c.   **TOTAL JUDGMENT**                                          $_____

    d.   Post Judgment Interest Rate: ____% per annum

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August 2006, **(PROPOSED) FINAL JUDGMENT** was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516

/s/Andrew Guidi (120558)