Tim Cook
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax
tcook@acsalaska.net
Attorney for the Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of | ) |
| Dean Bruington, dba DB Enterprises, | ) No. A04 0229CV(TMB) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| First Financial Insurance Company, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## PLAINTIFF'S NOTICE OF APPEAL

  Notice is hereby given that Eric Lutz, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the final judgment entered in this action on the 6th day of July, 2006.

Respectfully submitted this 12th day of September, 2006.

            By:___*s/s Tim Cook*_____
            Tim Cook
            Alaska Bar Card #9007048
            3901 Taiga Drive
            Anchorage, Alaska 99516
            (907) 336-5291
            (907)336-5292 fax
            tcook@acsAlaska.net

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the <u>Plaintiff's Notice of Appeal,</u> and <u>Plaintiff's Notice of Representation</u>  was filed electronically via ECF to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis, & Young, Inc.
1007 West 3rd Ave, Suite 400
Anchorage, Alaska

Michael D. Prough, Esquire
Jon K. Adams, Esquire
Morison-Knox Holden & Prough, LLP
500 Ygnacio Valley Road, Suite 400
Walnut Creek, CA 94596