Tim Cook
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax
tcook@acsalaska.net
Attorney for the Plaintiff

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE 9TH CIRCUIT

| | |
|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>First Financial Insurance Company,<br><br>　　　　　Defendants.<br>_____ | )<br>) No. A04 0229CV(TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S NOTICE OF REPRESENTATION

　　　Notice is hereby given that Eric Lutz, Plaintiff in the above named case, is being represented by:

Tim Cook, Alaska Bar No. 9007048
3901 Taiga Drive, Anchorage, Alaska 99516, (907)336-5291;

 and,

Paul H. Bratton, Jr., California Bar No. 220023
P.O. Box 602, Talkeetna, Alaska 99676
(907)733-2185; (772)679-8158 (fax);  phbratton@gci.net

Respectfully submitted this 12th day of September, 2006.

By:___*s/s Tim Cook*_____
Tim Cook
Alaska Bar Card #9007048
3901 Taiga Drive
Anchorage, Alaska 99516
(907) 336-5291
(907)336-5292 fax
tcook@acsAlaska.net

ATTORNEY IN CHARGE FOR
PLAINTIFF, ERIC LUTZ