A-11 (rev. 5/00)

Page 1 of 2



| USCA DOCKET # (IF KNOWN) |
|---|
|   |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises v. First Financial Insurance Co, Inc | DISTRICT: Alaska    JUDGE: Timothy Burgess |
|---|---|
| | DISTRICT COURT NUMBER: A04-0229 CV (TMB) |
| | DATE NOTICE OF APPEAL FILED: 9·12·06 / IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:
Insurance Coverage Issue - Dismissed on Summary Judgement

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL: Coverage

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:
☒ Possibility of settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters
   (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☒ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

Page 2 of 2

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ ORDER APPEALED | RELIEF |
| ☐ Federal Question<br>☒ Diversity<br>☐ Other (Specify): | ☒ Final Decision of District Court<br>☐ Interlocutory Decision Appealable As of Right<br>☐ Interlocutory Order Certified by District Judge (Specify):<br>☐ Other (Specify): | ☐ Default Judgment<br>☐ Dismissal/jurisdiction<br>☐ Dismissal/merits<br>☒ Summary Judgment<br>☐ Judgment/court Decision<br>☐ Judgment/jury Verdict<br>☐ Declaratory Judgment<br>☐ Judgment as a Matter of Law<br>☐ Other (Specify): | ☐ Damages:<br>Sought $ _____<br>Awarded $ _____<br>☐ Injunctions:<br>☐ Preliminary<br>☐ Permanent<br>☐ Granted<br>☐ Denied<br><br>☐ Attorney Fees:<br>Sought $ _____<br>Awarded $ _____<br>☐ Pending<br>☐ Costs: $ _____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. Copies of Order/Judgment Appealed Form Are Attached.
2. A Current Service List or Representation Statement With Telephone and Fax Numbers Are Attached (See 9th Cir. Rule 3-2).
3. A Copy of This Civil Appeals Docketing Statement Was Served in Compliance with FRAP 25.
4. I Understand That Failure to Comply With These Filing Requirements May Result in Sanctions, Including Dismissal of This Appeal.

Signature: *[signed]*   Date: 9/12/06

### COUNSEL WHO COMPLETED THIS FORM

| | |
|---|---|
| NAME: | Tim Cook |
| FIRM: | Attorney At Law |
| ADDRESS: | 3901 Taiga Drive Anchorage, AK 99516 |
| E-MAIL: | tcook@acsalaska.net |
| TELEPHONE: | 907 336 5291 |
| FAX: | 907 336 5292 |

☐ This Document Should Be Filed in The District Court With The Notice of Appeal☐
☐ If Filed Late, it Should Be Filed Directly With the U.S. Court of Appeals☐