Tim Cook
Attorney for the Plaintiff
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises, ) ) ) | No. A04 0229 CV (TMB) |
| Plaintiff, ) ) | |
| vs. ) ) | |
| First Financial Insurance Company, ) ) | |
| Defendants. ) ) | |

## ORDER ON ATTORNEY'S FEES

The court after having considered the partie's briefs, the merits of the motion, and based on the considerations articulated in Alaska Civil Rule 82 and on the equities of the matter, hereby orders that the parties to bear their own costs and fees;

IT IS SO ORDERED.

Date:_____     By:_____
                                                    Timothy Burgess, District Court Judge

Proposed Order
submitted by Tim Cook