# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

|  |  |
|---|---|
| ERIC LUTZ | Court of Appeals Docket No. |
| PLAINTIFF/APPELLANT | |
| v. | Docket Number (s) of Court of Appeals Companion and/or cross appeals (if known). |
| FIRST FINANCIAL INSURANCE CO., INC. | |
| DEFENDANT/APPELLEE | District Court Docket Number. 3:04-cv-00229-TMB |

## CERTIFICATE OF RECORD

     This certificate is submitted in conformance with Rule 11-2 of the local rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcripts (if any) and the trial court clerk record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

     The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

     Appeals in habeas corpus and 28 USC 2255 motions to Vacate Sentence Case are treated as civil appeals in the Court of Appeals. criminal appeals briefing schedules have been set by Time Schedule Order.

Transcript Dates:  N/A
Copy of Certificate of Record filed in U.S. District Court Date: September 13, 2006

                                            IDA ROMACK
                                            Clerk U.S. District Court
                                            for the District of Alaska.


                                            by: Elisa Singleton
                                            Deputy Clerk

{Certif.app Rev. 4/03}