Tim Cook
Attorney for Plaintiff
3901 Taiga Drive
Anchorage, Alaska 99516
(907) 336-5291
(907)336-5292 fax

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> First Financial Insurance Company,  ) <br> ) <br> Defendants.  ) <br> _____  ) | No. A04 0229 CV (TMB) |

**REQUEST FOR ORAL ARGUMENT**

**IN OPPOSITION TO AWARD OF ATTORNEY'S FEES**

COMES NOW, Eric Lutz, Plaintiff by and through his attorney of record, Tim Cook, and requests that the court grant oral argument in his Opposition to the Defendant's Motion for an Award of Attorney's Fees.

Submitted:   9/19/2006          By:          *s/s Tim Cook*
                                              Alaska Bar Card #9007048
                                              3901 Taiga Drive
                                              Anchorage, Alaska 99516
                                              (907) 336-5291
                                              (907)336-5292 fax
                                              tcook@acsAlaska.net

Lutz v. First Financial Insurance Co.
Plaintiff's Request for Oral Argument
Case No. A04 0229 CV                                                                Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify on 9/19/2006 a true and correct copy of this document was filed electronically via ECF to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis, & Young, Inc.
1007 West 3rd Ave, Suite 400
Anchorage, Alaska 99501

Michael D. Prough, Esquire
Jon K. Adams, Esquire
Morison-Knox Holden & Prough, LLP
500 Ygnacio Valley Road, Suite 400
Walnut Creek, CA 94596