**RECEIVED**

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

SEP 2 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

06-35804

**CASE INFORMATION:**
Short Case Title: Lutz v. First Financial Insurance Company
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Timothy M. Burgess 3:04-cv-00229-TMB
Date Complaint/Indictment/Petition Filed: 9/28/2004
Date Appealed Order/Judgment *entered*: 8/16/2006
Date NOA *filed*: September 12, 2006
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number: _

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 9/12/2006     Date Docket Fee billed: _
Date FP granted: _                  Date FP denied: _
Is FP pending? __yes/no             Was FP Limited/Revoked?
US Government Appeal?   __yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Tim Cook | Andrew Guidi |
| Cook and Associates | Delaney, Wiles, hayes, Gerety, Ellis & Young, Inc. |
| 3901 Taiga Drive | 1007 W 3rd Ave, Ste 400 |
| Anchorage, AK 99516 | Anchorage, AK 99501 |
| 907-336-5291 | 907-279-3581 |
| Fax 907-336-5292 | Fax 907-277-1331 |
| email tcook@acsalaska.net | email ag@delaneywiles.com |

Jon Kevin Adams
Morison-Knox Holden & Prough LLP
500 Yqnacio Valley Road, Ste 450
Walnut Creek, CA 94596-8068
925-937-9990
Fax 925-937-3272
Email jka@morison-knox.com

Michael Dale Prough

Morison-Knox Holden & Prough LLP
500 Yqnacio Valley Road, Ste 450
Walnut Creek, CA 94596-8068
925-937-9990
Fax 925-937-3272
Email mdp@morison-knox.com

__retained    __CJA    __FPD    __FPD    __Other        Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __         Address: __
Custody: __              __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __         9th Circuit Docket Number: __

Name and phone number of person completing this form:    Elisa Singleton
                                                          907-694-1611