Tim Cook
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax
tcook@acsalaska.net
Attorney for the Plaintiff

**IN THE UNITED STATES COURT OF APPEALS
FOR THE 9TH CIRCUIT**

| | | |
|---|---|---|
| Eric Lutz, as assignee of rights of | ) | No. 06-35804 |
| Dean Bruington, dba DB Enterprise | ) | D.C.No. |
| | ) | A04 0229CV(TMB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| First Financial Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PLAINTIFF'S NOTICE OF INTENT NOT TO ORDER TRANSCRIPT

     Plaintiff's counsel Tim Cook here states that Plaintiff does not now intend to order a transcript as no hearings were held on cross motions for summary judgment which are the primary subject of this appeal. However Plaintiff reserves the right to order a transcript should there be an oral hearing held on Defendant's Motion for Attorney Fees and should the District Court's action on that motion require Plaintiff to add an attorney fee award against Plaintiff to the issues on appeal.

     Respectfully submitted this 29th day of September, 2006.

                                                       By:_____s/s Tim Cook_____
                                                        Tim Cook
                                                        Alaska Bar Card #9007048
                                                        3901 Taiga Drive

                Anchorage, AK 99516
                (907)336-5291
                (907)336-5292 FAX
                ATTORNEY IN CHARGE FOR
                PLAINTIFF, ERIC LUTZ

**CERTIFICATE OF SERVICE**

I hereby certify that on  9/29/2006, a true and correct copy of the Plaintiff's Notice of Intent Not to Order Transcript was served electronically to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis, & Young, Inc.
1007 West 3rd Ave, Suite 400
Anchorage, Alaska

Michael D. Prough, Esquire
Jon K. Adams, Esquire
Morison-Knox Holden & Prough, LLP
500 Ygnacio Valley Road, Suite 400
Walnut Creek, CA 94596