Tim Cook
3901 Taiga Drive,
Anchorage, Alaska 99516
(907) 336-5291
(907 336-5292 fax
tcook@acsalaska.net
Attorney for the Plaintiff

**IN THE UNITED STATES COURT OF APPEALS
FOR THE 9TH CIRCUIT**

| | |
|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises, | ) <br> ) No. 06-35804 <br> ) D.C.No.  CV-04- <br> )          00229 (TMB) |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) |
| First Financial Insurance Company, | ) <br> ) |
| Defendants. | ) <br> ) |

PLAINTIFF'S CERTIFICATE OF NO TRANSCRIPT

Plaintiff's counsel Tim Cook here certifies that no transcript will be ordered as no oral hearings were held on defendant's motions for summary judgment which are the subject of this appeal. A request for an oral hearing is pending on Defendant's attorney fee petition, but no hearing has been held and therefore no transcript can be ordered.

Respectfully submitted this 10th day of October, 2006.

By:_____
   Tim Cook
   Alaska Bar Card #9007048
   3901 Taiga Drive

              Anchorage, AK 99516
              (907)336-5291
              (907)336-5292 FAX
           ATTORNEY IN CHARGE FOR
           PLAINTIFF, ERIC LUTZ

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, 2006, a true and correct copy of the <u>Plaintiff's Certificate of No Transcript</u> was served electronically to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis, & Young, Inc.
1007 West 3rd Ave, Suite 400
Anchorage, Alaska

Michael D. Prough, Esquire
Jon K. Adams, Esquire
Morison-Knox Holden & Prough, LLP
500 Ygnacio Valley Road, Suite 400
Walnut Creek, CA 94596

_____
Tim Cook