Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
Telephone:  (907) 279-3581
Facsimile:  (907) 277-1331

Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises,<br><br>          Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **MOTION FOR ENTRY OF**<br>)  **FINAL JUDGMENT**<br>)<br>)<br>)  Case No. A04-229 CV (TMB)<br>) |

Defendant First Financial Insurance Co. ("FFIC"), through counsel, hereby moves the Court for entry of Final Judgment in this action pursuant to Rule 58, Fed. R. Civ. P.  The Court's August 10, 2006 Memorandum Decision and Order granted summary judgment in favor of FFIC and denied plaintiff's own motion for summary judgment, thereby disposing of all claims in the case.  (Docket 70)  In addition, the Court recently awarded $7,500.00 in attorneys' fees to FFIC.  (December 5, 2006 at Docket 90.)  Although the Court

allowed FFIC until December 19, 2006 in which to apply for a greater award, FFIC wishes to accept the existing award.

An appropriate form of Final Judgment is submitted herewith, which recites the Court's Rule 82 attorneys' fee award and contains blank spaces for insertion of any costs awarded by the Clerk and the rate of post-judgment interest. A Bill of Costs was previously submitted on August 29, 2006. (Docket No. 75.)

DATED this 14th day of December, 2006, at Anchorage, Alaska.

> DELANEY WILES, INC.
> Attorney for Defendant First Financial
> Insurance Company
>
> /s/ Andrew Guidi
> ag@delaneywiles.com
> Alaska Bar No.:  8312171
> Delaney Wiles, Inc.
> 1007 West third Avenue, Suite 400
> Anchorage, Alaska   99501
> Telephone:  (907) 279-3581
> Facsimile:   (907) 277-1331

**CERTIFICATE OF SERVICE**

I hereby certify that on the
14th day of December 2006,
**MOTION FOR ENTRY OF FINAL
JUDGMENT** was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, Alaska   99516

/s/Andrew Guidi (125410)