Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, Alaska   99501
Telephone:  (907)  279-3581
Facsimile:  (907) 277-1331

Attorneys for Defendant
*FIRST FINANCIAL INSURANCE COMPANY, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington d/b/a DB Enterprises,<br><br>           Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-229 CV (TMB)<br>) |

**(PROPOSED) FINAL JUDGMENT**

The Court, having granted defendant's motion for summary judgment and denied plaintiff's motion for summary judgment (Docket 70), hereby enters FINAL JUDGMENT in favor of defendant, First Financial Insurance Company, Inc., as follows:

First Financial Insurance Company, Inc., the prevailing party in this action, shall recover from and have judgment against plaintiff Eric Lutz as follows:

    a.   Attorney's Fees:                                 $7,500.00

  b. Costs $_____

    Date Awarded: _____

    Clerk: _____

  c. **TOTAL JUDGMENT** $_____

  d. Post Judgment Interest Rate: \_\_\_\_% per annum

  DATED at Anchorage, Alaska, this \_\_\_\_ day of _____, 200\_\_\_.

               _____
               Timothy M. Burgess
               United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December 2006, **(PROPOSED) FINAL JUDGMENT** was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516

/s/Andrew Guidi (125412)