IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of the rights of Dean Bruington, d/b/a DB Enterprises,<br><br>   Plaintiff,<br><br>   vs.<br><br>FIRST FINANCIAL INSURANCE CO.,<br><br>   Defendant. | Case No. 3:04-cv-229   TMB<br><br>O R D E R<br>[Re: Docket 72] |

   In light of the Order at Docket 90, and the Motion for Entry of Judgment at Docket 92, it is hereby ordered that attorney fees in the amount of $7,500.00 are awarded to the prevailing party, First Financial Insurance Company.

   Dated at Anchorage, Alaska, this 19th day of December, 2006.

                                                            /s/ Timothy Burgess
                                                            Timothy M. Burgess
                                                            United States District Judge

1