IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of the rights of Dean Bruington d/b/a/ DB Enterprises,,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FIRST FINANCIAL INSURANCE CO.,<br><br>　　　　　Defendant. | Case No. 3:04-cv-00229- TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

___  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_  **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint on file herein be, and it hereby is, DISMISSED, with prejudice. Plaintiff to take nothing by way thereof and judgment to be entered thereon in favor of defendant.

Defendant entitled to attorney fees $7,500.00.

APPROVED:

/s/ Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

| August 16, 2006 | IDA J. ROMACK |
|---|---|
| Date | Clerk |

Judgment redistributed on 12/26/06 with attorney fees added.