MICHAEL D. PROUGH (No. 168741)
mdp@morison-knox.com
JON K. ADAMS (No. 132919)
jka@morison-knox.com
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant-Appellee
FIRST FINANCIAL INSURANCE
COMPANY, INC.

RECEIVED

JUN 2 2 2007

CLERK, U.S. ~~~~~~~ COURT
ANCHORAGE, ALASKA

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERIC LUTZ,<br><br>　　　　Plaintiff-Appellant,<br><br>vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>　　　　Defendant-Appellee. | Docket No. 06-35804<br>USDC Case No. 04-00229<br><br><br><br>MOTION FOR CONTINUANCE OF HEARING DATE; DECLARATION OF MICHAEL D. PROUGH IN SUPPORT THEREOF |

Pursuant to Federal Rule of Appellate Procedure 27, Appellee First Financial Insurance Company ("First Financial"), hereby moves this Court for a continuance of the hearing set for August 8, 2007 in this matter.

On June 18, 2007, First Financial received notice that the hearing on this appeal was scheduled for August 8, 2007. First Financial's lead counsel, Michael D. Prough, is conflicted that week as he will be trying a case in United States District Court in Indiana (Declaration of Michael D. Prough, ¶ 3). Mr. Prough has been First Financial's lead counsel throughout this appeal. It is the desire of First Financial that Mr. Prough appear on its behalf. (*Id.* at ¶ 4.)

Counsel for First Financial has contacted counsel for Appellant Eric Lutz and informed him of this matter. Counsel has indicated that he will likely oppose this requested continuance.

Accordingly, in the interest of justice and fairness, First Financial asks this Court to continue the hearing currently set for August 8, 2007.

Respectfully submitted,

Dated:   June 20, 2007

MORISON-KNOX HOLDEN
& PROUGH, LLP

By: _____
Michael D. Prough
Attorneys for Defendant-Appellee
FIRST FINANCIAL INSURANCE
COMPANY, INC.