## DECLARATION OF MICHAEL D. PROUGH

1. I am a partner with the law firm of Morison-Knox Holden & Prough, LLP, attorneys for appellee First Financial Insurance Company, Inc. ("First Financial") herein. I make this declaration in support of First Financial's motion for a continuance of the hearing date set for this case. The following facts are within my personal knowledge and if called upon to testify to them, I could and would competently testify under oath to the matters set forth herein.

2. The hearing on this appeal is currently set for Wednesday, August 8, 2007. My office received notice of the hearing date on Monday, June 18, 2007.

3. During the entirety of the week of August 6-10, 2007, I will be in trial in the United States District Court for the Southern District of Indiana in a case captioned *RLI Insurance Company v. Conseco, Inc., et al.*, Case No. 1:04-CV-310-LJM-WTL.

4. I am the lead counsel for First Financial in this case and was responsible for the briefing in this appeal. I have consulted with First Financial concerning the August 8, 2007 hearing date. First Financial desires that I appear at the hearing.

5. In case First Financial's motion for a continuance is granted, I want to inform this Court of Appeals that I also will be in trial in the United States District Court for the Central District of California, beginning on October 22, 2007 for a trial that is anticipated to last three to four weeks. That case is captioned *Fluor Corp. v. American International Specialty Lines Ins. Co.*, Case No. SACV05-349 CJC (MLGx).

6. My office has contacted Tim Cook, counsel for the appellant in this matter about this notice. Mt. Cook has indicated he will likely oppose this requested continuance.

- 4 -

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 20, 2007 in Walnut Creek, California.

_____
Michael D. Prough

119917