## PROOF OF SERVICE

I, the undersigned, an employee of Morison-Knox Holden & Prough, LLP, located at 500 Ygnacio Valley Road, Suite 450, Walnut Creek, California, 94596, declare under penalty of perjury that I am over the age of eighteen (18) years and not a party to this matter, action or proceeding.

On June 20, 2007, I caused to be served the following document(s):

**MOTION FOR CONTINUANCE OF HEARING DATE; DECLARATION OF MICHAEL D. PROUGH IN SUPPORT THEREOF**

on the parties in this matter at the below noted address(es), as follows:

| | |
|---|---|
| Tim Cook, Esq.<br>Attorney at Law<br>3901 Taiga Drive<br>Anchorage, AK 99516<br>Tel: (907) 336-5291<br>Fax: (907) 336-5292 | Attorney for Plaintiff and Appellant<br><br>One Copy |
| Andrew Guidi, Esq.<br>Delaney Wiles Hayes Gerety Ellis &<br>Young Inc.<br>1007 West Third Avenue, Suite 400<br>Anchorage, AK 99501<br>Tel: (907) 279-3581<br>Fax: (907) 277-1331 | Co-Counsel for Defendant and<br>Appellee<br><br>One Copy |
| United States District Court<br>Federal Building & US Courthouse<br>222 West 7th Avenue<br>Anchorage, Alaska 99513 | One Copy (Courtesy) |
| Clerk, U.S. Court of Appeals, 9th Circuit<br>95 Seventh Street<br>San Francisco, CA 94103<br>Tel: (415) 355-8000 | Original + 5 Copies |

■   BY U.S. MAIL - I deposited the envelopes designated above for collection and mailing in the firm's collection location, sealed with postage thereon fully prepaid. I am readily familiar with this firm's practice for collection and processing of document for mailing. Such documents are deposited with the United States Postal Service on that same day in the ordinary course of business.

Executed on June 20, 2007, at Walnut Creek, California.

_____
Leah J. Duckworth