Tim Cook
Cook and Associates
3901 Taiga Drive
Anchorage, Alaska 99501
Voice: (907) 336-5291
Fax     (907) 336-5292
tcook@acsAlaska.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of Dean Bruington, dba DB Enterprises, <br><br> Plaintiff, <br><br> vs. <br><br> First Financial Insurance Company, <br><br> Defendant. | ) <br> ) D.C.No. A04 0229 CV (TMB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### REQUEST FOR STATUS CONFERENCE

COMES NOW, Eric Lutz, by and through his attorney of record, Tim Cook, and reports to the court that parties met and discussed the status of the case on December 3rd, 2007 Among the issues that the court asked the parties to address were procedural and legal issues that could be addressed through motion work; discovery; settlement; and possible trial dates.

**Procedural/Legal Issues**

The parties agree that there are outstanding procedural and legal issues. Among the most central is whether the insured suffered any prejudice when FFIC breached its

duty to provide an adequate denial.  The appellate panel remanded this question "to the district court to address the prejudice issue… and, if necessary, hold a trial on this issue").

Both parties agree that this issue may be resolvable without trial. Both parties expect to make proposals at the status conference as to how to proceed with this determination.

### Discovery

Discovery parameters are highly contingent upon the court's decision on the issue of prejudice. If the court is able to grant Summary Judgment on the existing record, the only issues requiring additional discovery will be the reasonableness of the settlement agreement entered into by the insured (in the underlying case), and discovery on the plaintiff's punitive damage claim and other potential damage questions.  Conversely, if the court is unable to grant the Summary Judgment motion on the existing record,  an evidentiary hearing may be an appropriate ( a "slight showing" is the standard required to prove prejudice).

In sum, the extent of additional discovery is highly dependent on the resolution of the prejudice issue.

### Settlement

The Parties believe that appointment of a Settlement Judge may facilitate resolution of the matter. Toward that end they jointly ask the court to help facilitate possible settlement.

**Trial Dates**

At this juncture the parties have not discussed possible trial dates.

**Status Conference**

The parties believe that a Status Conference would be helpful in addressing the various issues.

**Conclusion**

The parties believe a court-led Status Conference would be the most productive means of addressing the myriad issues.

Respectfully submitted this 10th day of December, 2007.

By:     _____S/S Tim Cook_____
        Tim Cook
        Alaska Bar Card #9007048
        3901 Taiga Drive
        Anchorage, Alaska
        (907)336-5291
        (907)336-5292 FAX
        ATTORNEY IN CHARGE FOR
        PLAINTIFF, ERIC LUTZ

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached document was served electronically to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis, & Young, Inc.
1007 West 3rd Ave, Suite 400
Anchorage, Alaska

Michael D. Prough, Esquire
Jon K. Adams, Esquire
Morison-Knox Holden & Prough, LLP
500 Ygnacio Valley Road, Suite 400
Walnut Creek, CA 94596

_____