```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

          ERIC LUTZ          vs.  FIRST FINANCIAL INSURANCE CO., INC.

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.               3:04-CV-00229-TMB

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:     PAUL H. BRATTON, JR., TELEPHONIC

               DEFENDANT:     ANDREW GUIDI
                              JON ADAMS
```

PROCEEDINGS: STATUS CONFERENCE HELD 01/11/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:07 p.m. court convened.

Court and counsel heard re Mr. Cook's non-appearance.

Court and counsel heard re discovery issues and possible settlement conference.

Court ordered parties to meet and confer and submit a proposed order re discovery deadlines on or before **January 25, 2008.**

At 3:22 p.m. court adjourned.

DATE:    January 11, 2008        DEPUTY CLERK'S INITIALS:   CME

Revised 6/18/07