# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Eric Lutz, as assignee of rights of<br>Dean Bruington, dba DB Enterprises,<br><br>        Plaintiff,<br><br>vs.<br><br>First Financial Insurance Company,<br><br>        Defendants.<br>_____ | )<br>) D.C.No. A04 0229 CV (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

The court having considered the parties' positions regarding scheduling sets out the following schedule:

| | |
|---|---|
| Evidentiary Hearing∗ | _____(late May / early June) |
| Close of Non-Expert Discovery | September 5, 2008 |
| Last Day to Serve Expert Reports | 60 days before close of discovery |
| Last Day to Serve Rebuttal Expert Reports | 30 days before close of discovery |
| Final Revised Witness List | 30 days before close of non-expert discovery |
| Deadline for Motions related to Discovery | 30 days after close of class of discovery |
| Dispositive Motions | 30 days after close of expert discovery |
| Motion in Limine | 30 days before trial |

Trial Scheduled to begin on: _____

\*      First Financial has requested that the court scheduling an Evidentiary Hearing prior to the close of discovery.  The court has so scheduled the Hearing but puts First Financial on notice that by requesting an early evidentiary hearing, it is precluded from latter arguing that it was somehow prejudiced because the hearing was held prior to the close of discovery.

It is so ordered.


Date:_____            By:    _____
                                       Timothy Burgess
                                       United Stated District Court Judge




Proposed by Tim Cook