UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington, d/b/a DB Enterprises,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST FINANCIAL INSURANCE, CO.,<br><br>Defendant. | No. 3:04-cv-00229-TMB<br><br>AMENDED SCHEDULING AND PLANNING ORDER |

    The Court has reviewed the "Proposed Schedule" filed by Plaintiff on January 25, 2008, at Docket No. 107 and "First Financial Insurance Company's Proposed Scheduling Order" filed by Defendant on January 25, 2008, at Docket No. 108.

    The Scheduling and Planning Order dated January 11, 2005, at Docket No. 13, is hereby amended as follows:  All discovery to be scheduled to be completed by **September 5, 2008**.  In all other respects the Scheduling and Planning Order dated January 11, 2005, at Docket No. 13, remains in full force and effect.

    IT IS SO ORDERED.

    Dated:  February 1, 2008

                                                s/ Timothy M. Burgess
                                                TIMOTHY M. BURGESS
                                                U.S. DISTRICT COURT