ANDREW GUIDI
DELANEY WILES
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone:  (907) 279-3581
Facsimile:  (907) 277-1331
ag@delaneywiles.com

MICHAEL D. PROUGH
mdp@morison-knox.com
JON K. ADAMS
jka@morison-knox.com
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA  94596-8068
Telephone:  (925) 937-9990
Facsimile:  (925) 937-3272

Attorneys for Defendant
FIRST FINANCIAL INSURANCE
COMPANY, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>   Plaintiff,<br><br> vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>   Defendant. | **JOINT REPORT RE MEDIATION WITH A SETTLEMENT JUDGE**<br><br>3:04-cv-229 (TMB) |

   In compliance with the Court's January 11, 2008 Order, the parties held telephonic conferences on February 5 and 7, 2008, in order to discuss the possibility of holding a mediation session with a judge.  The parties are both agreeable to attempting to mediate the case with Senior Judge James K.

Singleton. Judge Singleton was the judge originally assigned to this case; therefore he may have greater familiarity with it. As he is no longer the assigned judge, no obvious conflict of interest presents itself. The parties have not yet discussed the specific timing of mediation and it would appear premature to do so until Judge Singleton's availability is ascertained.

DATED at Anchorage, Alaska, this 8th day of February, 2008.

>COOK & ASSOCIATES
>Attorneys for Plaintiff Eric Lutz
>
>/s/ Tim Cook (CONSENT)
>Cook & Associates
>3901 Taiga Drive
>Anchorage, Alaska   99516
>AK Bar No.:  9007048
>PHONE:  336-5291/FAX:  336-5292
>E-MAIL:  tcook@acsalaska.net
>
>DELANEY WILES, INC.
>Attorneys for Defendant
>First Financial Insurance Company
>
>/s/Andrew Guidi (CONSENT)
>Delaney Wiles, Inc.
>1007 West Third Avenue, Suite 400
>Anchorage, Alaska   99501
>AK Bar No.:  8312171
>PHONE:  279-3581/FAX:  277-1331
>E-MAIL:  ag@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February 2008, the above was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516

MICHAEL D. PROUGH
mdp@morison-knox.com
JON K. ADAMS
jka@morison-knox.com
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA  94596-8068


/s/Andrew Guidi (139349)