ANDREW GUIDI
ag@delaneywiles.com
DELANEY WILES
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 279-3581
Facsimile: (907) 277-1331

MICHAEL D. PROUGH
mdp@morison-knox.com
JON K. ADAMS
jka@morison-knox.com
MORISON-KNOX HOLDEN & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
FIRST FINANCIAL INSURANCE
COMPANY, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>    Defendant. | No. A04-229-CV (TMB)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE the firm of Morison-Knox Holden & Prough, LLP has changed its name to Morison Ansa Holden Assuncao & Prough, LLP. The address, telephone number, and facsimile number remain the same.

Dated: February 21, 2008                    Respectfully submitted,


By: /s/   Jon K. Adams

WILLIAM C. MORISON (#99981)
(william.morison@morisonansa.com)
MICHAEL D. PROUGH (#168741)
(michael.prough@morisonansa.com)
JON K. ADAMS (#132919)
(jon.adams@morisonansa.com)
MORISON ANSA HOLDEN ASSUNCAO
    & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
Telephone:    (925) 937-9990
Facsimile:    (925) 937-3272

Attorneys for
RLI INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, a copy of the foregoing NOTICE OF CHANGE OF FIRM NAME was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,


By: _____/s/   Jon K. Adams_____
WILLIAM C. MORISON (#99981)
(william.morison@morisonansa.com
MICHAEL D. PROUGH (#168741)
(michael.prough@morisonansa.com
JON K. ADAMS (#132919)
(jon.adams@morisonansa.com)
MORISON ANSA HOLDEN ASSUNCAO
    & PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
Telephone:    (925) 937-9990
Facsimile:    (925) 937-3272

Attorneys for
RLI INSURANCE COMPANY

123672