UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>  Plaintiff,<br><br>vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>  Defendant. | Case No.  3:04-cv-229 TMB<br><br>O R D E R<br><br>Request for Settlement Conference |

One or more of the parties to this case have requested a settlement conference. In preparation for the scheduling of a settlement conference before the Honorable James K. Singleton, United States District Court Judge, each party shall on or before April 30th, 2008, lodge with the Clerk of Court under seal and to the attention of the settlement judge, one copy only of a settlement conference memorandum in conformity with the attached appendix.  A settlement conference is scheduled for May 6, 2008 at 9:00 a.m. in Courtroom 4, Anchorage, Alaska.

A party's settlement memorandum may not be disclosed to anyone without the party's consent and is not admissible in evidence.

All counsel shall appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.

**IT IS FURTHER ORDERED**:

1.  That no later than seven days prior to the settlement conference date, counsel confer with each other and their clients regarding the status of possible settlement;

    2.  Good faith negotiations, either in person or by electronic media, are expected to occur at this time;

    3.  If no settlement is achieved, counsel will be expected to report to the settlement judge at time of the conference the status of negotiations;

    4.  As provided in paragraph 1, it is expected that plaintiff's counsel will initiate the settlement negotiations;

    5.  The court will not consider plaintiff's initiation of negotiations as an indication of weakness in the plaintiff's position.

    DATED at Anchorage, Alaska, this 22nd day of February, 2008.

    /s/ Timothy M. Burgess
    TIMOTHY M. BURGESS
    UNITED STATES DISTRICT COURT

# APPENDIX

(1) Each counsel shall lodge, under seal, with the Clerk of Court, a brief informal statement of his client's position regarding settlement. The strengths and weaknesses of one's position must be candidly disclosed and appraised.

(2) The statement required by paragraph (1) may not exceed twenty (20) pages (including attachments), double spaced on standard 8-1/2" x 11" paper.

(3) If plaintiff seeks monetary damages, a specific present reasonable dollar figure requested by plaintiff must be set forth. If plaintiff is unable to set forth such figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons that no such figure can be included.

(4) Defendant must set forth its present reasonable dollar figure offer. Likewise, if Defendant is unable to set forth such figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons no such figure can be included. Likewise, if defendant is unable to set forth such figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons no such figure can be included.