RECEIVED

APR 1 0 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ERIC LUTZ, as assignee of rights of )
Dean Bruington, dba DB Enterprises, )          No. A04 0229 CV (TMB)
                           )
         Plaintiff,    )
                           )          Notice of Withdrawal
        vs.      )              and of
                           )          Attorney Lien
                           )
FIRST FINANCIAL INSURANCE )
COMPANY, INC., )
                           )
        Defendant.   )
_____ )

      Notice is here provided that Paul H. Bratton, attorney at law, will no longer be acting as co-counsel in the above-captioned matter. Tim Cook, attorney at law, will continue to act as counsel for the Plaintiff.

      Pursuant to Alaska Statute, AS 34.35.430, Paul H. Bratton and Law Office of Paul H. Bratton provide notice of this attorney lien for compensation upon award of judgment to Plaintiff or upon settlement with Plaintiff in the above captioned action.

      Dated this 9th day of April 2008.

                                       s/ Paul H. Bratton_____
                                       Paul H. Bratton
                                       Law Office of Paul H. Bratton
                                       P. O. Box 463
                                       Talkeetna, AK 99676
                                       Phone: 907.733.2185
                                       Fax: 772.679.8158
                                       Email: phbratton@gci.net
                                       ABN: 0711081

**CERTIFICATE OF SERVICE**

I hereby certify that on  4/9/ 2008, a true and correct copy of the attached document was served via U.S. Mail to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis, & Young, Inc.
1007 West 3rd Ave, Suite 400
Anchorage, Alaska 99501

Michael D. Prough, Esquire
Jon K. Adams, Esquire
Morison-Knox Holden & Prough, LLP
500 Ygnacio Valley Road, Suite 400
Walnut Creek, CA 94596

Tim Cook, Esquire
Cook & Associates
3901 Taiga Dr
Anchorage, AK 99516

Judy M. Price