IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

Eric Lutz, )
 )
      Plaintiff, )
 )
vs. )
 )
Dean Bruington, )
dba DB Enterprises, )
 )
      Defendant. )
_____ )
Case No. 3AN-03- 07096   CIV

### Assignment of Claim and Right

The parties to this Assignment of Claim and Right are:

    Dean Bruington, dba DB Enterprises, assignor, (hereafter Bruington) and
    Eric Lutz, assignee (hereafter Lutz).

Bruington hereby assigns to Lutz any and all rights that Bruington may have to assert claims, bring legal action, enter into compromise and settlement, enforce judgments, collect moneys or to take any and all actions that Bruington himself could take with regard to First Financial Insurance Company and/or other Insurers and/or other possible defendants with regard to the construction of the house located at 000 Memory Lane, Glennallen, Alaska.

Among the rights conveyed by this Assignment of Claim and Right is the right to collect and receive any recovery, settlement, compromise, or other benefit that Bruington would

be entitled to as a result of the house constructed at 000 Memory Lane, Glennallen, Alaska, or from the resulting the resulting litigation. This includes but is not limited to any recovery, settlement, compromise, or other benefit from First Financial Insurance for general commercial insurance coverage that they provided to Bruington or to his firm DB Enterprises, or from any other insurance carriers, or other persons or entities. This includes but is not limited to indemnification, failure to defend, bad faith, punitive damages, or any other claim that could be brought by Bruington.

This <u>Assignment of Claim and Right</u> is intended to convey every right that Bruington may have with regard to the action, insurance, or other rights he may have with regard to the home located at 000 Memory Lane. There are no reservations or holdbacks

This assignment is binding upon Dean Bruington, his heirs and assigns, and can not be altered or modified except in writing.

This is legally binding document, by signing it you are giving up certain rights.

_____ 04/28/04
Dean Bruington

Subscribed before me this 28 day of April, 2004.

Elaine Siage Postmaster
Notary Public for the State of Alaska.
My commission expires _____.

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
### THIRD JUDICIAL DISTRICT AT ANCHORAGE

Eric Lutz,                               )
                                         )
       Plaintiff,            )
                                         )
   vs.                               )
                                         )
Dean Bruington,                          )
dba DB Enterprises,                      )
                                         )
       Defendant.            )
_____)

Case No. 3AN-03- 07096    CIV

## AGREEMENT AND RELEASE

This is an Agreement and Release between **Eric Lutz** (hereafter, Lutz) and **Dean Bruington** (hereafter, Bruington) concerning the construction of a house at 000 Memory Lane (hereafter, the Home) in Glennallen, Alaska, and the legal complaint that has been filed against Bruington as captioned above (hereafter, the Lawsuit).

1)   The intent of this document is to secure an agreement by Bruington to make certain repairs to the Home, and to secure an Assignment of Rights.

2)   In exchange for making those repairs and for his assignment of certain rights (as described below in 3A and the attached *Assignment of Right*), Lutz agrees to release Bruington from personal liability for any judgment rendered in the pending Lawsuit. Lutz will seek to enforce any judgment resulting from the Pending Legal Action or subsequent actions against only third parties that may be liable, i.e. First Financial Insurance Company, Bruington's General Commercial Liability insurer; Forcon, Bruington's bond holder; or other entities that may be liable.

3) In consideration for Lutz agreeing to not hold Bruington personally liable, the following agreements are made:

   A. Bruington agrees to the *Assignment of Right*, that is attached to and made part of this agreement, that gives to Lutz any and all rights Bruington has to bring an action or actions; to enforce any judgments; to collect any monies or other benefit; or to otherwise settle any claim against third parties that Bruington may have as a result of the construction of the House, or any claim arising as result therefrom; and

   B. Bruington agrees to complete, by June 30, 2004, the repairs listed below:

      a) Complete the installation of new foundation and structural support system;
      b) Complete the leveling and alignment of the structure on the new foundation;
      c) Repair all drywall cracks throughout the house and in the garage;
      d) Paint the interior of the house, and repair trim as needed;
      e) Repair or replace interior and exterior doors as needed;
      f) Repair the leak in the tub;
      g) Repair the holes in the kitchen and the bedroom walls;
      h) Excavate drain and install drain-pipe if necessary for drainage;
      i) Excavate and back-fill around the perimeter of the house to fill in settling;
      j) Reattach the deck on the backside of the house;
      k) Move the fuel tank to its original location;
      l) Replace the gate and post next to the house;

The repairs will be done in a workman like manner. The repairs are warranted to restore and renew the home and are permanent in nature.

<u>LIQUIDATED DAMAGES</u>- If Bruington fails to complete the above listed repairs, by September 30, 2004, the agreed to liquidated damages for failing to meet that deadline are $ 5,000.00. These liquidated damages are in addition to any other damage claim that Lutz may have.

4) If Lutz is able to secure an award or settlement from First Financial, Lutz agrees to reimburse Bruington for the repairs made to the home up to a maximum of $65,000 based on the following formula:

If the net amount* that Lutz receives as a settlement or award from First Financial is less than $ 10,000, then Lutz will pay nothing to Bruington;

If the net amount* Lutz receives from First Financial exceeds $10,000 then Lutz will pay to Bruington one-half of the net amount that exceeds $10,000 up to a maximum of $65,000 paid to Bruington.

* Net amount means the amount paid to Lutz after deducting attorney's fees, costs, and all expenses.

Lutz v. Bruington
3 AN 03-07096
Agreement and Release

Page 2 of 3

EXHIBIT 3
Page 4 of 5

This document, along with the attached and incorporated Assignment of Right, constitute the entirety of the agreement. Any changes or modifications to this agreement must be made in writing.

This is a legally binding document, by signing below, I accept and agree to be bound by the terms of this *Agreement and Release*, the attached *Assignment of Right*.

_____
Eric Lutz

The above named person appeared before at _Glennallen_ this _29_ day of _April_, 2004.

_____
Notary Public in and for the
State of Alaska
My commission expires _6/4/05_.

_____
Dean Bruington

The above named person appeared before me at _Glennallen_ this _28_ day of _April_, 2004.

_____
Notary Public in and for the
State of Alaska
My commission expires _____.

Lutz v. Bruington
3 AN 03-07096
Agreement and Release                                                                 Page 3 of 3

EXHIBIT 3
Page 5 of 5