# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 19, 2004

Our file# 33460 00002
Invoice# 10988 AG

(IFG)International Financial Group Companies
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Billing through: 08/11/2004

Tax ID #

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

| | |
|---|---|
| Total fees for this matter | $2,415.00 |
| Total disbursements for this matter | $0.80 |
| Total charges for this matter | $2,415.80 |
| Past due balance | $0.00 |
| **Total balance now due** | **$2,415.80** |

EXHIBIT A
Page 1 of 43

EXHIBIT 4
Page 1 of 3

**DELANEY WILES**

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 19, 2004

Our file# 33460    00002
Invoice# 10988    AG

(IFG)International Financial Group Companies   Billing through:   08/11/2004
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Tax ID #

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/2004 | AG | Review ▓▓▓ | 3.40 hrs. | 595.00 |
| 07/20/2004 | AG | Review law relating to ▓▓▓ review ▓▓▓ cases ▓▓▓ | 2.50 hrs. | 437.50 |
| 07/20/2004 | AG | Telephone call to Steve Gyarmati -- leave message regarding readiness to discuss claim | 0.10 hrs. | 17.50 |
| 07/21/2004 | AG | Long distance telephone call to Steve Gyarmati ▓▓▓ | 0.50 hrs. | 87.50 |
| 07/21/2004 | AG | Review copy of court file, including ▓▓▓ | 0.90 hrs. | 157.50 |
| 07/29/2004 | AG | Phone call from Chris Strapp re ▓▓▓ | 0.30 hrs. | 52.50 |
| 08/03/2004 | AG | Review complaint by Lutz ▓▓▓ begin drafting letter to FFIC re same | 2.20 hrs. | 385.00 |
| 08/05/2004 | AG | Continue drafting report on ▓▓▓ | 1.40 hrs. | 245.00 |
| 08/09/2004 | AG | Finish drafting report re ▓▓▓ | 2.50 hrs. | 437.50 |

EXHIBIT A
Page 2 of 43

EXHIBIT 4
Page 2 of 3

$2,415.00

**EXPENSES**

06/25/2004   Long distance telephone call to ███     0.80

$0.80

Billing Summary

| AG | Guidi, Andrew | 13.80 hrs | 175.00 /hr |

| Total professional services | 13.80 hrs | $2,415.00 |
| Total expenses incurred | | $0.80 |
| Total of new charges for this invoice | | $2,415.80 |

**Total balance now due**   $2,415.80

EXHIBIT 4
Page 3 of 3

EXHIBIT A
Page 3 of 43