Tim Cook AKBN 9007048
Cook & Associates
3901 Taiga Drive
Anchorage, AK  99516
Phone: 907-336-5291
Fax: 907-336-5292
tcook@acsalaska.net
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington, Dba DB Enterprises,<br><br>Plaintiff,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE CO.<br><br>Defendant. | **Civil Case**: A04 0229 CV (TMB)<br><br>**MOTION FOR CLARIFICATION AND FOR PROTECTIVE ORDER** |

COMES NOW, Eric Lutz, by and through his attorney of record, Tim Cook, and moves the Court for an affirmative clarification of the law governing the two primary issues remaining in the case, and for a protective order regarding discovery based on that calrification.

Lutz moves the Court to find :

1) That harms suffered by Bruington, as a result of FFIC's wrongful failure to defend, are the proper measure to determine prejudice.

2) That the operative reasonableness inquiry is: whether the covenant settlement agreement that Lutz and Bruington entered into was reasonable.

3) Lutz also moves for protective orders, based on the above clarifications:

a) Lutz moves for a protective order that prohibits FFIC from propounding any discovery that inquires as to the basis for the damages that were awarded in the underlying suit.

b) Lutz moves for a protective order that would prohibit FFIC from propounding any discovery that inquires as to the basis for liability in the underlying suit.

c) Lutz moves for an order that clarifies that coverage is no longer in issue, and as such FFIC is prohibited from propounding any discovery that is intended to address coverage issues.

By: ___s/s Tim Cook_____
Tim Cook
Alaska Bar Card #9007048
3901 Taiga Drive
Anchorage, Alaska
(907)336-5291
(907)336-5292 FAX
Attorney for Eric Lutz