Tim Cook AKBN 9007048
Cook & Associates
3901 Taiga Drive
Anchorage, AK  99516
Phone: 907-336-5291
Fax: 907-336-5292
tcook@acsalaska.net
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington, Dba DB Enterprises,<br><br>Plaintiff,<br><br>v.<br><br>FIRST FINANCIAL INSURANCE CO.<br><br>Defendant. | **Civil Case**: A04 0229 CV (TMB)<br><br>**ORDER ON MOTION FOR CLARIFICATION AND FOR PROTECTIVE ORDER** |

The Court having reviewed the motion, opposition, briefs, and other documents, the courts finds that the motion should be GRANTED.

It is ordered:

1) That harms suffered by Bruington, as a result of FFIC's wrongful failure to defend, are the proper measure to determine prejudice.

2) That the operative inquiry is whether the covenant settlement agreement that Lutz and Bruington entered into is reasonable, not whether the underlying judgment was reasonable.

3) That FFIC is prohibited from propounding any discovery that inquires as to the basis for the damages that were awarded in the underlying suit.

4) That FFIC is prohibited from propounding any discovery that inquires as to the basis for liability in the underlying suit.

5) That FFIC is prohibited from propounding any discovery that is intended to address coverage issues.

Dated: _____

By: _____
TIMOTHY M. BURGESS,
U.S. District Court Judge

Proposed by Tim Cook
Alaska Bar Card #9007048

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28