# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 19, 2004

| | | |
|---|---|---|
| Our file# | 33460 | 00002 |
| Invoice# | 10988 | AG |

(IFG)International Financial Group Companies
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

Billing through:   08/11/2004

Tax ID # ▮

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

| | |
|---|---|
| Total fees for this matter | $2,415.00 |
| Total disbursements for this matter | $0.80 |
| Total charges for this matter | $2,415.80 |
| Past due balance | $0.00 |
| **Total balance now due** | **$2,415.80** |

EXHIBIT A
Page 1 of 43

EXHIBIT 4
Page 1 of 3

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 19, 2004

Our file# 33460 00002
Invoice# 10988 AG

(IFG)International Financial Group Companies　　Billing through: 08/11/2004
Attn: Christopher E. Strapp
100 Pearl Street
Hartford, CT 06103

　　　　　　　　　　　　　　　　　　　　　　　　Tax ID # ▇▇▇▇▇

Re: Lutz, Eric v. FIRST FINANCIAL INSURANCE CO.(FFIC)/Burlington Insurance

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 07/19/2004 | AG | Review ▇▇▇ | 3.40 | hrs. | 595.00 |
| 07/20/2004 | AG | Review law relating to ▇▇▇ review ▇▇▇ cases ▇ | 2.50 | hrs. | 437.50 |
| 07/20/2004 | AG | Telephone call to Steve Gyarmati -- leave message regarding readiness to discuss claim | 0.10 | hrs. | 17.50 |
| 07/21/2004 | AG | Long distance telephone call to Steve Gyarmati ▇▇▇ | 0.50 | hrs. | 87.50 |
| 07/21/2004 | AG | Review copy of court file, including ▇▇▇ | 0.90 | hrs. | 157.50 |
| 07/29/2004 | AG | Phone call from Chris Strapp re ▇▇▇ | 0.30 | hrs. | 52.50 |
| 08/03/2004 | AG | Review complaint by Lutz ▇▇▇ begin drafting letter to FFIC re same | 2.20 | hrs. | 385.00 |
| 08/05/2004 | AG | Continue drafting report on ▇▇▇ | 1.40 | hrs. | 245.00 |
| 08/09/2004 | AG | Finish drafting report re ▇▇▇ | 2.50 | hrs. | 437.50 |

EXHIBIT 4
Page 2 of 3

EXHIBIT A
Page 2 of 43

██████████████████                                                    $2,415.00

EXPENSES
06/25/2004   Long distance telephone call to ████                          0.80

                                                                         $0.80


Billing Summary

AG      Guidi, Andrew                              13.80  hrs      175.00  /hr



Total professional services                        13.80  hrs      $2,415.00

Total expenses incurred                                               $0.80

Total of new charges for this invoice                              $2,415.80

**Total balance now due**                                          $2,415.80

EXHIBIT 4
Page 3 of 3

EXHIBIT A
Page 3 of 43