Tim Cook AKBN 9007048
Cook & Associates
3901 Taiga Drive
Anchorage, AK  99516
Phone: 907-336-5291
Fax: 907-336-5292
tcook@acsalaska.net
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington, Dba DB Enterprises,<br><br>Plaintiff,<br>v.<br><br>FIRST FINANCIAL INSURANCE CO.<br><br>Defendant. | **Civil Case**: A04 0229 CV (TMB) |

### AFFIDAVIT OF COUNSEL

Tim Cook, being first duly sworn states as follows:

1. I am an attorney admitted and licensed to practice law in the State of Alaska and in this right honorable court.

2. I am counsel of record for the plaintiff in the above captioned matter.

3. Exhibit 1, <u>First Financial Insurance Company, Inc.'s Status Conference Statement</u> is a true and correct copy of the document filed by the defendant.

4. Exhibit 2, Letter from Jon Adams faxed to Tim Cook on 2/20/2008, is a true and correct copy of the document received by the Tim Cook (portions redacted).

5. Exhibit 3, <u>Agreement and Release</u> and <u>Assignment of Claim and Right</u>, is a true and correct copy of the documents.

6. Exhibit 4, Billing Records of Andrew Guidi is a true and correct copy of the document filed by the defendant.

_____
Tim Cook, 9007048
Attorney for Plaintiff Eric Lutz

Subscribed and sworn/affirmed before me at this 11th day of April, 2008.

_____
Notary Public in and for the State of Alaska.
My Commission expires Aug 9 2011.

[Notary Seal: LOUISE FAAALIGA, NOTARY PUBLIC, STATE OF ALASKA, Aug. 9, 2011]