ANDREW GUIDI
ag@delaneywiles.com
DELANEY WILES
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 279-3581
Facsimile: (907) 277-1331

MICHAEL D. PROUGH
Michael.Prough@morisonansa.com
JON K. ADAMS
Jon.Adams@morisonansa.com
MORISON ANSA HOLDEN ASSUCAO &
    PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
FIRST FINANCIAL INSURANCE
COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>        Defendant. | No. A04-229-CV (TMB)<br><br>**DECLARATION OF JON K. ADAMS IN SUPPORT OF FIRST FINANCIAL INSURANCE COMPANY, INC.'S OPPOSITION TO PLAINTIFF ERIC LUTZ'S MOTION FOR CLARIFICATION AND FOR PROTECTIVE ORDER** |

I, JON K. ADAMS, declare as follows:

1. I am an attorney with the law firm of Morison Ansa Holden Assucao & Prough LLP, counsel herein for defendant First Financial Insurance Company. I am admitted to practice

in this Court pro hac vice. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Affidavit of Michael Shelton, dated October 28, 2005. It is on file with this court at ECF #44(3).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Lutz v. Bruington state court complaint dated on May 5, 2003.

4. Attached hereto as Exhibit 3 is a true and correct copy of Dean Brunington's affidavit from the Lutz v. Bruington matter, dated October 25, 2004.

5. Attached hereto as Exhibit 4 is a true and correct copy of Eric Lutz's Calculations of Damages, submitted by Lutz at the uncontested damages hearing in the Lutz v. Bruington lawsuit.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Robert LaFrance, dated February 14, 2006. It is on file with this court at ECF #99.

7. Attached hereto as Exhibit 6 is a true and correct copy of First Financial Insurance Company Inc.'s First Set of Interrogatories to plaintiff Eric Lutz, dated February 7, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiff's Answers to FFIC's First Set of Interrogatories, dated March 24, 2008.

9. Attached hereto as Exhibit 8 is a true and correct copy of Tim Cook's letter to Robert LaFrance, First Financial Insurance Company, dated May 24, 2004.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter by Steve M. Gyarmati, of First Financial Insurance Company, to Tim Cook, dated September 16, 2004.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: April 29, 2008

MORISON ANSA HOLDEN ASSUCAO & PROUGH, LLP

By: /s/ Jon K. Adams
Jon K. Adams

Attorneys for Defendant
FIRST FINANCIAL INSURANCE COMPANY, INC.

128602