ANDREW GUIDI
ag@delaneywiles.com
DELANEY WILES
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 279-3581
Facsimile: (907) 277-1331

MICHAEL D. PROUGH
Michael.Prough@morisonansa.com
JON K. ADAMS
Jon.Adams@morisonansa.com
MORISON ANSA HOLDEN ASSUCAO &
    PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
FIRST FINANCIAL INSURANCE
COMPANY, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>　　　　Defendant. | No. A04-229-CV (TMB)<br><br>**DECLARATION OF JOHN M. COMPTON IN SUPPORT OF FIRST FINANCIAL INSURANCE COMPANY, INC.'S OPPOSITION TO PLAINTIFF ERIC LUTZ'S MOTION FOR CLARIFICATION AND FOR PROTECTIVE ORDER** |

I, JOHN M. COMPTON, declare as follows:

1.    I am a paralegal with the law firm of Morison Ansa Holden Assucao & Prough LLP. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would testify competently to them.

2.    I have reviewed all of the documents produced by Tim Cook, counsel for Mr. Lutz herein, in response to a subpoena served on him. I specifically analyzed closely all of the documents that reflect time that he, Paul Bratton, and/or Mr. Bratton's assistant recorded that they had worked on Mr. Lutz's behalf. Mr. Bratton and his assistant created time sheet records that appear to show the exact amount of time worked on each day and to describe the work performed. Mr. Cook did not record his time in this manner. Rather, he recorded the work he performed on documents such as calendars and day timers where the amount of time recorded each day is recorded generally, but is imprecise.

3.    Based on my analysis, beginning on December 20, 2002, Paul Bratton worked a total of 63.75 hours on the Lutz v. Bruington matter and his assistant worked a total of 29.25 hours, for a total of 93 hours. This includes all of their time from before the complaint was filed on May 3, 2003.

4.    Mr. Cook's day timer records contain handwritten notations next to a time scale in hourly increments. Based on my analysis, beginning on October 30, 2002, Mr. Cook worked between 130 and 151 hours. Giving every benefit of the doubt (which seems unreasonable) on every single day to obtain the highest possible amount of time worked, Mr. Cook at most worked 180 hours. This includes all of his time from before the complaint was filed on May 3, 2003.

5.    Attached hereto as Exhibit 1 is a true and correct copy of Mr. Cook's documentation for June 20, 2003 which I have attached to illustrate my methodology. The

document shows that sometime between noon and 3:00 p.m., Mr. Cook made notations about the lack of service of the complaint by state troopers. Although I estimate that these entries at most represent 1-2 hours of time, for my high estimate, I have assumed that he worked solidly for 3 full hours.

6.    Attached hereto as Exhibit 2 is a true and correct copy of Mr. Cook's documentation for October 27, 2004 which I have also attached it to illustrate my methodology. This page contains the entry "Erick – research on Anx, Prep for Hearing." Just above the word "Erick" there is an arrow coming down from the redacted entry above to a horizontal line indicating that the prior work described in the redacted entry was concluded around 2:00 or 2:30, at which time the work on the Lutz v. Bruington matter apparently commenced. Although I estimate that Mr. Cook worked 2-3 hours, for my high estimate, I have assumed that he worked solidly for 5 full hours.

I declare under penalty of perjury under of the laws of the United States of America that the foregoing is true and correct.

Dated: April 29, 2008                          By _____
                                                      John M. Compton

128613

# EXHIBIT 1



**FRIDAY** **20**

25th Week • 171st Day, 194 Days Left • JUNE, 2003

**APPOINTMENTS & SCHEDULED EVENTS**

**DIARY AND WORK RECORD**

govern

**8** 0800
scuq
Retros

**9** 0900

**12** 1200   Erik - served
**1** 1300   — when Depp
— Troopers: Nothing Back
**2** 1400   → 822.3263 Trooper
wcille is filling in will
**3** 1500   → call me back
→ NOT SERVED
**4** 1600

**5** 1700

**6** 1800

**7** 1900

**8** 2000

**TO BE DONE TODAY** (ACTION LIST)

**EXPENSE & REIMBURSEMENT RECORD**

House Documents

800030

Exhibit ___1___
Page ___1 of 1___

ONE PAGE PER DAY

EXHIBIT 2



**WEDNESDAY 27**

44th Week • 301st Day, 65 Days Left • OCTOBER, 2004

APPOINTMENTS & SCHEDULED EVENTS

DIARY AND WORK RECORD



TO BE DONE TODAY (ACTION LIST)

EXPENSE & REIMBURSEMENT RECORD

Exhibit ___2___
Page ___1 of 1___