Tim Cook AKBN 9007048
Cook & Associates
3901 Taiga Drive
Anchorage, AK  99516
Phone: 907-336-5291
Fax: 907-336-5292
tcook@acsalaska.net
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington, Dba DB Enterprises,<br><br>    Plaintiff,<br>  v.<br><br>FIRST FINANCIAL INSURANCE CO.<br><br>    Defendant. | **Civil Case**: A04 0229 CV (TMB)<br><br>**MOTION FOR ORAL ARGUMENT ON MOTION FOR CLARIFICATION** |

COMES NOW ERIC LUTZ, by and through his attorney of record, Tim Cook, moves the court to allow oral argument on plaintiff's pending <u>Motion For Clarification And For Protective Order</u>. The issues addressed in that motion have been identified as the two primary issues remaining in the case. As a result, it is a important that these issues be completely addressed.

By: ___*s/Tim Cook*___ *May 7, 2008*
Tim Cook
Alaska Bar Card #9007048
3901 Taiga Drive
Anchorage, Alaska
(907)336-5291
(907)336-5292 FAX
Attorney for Eric Lutz

**CERTIFICATE OF SERVICE**

I hereby certify that on   May 7, 2008, a true and correct copy of this document was served to the following:

Andrew Guidi, Esquire
Delaney, Wiles, Hayes, Gerety, Ellis, & Young, Inc.
1007 West 3rd Ave, Suite 400
Anchorage, Alaska

Jon K. Adams, Esquire
Morison-Knox Holden & Prough, LLP
500 Ygnacio Valley Road, Suite 400
Walnut Creek, CA 94596

_____