## MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP

500 YGNACIO VALLEY ROAD
SUITE 450
POST OFFICE BOX 8068
WALNUT CREEK, CALIFORNIA 94596-8068
TELEPHONE (925) 937-9990
FACSIMILE (925) 937-3272
E-MAIL: mahap@morisonansa.com

VIA FACSIMILE

Tim Cook, Esq.
Cook & Associates
3901 Tiaga Drive
Anchorage, AK 99516

      Re:    Re: Lutz v. First Financial Insurance Co., Inc.
              No. A04-229-CV (TMB)

Dear Mr. Cook:

      This is to inform you that First Financial Insurance Company declines your offer to settle this [redacted]. As I have discussed with you, we are confident that FFIC will prevail in this litigation for the very reasons expressed by Judge Burgess in his decision granting summary judgment to FFIC. There is simply no legally recognizable basis under which Mr. Bruington was prejudiced by FFIC's denial letter when there was no potential coverage under the policy due to the "your work" and "independent contractor" policy exclusions. Indeed, I would expect that any judgment against FFIC will result in an appeal. Finally, the FFIC insurance contract has policy limits of $1 million. Even if Mr. Lutz somehow were to prevail on liability, we do not see how damages can exceed that amount.

      FFIC hopes that our upcoming mediation will be successful, as each side re-examines its positions with the aid of Judge Singleton. In the interim, FFIC likely will make Mr. Lutz an offer to settle under Rule 68 soon.

      If you have any questions, or would like to discuss anything further, please feel free to contact me.

                      Sincerely,

                      Jon K. Adams

BALTIMORE • EAST BRUNSWICK • LAS VEGAS • PHILADELPHIA • RICHMOND • TAMPA • WALNUT CREEK • WHITE PLAINS

EXHIBIT 1
Page 1 of 1