# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## THIRD JUDICIAL DISTRICT AT ANCHORAGE

Eric Lutz, )
)
Plaintiff, )
)
vs. )
)
Dean Bruington, )
dba DB Enterprises, )
)
Defendant. )
_____ )
)

Case No. 3AN-03- 07096    CIV

FILED in Trial Courts
State of Alaska, Third Distr.
NOV — 3 2004
Clerk of the Trial Courts
By_____ Depu.

## FINAL JUDGMENT and ORDER

This Court has previously made Findings of Fact and Conclusions of Law in this matter. In those Findings and Conclusions, the Court determined that Dean Bruington is liable to Eric Lutz for damages, Costs, and Attorney's fees. The Court also determined that damage enhancement is appropriate under AS 45.50.471. The Court has conducted a hearing to assess damages. After considering the evidence presented, and all other matters before it, this Court makes this Final Judgment and Order:

**FINAL JUDGMENT** of the Court is for Plaintiff Eric Lutz for $5,601,128.00.

Tim Cook
Attorney at Law
3901 Taiga Drive, Anchorage, Alaska 99516
Tele. (907) 336-LAW1 (5291) fax (907) 336-5292

NOV — 3 2004

Lutz v. Bruington
3AN-03- 07096 CI
Final Judgment and Order

1 of 2

Exhibit 4
Page 1 of 2

**IT IS HEREBY ORDERED** that defendant Dean Bruington pay damages in the amount of $ 5,601,128.00, including $188,000.00 in attorneys fees to Eric Lutz .

IT IS SO ORDERED.

Date 21 Dec 2004

Judge Fuld
Superior Court Judge

*Tim Cook*
*Attorney at Law*
*3901 Taiga Drive, Anchorage, Alaska 99516*
*Tele. (907) 336-LAW1 (5291)  fax (907) 336-5292*

12/22/04
the above was mailed to each of the following
their addresses of records

T. Cook / D. Bruington

Submitted by:     Tim Cook
                  Bar Card 9007048

Lutz v. Bruington
3AN-03- 07096 CI
Final Judgment and Order

2 of 2

Exhibit 4
Page 2 of 2