ANDREW GUIDI
ag@delaneywiles.com
DELANEY WILES
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 279-3581
Facsimile: (907) 277-1331

MICHAEL D. PROUGH
Michael.Prough@morisonansa.com
JON K. ADAMS
Jon.Adams@morisonansa.com
MORISON ANSA HOLDEN ASSUCAO &
    PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA  94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
FIRST FINANCIAL INSURANCE
COMPANY, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>            Plaintiff,<br><br>vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>            Defendant. | **STIPULATION FOR EXTENSION OF DEADLINE FOR EXPERT DISCLOSURES**<br><br><br><br><br><br>Case No: 3:04-cv-229 (TMB) |

WHEREAS under the Amended Scheduling and Planning Order (ECF #109) and the Scheduling and Planning Order, dated January 11, 2005 (at docket No. 13), expert disclosures in accordance with Rule 26(a)(2) are currently due on June 9, 2008;

WHEREAS the parties are attempting alternate dispute resolution and desire to avoid the costs of experts preparing reports;

Accordingly, it is hereby stipulated that the deadline for expert disclosures in accordance with Rule 26(a)(2) is extended to July 9, 2008.

| | |
|---|---|
| Dated: May 14, 2008 | Dated: May 14, 2008 |
| COOK & ASSOCIATES | MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP |

By: s/Tim Cook         (CONSENT)
3901 Taiga Drive
Anchorage, AK  99516
Telephone (907) 336-5291
Fax         (907) 336-5292
tcook@acsalaska.net

Attorney for Plaintiff
ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises

By: s/ Jon K. Adams   (CONSENT)
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
Phone: (925) 937-9990
Fax: (925) 937-3272
Jon.Adams@morisonansa.com

Attorneys for Defendant
FIRST FINANCIAL INSURANCE COMPANY, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2008, the above document was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516

s/ Andrew Guidi
ANDREW GUIDI
ag@delaneywiles.com
DELANEY WILES
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone:  (907) 279-3581
Facsimile:  (907) 277-1331

/142675