ANDREW GUIDI
ag@delaneywiles.com
DELANEY WILES
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 279-3581
Facsimile: (907) 277-1331

MICHAEL D. PROUGH
Michael.Prough@morisonansa.com
JON K. ADAMS
Jon.Adams@morisonansa.com
MORISON ANSA HOLDEN ASSUCAO &
    PROUGH, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
FIRST FINANCIAL INSURANCE
COMPANY, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>　　　　　Defendant. | Case No: 3:04-cv-229 (TMB) |

### [PROPOSED] ORDER GRANTING STIPULATION OF
### EXTENSION OF DEADLINE FOR EXPERT DISCLOSURES

Based on the foregoing Stipulation of counsel, it is hereby ordered the deadline for expert disclosures in accordance with Rule 26(a)(2) is extended to July 9, 2008.

**IT IS SO ORDERED**.

[Proposed] Order Granting
Stipulation for Extension of Deadline for Expert Disclosures
Lutz v. FFIC/Case No. 3:04-cv-229 (TMB)                                    Page - 1 - of 2

DATED this _____ day of May, 2008.

                                            _____
                                            Timothy M. Burgess
                                            UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2008 the above document was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516

s/ Andrew Guidi
ANDREW GUIDI
ag@delaneywiles.com
DELANEY WILES
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone:  (907) 279-3581
Facsimile:  (907) 277-1331

/142707

[Proposed] Order Granting
Stipulation for Extension of Deadline for Expert Disclosures
Lutz v. FFIC/Case No. 3:04-cv-229 (TMB)                                             Page - 2 - of 2