ANDREW GUIDI
ag@delaneywiles.com
DELANEY WILES
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 279-3581
Facsimile: (907) 277-1331

MICHAEL D. PROUGH
mdp@morison-knox.com
JON K. ADAMS
jka@morison-knox.com
MORISON-KNOX HOLDEN & PROUGH, LLP
1550 Parkside Drive, Suite 300
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
FIRST FINANCIAL INSURANCE
COMPANY, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>    Defendant. | No. A04-229-CV (TMB)<br><br>**<u>NOTICE OF CHANGE OF ADDRESS</u>** |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the firm of Morison Ansa Holden Assuncao & Prough, LLP, counsel for defendant First Financial Insurance Company, Inc., has changed its address to 1550 Parkside Drive, Suite 300, Walnut Creek, California 94596-8068. The telephone number and facsimile number remain the same.


Dated:  June 3, 2008                                       Respectfully submitted,


                                                          By:  /s/     Jon K. Adams

                                                          WILLIAM C. MORISON (#99981)
                                                          (william.morison@morisonansa.com
                                                          MICHAEL D. PROUGH (#168741)
                                                          (michael.prough@morisonansa.com
                                                          JON K. ADAMS (#132919)
                                                          (jon.adams@morisonansa.com)
                                                          MORISON ANSA HOLDEN ASSUNCAO
                                                               & PROUGH, LLP
                                                          500 Ygnacio Valley Road, Suite 450
                                                          Walnut Creek, CA 94596
                                                          Telephone:     (925) 937-9990
                                                          Facsimile:     (925) 937-3272

                                                          Attorneys for
                                                          FIRST FINANCIAL INSURANCE
                                                          COMPANY, INC.

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on
June 3, 2008, First Financial Insurance
Company, Inc.'s Notice of Change of
Address was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516

s/ Jon K. Adams
1550 Parkside Drive, Suite 450
Walnut Creek, CA 94596-8068
Phone:  (925) 937-9990
Fax:  (925) 937-3272
Jon.Adams@morisonanhsa.com

129891