ANDREW GUIDI
ag@delaneywiles.com
DELANEY WILES
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Telephone: (907) 279-3581
Facsimile: (907) 277-1331

MICHAEL D. PROUGH
Michael.Prough@morisonansa.com
JON K. ADAMS
Jon.Adams@morisonansa.com
MORISON ANSA HOLDEN ASSUCAO &
    PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
FIRST FINANCIAL INSURANCE
COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>    Defendant. | No. A04-229-CV (TMB)<br><br>**STIPULATION FOR EXTENSION OF DEADLINES** |

    WHEREAS the parties are attempting to settle this case and have agreed to a mediation in July 2008 before a private mediator;

- 2 -

WHEREAS the parties desire to save the costs and fees of litigation so long as a settlement is possible and therefore would like to defer such things as expert reports and further lay discovery;

Accordingly, it is hereby stipulated that all deadlines set forth in the Amended Scheduling and Planning Order (ECF #109), as amended by this Court's Order granting the Stipulation of the Parties (ECF #126), are extended for thirty days.

Dated:  June 30, 2008

| COOK AND ASSOCIATES | MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP |
|---|---|
| By: s/Tim Cook<br>3901 Taiga Drive<br>Anchorage, AK  99516<br>Telephone:  (907) 336-5291<br>Fax:  (907) 336-5292<br>tcook@acsalaska.net | By: s/ Jon K. Adams<br>1550 Parkside Drive, Third Floor<br>Walnut Creek, CA 94596<br>Telephone:  (925) 937-9990<br>Fax:  (925) 937-3272<br>Jon.Adams@morisonansa.com |
| Attorneys for Plaintiff<br>ERIC LUTZ | Attorneys for Defendant<br>FIRST FINANCIAL INSURANCE COMPANY, INC. |

CERTIFICATE OF SERVICE

I hereby certify that on
June 30, 2008,
Stipulation and [Proposed] Order for
Extension of Deadline for Expert
Disclosures was served electronically on:

Tim Cook, Esq.
Tcook@acsalaska.net
Attorney at Law
3901 Tiaga Drive
Anchorage, AK 99516

s/ Jon K. Adams
1550 Parkside Drive, Third Floor
Walnut Creek, CA 94596
Phone: (925) 937-9990
Fax: (925) 937-3272
Jon.Adams@morisonansa.com

130615