## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>　　　　　　Defendant. | No. A04-229-CV (TMB)<br><br>**ORDER EXTENDING PRE-TRIAL DEADLINES** |

This Court has reviewed the Stipulation For Extension Of Deadlines submitted by the parties in which they state that they are attempting to settle this case and have agreed to a mediation in July 2008 before a private mediator. The parties state that they desire to save the costs and fees of litigation so long as a settlement is possible and would like to extend all deadlines now in place as set forth in this Court's Amended Scheduling and Planning Order (ECF #109), as amended by this Court's Order extending the deadline for expert disclosures (ECF #126).

Finding good cause, this Court orders that all current pre-trial deadlines are extended by thirty (30) days. All discovery is to be completed by October 6, 2008.

ORDER

It is so ordered,

Dated: _____

　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　 Honorable Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　 United States District Court Judge