UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ERIC LUTZ, as assignee of rights of Dean Bruington dba DB Enterprises,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIRST FINANCIAL INSURANCE COMPANY, INC.,<br><br>                    Defendant. | No. 3:04-cv-0229 TMB<br><br>**ORDER EXTENDING PRE-TRIAL DEADLINES** |

This Court has reviewed the Stipulation for Extension of Deadlines submitted by the parties at Docket 130 in which they state that they are attempting to settle this case and have agreed to mediation in July, 2008 before a private mediator. The parties state that they desire to save the costs and fees of litigation so long as a settlement is possible and would like to extend all deadlines now in place as set forth in this Court's Amended Scheduling and Planning Order (Docket #109), as amended by this Court's Order extending the deadline for expert disclosures (Docket #126).

IT IS HEREBY ORDERED that all current pre-trial deadlines are extended by thirty (30) days. Discovery is to be completed by October 6, 2008.

July 1, 2008                    /s/ Timothy M. Burgess
                                Timothy M. Burgess
                                United States District Court Judge